RECEIVED
AMTRAK
OCT 0 1 2020
ELEANOR D. ACHESON
EXECUTIVE VICE PRESIDENT,
CHIEF LEGAL OFFICER,
GENERAL COUNSEL & CORPORATE SECRETARY

*Hand delivered*

FILED
9/4/2020 1:42 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L009534

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT – LAW DIVISION

VOSS EQUIPMENT, INC.

      Plaintiff,

      v.

CBRE, Inc., as successor to US Equities Asset
Management, LLC, and NATIONAL RAILROAD
PASSENGER CORPORATION d/b/a Amtrak

      Defendant(s)

No.   2020L009534

Amount Claimed: $178,783.68 plus costs

Return Date: _____

### PLAINTIFF'S VERIFIED COMPLAINT FOR BREACH OF CONTRACT, DEMAND FOR INDEMNIFICATION, AND FOR OTHER RELIEF

10351474

NOW COMES Plaintiff VOSS EQUIPMENT, INC. ("VOSS"), by and through its

attorneys, MARKOFF LAW, LLC., and as and for its Verified Complaint against Defendants

CBRE, Inc., as successor to US Equities Asset Management, LLC ("CBRE") and NATIONAL

RAILROAD PASSENGER CORPORATION d/b/a Amtrak ("AMTRAK"), Plaintiff states as

follows:

#### FACTS COMMON TO ALL COUNTS

1.     Plaintiff VOSS is an Illinois corporation currently in good standing with the

Illinois Secretary of State, which maintains a business presence in the City of Harvey, County of

Cook, and the State of Illinois.

2.     Defendant CBRE is a Delaware corporation currently in good standing with the

Illinois Secretary of State, which maintains a business presence at 20 North Michigan Avenue,

Suite 400, Chicago, in the City of Chicago, County of Cook, and the State of Illinois.

3.     Defendant AMTRAK is a quasi-public corporation and passenger railroad service

that provides medium and long-distance intercity service in the contiguous United States and to

nine Canadian cities, which owns that certain real property located at 500 West Jackson



DEFENDANT'S EXHIBIT
A

FILED DATE: 9/4/2020 1:42 PM  2020L009534

Boulevard in the City of Chicago, County of Cook, and the State of Illinois (hereinafter, the "Property").

4. Venue for this action is proper in this Court because all or a substantial part of the events that give rise to the Plaintiff's claims transpired in Cook County, Illinois.

5. On or about October 9, 2015, VOSS, as Service Contractor, CBRE, as Manager and AMTRAK, as Owner (collectively, the "Parties"), entered into an *Agreement with Service Contactor* (the "Agreement", a true and correct copy of which is attached hereto as Exhibit "1".

6. Pursuant to the Agreement, VOSS agreed to undertake, provide and perform those certain services at the Property as requested by CBRE, as Manager, for the benefit of AMTRAK, as Owner. *See* Exhibit "1" at ¶1, and at Exhibit "A".

7. CBRE, as Manager, agreed to pay VOSS, as Service Contractor, compensation for all services provided pursuant to the Agreement. *See* Exhibit "1" at ¶4, and at Exhibit "B".

8. Pursuant to the Agreement, VOSS was to submit Invoices for compensation to CBRE (the "Invoices") at the Property, to the attention of Wally Kruce, General Manager for CBRE, and CBRE, as Manager, was to pay VOSS compensation for such Invoices "monthly in arrears within sixty (60) days after receipt" of the Invoices from VOSS. *See* Exhibit "1" at ¶4(a), (b).

9. On August 9, 2018, VOSS, as Service Contractor, CBRE, as Manager and AMTRAK, as Owner, entered into a Service Contract Amendment, identified as the First Amendment to the Agreement (the "Amended Agreement", a true and correct copy of which is attached hereto as Exhibit "2", at §1.0), whereby the Parties agreed to extend the term of the Agreement to July 31, 2019.

FILED DATE: 9/4/2020 1:42 PM    2020L009534

10.     The Amended Agreement further stated that all other terms and conditions of the Agreement were to remain in full force and effect. *See* Exhibit "2" at §2.0.

11.     In compliance with the Agreement and Amended Agreement (collectively, the "AMTRAK Agreements"), VOSS issued Invoices to CBRE for services provided pursuant to the AMTRAK Agreements.

12.     Despite providing such services and issuing such Invoices pursuant to the AMTRAK Agreements, CBRE failed to pay VOSS for all such services provided and invoices issued.

13.     As of today, the sum of $71,095.68 remains due and owing from CBRE to VOSS pursuant to the AMTRAK Agreements. *See* Exhibit "3" attached hereto.

14.     During the period of time the AMTRAK Agreements were in full force and effect, and at the special instance of AMTRAK, as Owner, VOSS provided AMTRAK with equipment and materials which were outside the scope of, and not subject to, the AMTRAK Agreements.

15.     VOSS did supply and provide AMTRAK with the requested equipment and materials, and AMTRAK issued Purchase Orders to VOSS for such requested equipment and materials provide by VOSS to AMTRAK.

16.     Specifically, pursuant to several Purchase Orders issued by Amtrak, VOSS provided Amtrak with equipment and materials, and issued the following Invoices:

- Invoice #101142394 dated 9/19/2018 for $3,103.00;
- Invoice #101145505 dated 10/30/2018 for $13,526.70;
- Invoice #101732280 dated 9/27/2018 for $88,858.30; and,
- Invoice #101732281 dated 10/29/2018 for $2,200.00.

*See* Exhibit "4" attached hereto.

17.     As of today, the sum of $107,688.00 remains due and owing from AMTRAK to VOSS pursuant to the AMTRAK Purchase Orders.

FILED DATE: 9/4/2020 1:42 PM   2020L009534

18.     Due demand has been made on CBRE to pay the $71,095.68 Outstanding Balance Due pursuant to the AMTRAK Agreement Invoices, and to date, CBRE has have failed or refused to make such payments. *See* Exhibit "5" attached hereto.

19.     Due demand has further been made on AMTRAK to pay the $107,688.00 Outstanding Balance Due pursuant to the AMTRAK Purchase Orders, and to date, AMTRAK has failed or refused to make such payments. *See* Exhibit "6" attached hereto.

20.     The failure and refusal of CBRE and AMTRAK to pay, or their delay in paying, the Outstanding Balances Due to VOSS, without justification, constitutes bad faith, and an unreasonable and vexatious delay in payment.

21.     Illinois Statute 815 ILCS 205/2 provides that a creditors is entitled to receive interest at the rate of 5% per year for all suns due and owing when such funds are withheld as the result of an unreasonable or vexatious delay in payment.

22.     As a result of the wrongful, unreasonable and vexatious delay of CBRE to pay all sums due and owing to VOSS, CBRE is subject to pay VOSS statutory interest of 5% on the unpaid balance.

23.     VOSS did not provide services pursuant to the AMTRAK Agreements gratuitously, nor did VOSS provide equipment and materials pursuant to the AMTRAK Purchase Orders gratuitously.

24.     VOSS expected to be re-paid for the services provided pursuant to the AMTRAK Agreements as well as the equipment and materials provided pursuant to the AMTRAK Purchase Orders.

25.     CBRE has unjustly retained the benefit of such services provided pursuant to the AMTRAK Agreements to the detriment of VOSS.

FILED DATE: 9/4/2020 1:42 PM   2020L009534

26.     AMTRAK has unjustly retained the benefit of such equipment and materials provided pursuant to the AMTRAK Purchase Orders to the detriment of VOSS.

27.     CBRE's retention of the benefit of such services provided pursuant to the AMTRAK Agreements violates the fundamental principles of justice, equity, and good conscience.

28.     AMTRAK's retention of the benefit of such equipment and materials provided pursuant to the AMTRAK Purchase Orders violates the fundamental principles of justice, equity, and good conscience.

### COUNT I-
### BREACH OF AGREEMENT AGAINST CBRE

29.     Plaintiff re-alleges and re-incorporates Paragraphs 1 through 28 of the *Facts Common to All Counts* as and for Paragraph 29 of this Count I as if fully restated herein *in haec verba.*

30.     VOSS, as Service Contractor, performed all the conditions and duties on its part required by the AMTRAK Agreements.

31.     Despite the conduct of VOSS, CBRE has failed to pay all sums due and owing to VOSS for Invoices issued under the AMTRAK Agreements

32.     As a result of such conduct, CBRE is and remains in Breach of the AMTRAK Agreements.

33.     After giving all credits applicable to this matter, as of the date of this Complaint, there is currently due and owing to VOSS from CBRE the sum of $71,095.68 for unpaid Invoices issued for services provided pursuant to the AMTRAK Agreements. *See* Exhibit "3".

34.     There is not just or valid reason for the failure of CBRE to pay all sums due and owing to VOSS pursuant to the Invoices issued pursuant to the AMTRAK Agreement.

5

FILED DATE: 9/4/2020 1:42 PM    2020L009534

35.    As a result of the wrongful, unreasonable and vexatious delay in payment of all sums due and owing to VOSS, CBRE is subject to pay VOSS statutory interest of 5% on the unpaid balance pursuant to Illinois Statute 815 ILCS 205/2.

WHEREFORE, for the foregoing reasons, Plaintiff VOSS EQUPMENT, INC. prays that judgment be entered in its favor and against Defendant CBRE, Inc., as successor to US Equities Asset Management, LLC, in the amount of $71,095.68 as of the date of this Complaint, plus 5% pre-judgment statutory interest on the unpaid balance, plus payment of all accruing court costs, expenses and attorney's fees as allowed by the AMTRAK Agreements through the date of Trial, and for any additional or other relief as this Court deems just and equitable.

## COUNT II-
## DEMAND FOR INDEMNIFICATION AGAINST AMTRAK

36.    Plaintiff re-alleges and re-incorporates Paragraphs 1 through 35 of Count I as and for Paragraph 36 of this Count II as if fully restated herein *in haec verba*.

37.    VOSS, as Service Contractor, performed all the conditions and duties on its part required by the AMTRAK Agreements.

38.    CBRE is and remains in Breach of the AMTRAK Agreements.

39.    After giving all credits applicable to this matter, as of the date of this Complaint, there is currently due and owing to VOSS from CBRE the sum of $71,095.68 for unpaid Invoices issued for services provided pursuant to the AMTRAK Agreements. *See* Exhibit "3".

40.    There is not just or valid reason for the failure of CBRE to pay all sums due and owing to VOSS pursuant to the Invoices issued pursuant to the AMTRAK Agreement.

41.    As a result of the wrongful, unreasonable and vexatious delay in payment of all sums due and owing to VOSS, CBRE is subject to pay VOSS statutory interest of 5% on the unpaid balance pursuant to Illinois Statute 815 ILCS 205/2.

FILED DATE: 9/4/2020 1:42 PM 2020L009534

42.     All services provided by VOSS pursuant to the AMTRAK Agreements was done for the ultimate benefit of AMTRAK.

43.     In the event CBRE fails or refuses to pay the Outstanding Balance due and owing for the unpaid Invoices, demand is hereby made on AMTRAK, the beneficiary of the services provided by VOSS, to indemnify VOSS for all such unpaid amounts.

44.     Specifically, in the event CBRE is found liable to VOSS for the unpaid Invoices, VOSS is entitled to indemnification from AMTRAK for such unpaid Invoices, since any liability of CBRE was the direct and proximate result of its passive conduct, as all services provided were for the direct benefit of AMTRAK, whose conduct in demanding services was active in causing the damages suffered by VOSS for the unpaid Invoices.

WHEREFORE, for the foregoing reasons, in the event this Court finds that Defendant CBRE, Inc., as successor to US Equities Asset Management, LLC, is liable to Plaintiff VOSS EQUPMENT, INC. for any amount, Plaintiff prays that this Court enter an Order in its favor which requires Defendant NATIONAL RAILROAD PASSENGER CORPORATION d/b/a Amtrak to indemnify Plaintiff for all such damages awarded against CBRE, Inc., as successor to US Equities Asset Management, LLC, such amount to be no more than $71,095.68 as of the date of this Complaint, plus 5% pre-judgment statutory interest on the unpaid balance, plus payment of all accruing court costs, expenses and attorney's fees as allowed by the AMTRAK Agreements through the date of Trial, and for any additional or other relief as this Court deems just and equitable.

FILED DATE: 9/4/2020 1:42 PM   2020L009534

## COUNT III-
## BREACH OF CONTRACT AGAINST AMTRAK

45.     Plaintiff re-alleges and re-incorporates Paragraphs 1 through 28 of the *Facts Common to All Counts* as and for Paragraph 45 of this Count III as if fully restated herein *in haec verba*.

46.     At the special request and insistence of AMTRAK, VOSS provided AMTRAK with equipment and materials which were outside of, and not subject to, the AMTRAK Agreements.

47.     VOSS did supply and provide AMTRAK with the requested equipment and materials, and AMTRAK issued Purchase Orders to VOSS for such requested equipment and materials provide by VOSS to AMTRAK.

48.     Specifically, pursuant to several Purchase Orders issued by Amtrak, VOSS provided Amtrak with equipment and materials, and issued the following Invoices:

- 101142394 dated 9/19/2018 for $3,103.00;
- 101145505 dated 10/30/2018 for $13,526.70;
- 101732280 dated 9/27/2018 for $88,858.30; and.
- 101732281 dated 10/29/2018 for $2,200.00.

*See* Group Exhibit "4" attached hereto.

49.     VOSS performed all the conditions and obligations on its part required by the AMTRAK Purchase Orders.

50.     As of today, the sum of $107,688.00 remains due and owing from AMTRAK to VOSS pursuant to the AMTRAK Purchase Orders.

51.     Despite such obligation to pay VOSS the sum of $107,688.00 due and owing pursuant to the AMTRAK Purchase Orders, AMTRAK has failed and/or refused to pay VOSS such amount due.

FILED DATE: 9/4/2020 1:42 PM   2020L009534

52.    The failure and refusal of AMTRAK to pay, or delay in paying, VOSS the $107,688.00 balance due pursuant to the AMTRAK Purchase Orders, without justification, constitutes bad faith, and an unreasonable and vexatious delay in payment.

53.    Illinois Statute 815 ILCS 205/2 provides that a creditors is entitled to receive interest at the rate of 5% per year for all suns due and owing when such funds are withheld as the result of an unreasonable or vexatious delay in payment.

54.    As a result of AMTRAK's wrongful, unreasonable and vexatious delay in payment of the AMTRAK Purchase Orders, AMTRAK is subject to pay VOSS statutory interest of 5% on the unpaid balance.

WHEREFORE, for the foregoing reasons, Plaintiff VOSS EQUPMENT, INC. prays that judgment be entered in its favor and against Defendant NATIONAL RAILROAD PASSENGER CORPORATION d/b/a Amtrak in the amount of $107,688.00 due and owing to VOSS for equipment and materials provided to AMTRAK pursuant to the AMTRAK Purchase Orders, plus 5% pre-judgment statutory interest on the unpaid balance, plus payment of all accruing court costs, expenses and attorney's fees through the date of Trial, and for any additional or other relief as this Court deems just and equitable.

<div align="center">

**COUNT IV-
CLAIM IN THE ALTERNATIVE
FOR UNJUST ENRICHMENT AGAINST AMTRAK**

</div>

55.    Plaintiff re-alleges and re-incorporates Paragraphs 1 through 28 of the *Facts Common to All Counts* as and for Paragraph 55 of this Count IV as if fully restated herein *in haec verba.*

56.    In the alternative, VOSS brings this claim under the unjust enrichment laws of the State of Illinois, based on the fact that:

FILED DATE: 9/4/2020 1:42 PM   2020L009534

- At the special request and insistence of AMTRAK, through its agent, CBRE, VOSS provided services pursuant to the AMTRAK Agreements for the use and benefit of AMTRAK, and issued Invoices outlining and identifying all such services performed for the benefit of AMTRAK, $71,095.68 of which remains unpaid (*see* Exhibit "1");

- Additionally, and at the special request and insistence of AMTRAK, VOSS provided equipment and materials to AMTRAK for its use and benefit, and issued the AMTRAK Purchase Orders totaling $107,688.00 and outlining and identifying all such equipment and materials provided to AMTRAK (*see* Exhibit "2");

- AMTRAK accepted the benefit of all services provided by VOSS pursuant to the AMTRAK Invoices;

- AMTRAK further accepted the use and benefit of all equipment and materials provided by VOSS pursuant to the AMTRAK Purchase Orders;

- The total amount of $178,783.68 is and remains outstanding from AMTRAK to VOSS;

- VOSS did not provide the services, equipment and materials to AMTRAK gratuitously;

- VOSS expected to be paid for the services, equipment and materials provided to AMTRAK;

- AMTRAK has unjustly retained the benefit of such services, equipment and materials provided by AMTRAK to the detriment of VOSS; and,

- AMTRAK's retention of the benefit of such services, equipment and materials by VOSS violates the fundamental principles of justice, equity, and good conscience.

57.     VOSS performed all the conditions and obligations on its part required by the AMTRAK Invoices and AMTRAK Purchase Orders.

58.     As a direct and proximate result of the misconduct of AMTRAK as set forth above, AMTRAK has been unjustly enriched.

59.     Specifically, by the misconduct described herein, AMTRAK has accepted a benefit (i.e., receipt and retention of services, equipment and materials provided by VOSS) to the detriment of VOSS.

FILED DATE: 9/4/2020 1:42 PM   2020L009534

60.     AMTRAK's retention of such services, equipment and materials without reimbursement to VOSS violates the fundamental principles of justice, equity, and good conscience.

61.     AMTRAK has obtained and retained services, equipment and materials to which it is not entitled, and under these circumstances, equity and good conscience require that AMTRAK pay VOSS for providing such services, equipment and materials.

62.     As a direct and proximate result of the foregoing, VOSS has been damaged in an amount in excess of $178,783.68.

WHEREFORE, for the foregoing reasons, Plaintiff VOSS EQUPMENT, INC respectfully requests that this Honorable Court:

a)  Enter judgment in favor of Plaintiff and against Defendant NATIONAL RAILROAD PASSENGER CORPORATION d/b/a Amtrak in an amount to be determined at trial, and in no event should such amount be less-than $178,783.68;

b)  Award Plaintiff pre-judgment and post-judgment interest on the amount of any judgment, at the maximum rates authorized by law;

c)  Award Plaintiff all costs and expenses incurred in connection with this action, including, but not limited to, its attorney's fees; and

d)  Grant all such further and other relief as the Court deems just and appropriate.

By: _____
One of Plaintiff's Attorneys

MARKOFF LAW LLC
Robert G. Markoff
Douglas C. Giese (ARDC #6242975)
Attorneys for Plaintiff – 55932
29 N. Wacker Drive # 550
Chicago, IL  60606
Tel. (312) 698-7300 - Fax. (312) 698-7399
service@markofflaw.com

FILED DATE: 9/4/2020 1:42 PM   2020L009534

## Verification by Certification 735 ILCS 5/1-109

Under penalties as provided by law pursuant to 1-109 of the Code of Civil Procedure [735 ILC 5/1-109], the undersigned certifies that the statements set forth in this instrument are based upon information and belief and as to such matters the undersigned certifies as aforesaid that he/ she verily believes the same to be true.

Pursuant to Supreme Court Rule 222 this claim exceeds $50,000.00.

**VOSS EQUIPMENT, INC.**

By: _____

Peter Voss, not Individually, but as President of
Plaintiff VOSS EQUIPMENT, INC.

395133   CCOM / CLD

12

FILED DATE: 9/4/2020 1:42 PM   2020L009534

FILED
9/4/2020 1:42 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L009534

10351474

# EXHIBIT "1"

*10-9-2015*

## AGREEMENT WITH SERVICE CONTRACTOR

**THIS AGREEMENT WITH SERVICE CONTRACTOR,** (this "Agreement") made and entered into as of **October 9, 2015**, by and between **Voss Equipment, Inc.,** and having its principal offices at **15241 Commercial Avenue, Harvey, Illinois 60426** (the "Service Contractor"), and **CBRE, Inc.,** an Illinois limited liability company, having its principal offices located at 20 North Michigan Avenue, Suite 400, Chicago, Illinois ("Manager" or "CBRE") acting as Property Manager for the **National Railroad Passenger Corporation,** or any successor thereto ("Owner" or "Amtrak"), the Owner of that certain real property located at 500 West Jackson Boulevard, Chicago, IL 60661, and commonly referred to as "**Chicago Union Station**" (the "Property").

### RECITALS:

A.     The Manager entered into that Services Contract with the Owner (the "Agreement") dated May 1, 2013, regarding the Manager's responsibilities with regard to the management and operation of the Property.     The Services Contract includes Supplementary General Provisions and General Provisions which govern the performance of Services under the Service Contract.

B.     Pursuant to the Services Contract, the Owner authorized the Manager to supervise certain management activities of the Property as set forth therein, including retaining third parties to undertake certain activities and/or provide certain services with regard to the Property.

C.     The Service Contractor desires to provide the services for the Property referenced herein.

**NOW THEREFORE,** in consideration of the mutual covenants herein contained, said parties agree as follows:

### WITNESSETH:

1.     **Engagement of Service Contractor.**  Manager hereby engages and hires Service Contractor to undertake and perform those certain services more fully described on **Exhibit A** upon the terms and conditions set forth herein.   The performance of this Agreement by Service Contractor shall be subject to all terms and conditions of the Supplementary General Provisions of the Services Contract between Owner and Manager attached hereto as Exhibit F, and Service Contract shall comply as if fully set forth herein to the extent applicable to the Service Contractor's scope of services under this Agreement.

2.     **Term.**  The term of this Agreement shall be for a period commencing on **November 1, 2015**, and ending on **July 31, 2017**, unless earlier terminated as provided herein.

(a)     This Agreement may be terminated:

1

FILED DATE: 9/4/2020 1:42 PM  2020L009534

FILED DATE: 9/4/2020 1:42 PM    2020L009534

    (i)    Immediately upon written notice, at Manager's election if the Service Contractor fails to comply with the terms of this Agreement; or

    (ii)    By Service Contractor, in the event Manager fails to substantially perform any material provision of this Agreement, and if such failure continues for thirty (30) days after written notice from Service Contractor to Manager; or

    (iii)    Immediately and without notice, at Manager's election, if Service Contractor becomes insolvent, is adjudicated bankrupt, makes an assignment for the benefit of its creditors, or is dissolved either voluntarily or involuntarily; or

    (iv)    By Manager, with or without cause, on not less than thirty (30) days prior written notice to Service Contractor.

3.    **Acceptance of Engagement.**

    (a)    _General._ From and after the date hereof and until **July 31, 2017**, or earlier termination of this Agreement, Service Contractor shall timely and fully perform all of the duties set forth in _Exhibit A_ which is attached hereto and incorporated by reference herein (each a "Duty" and together, the "Duties") and as set forth herein in the Agreement, in accordance with the Supplementary General Provisions and General Provisions, Exhibit F. The Supplementary General Provisions and General Provisions referenced herein are to be construed as complementary with this Agreement. Service Contractor further agrees to:

    (i)    perform all of the Duties with the highest skill, care and quality, and in strict accordance with industry standards established by similar contractors engaged in the business of providing such a degree of skill, care, and quality for services similar to those set forth herein;

    (ii)    pay for all supplies, fuel, uniforms, equipment, machinery, repairs, transportation, material, labor, insurance premiums of any kind or description, sales taxes, salaries, federal and state employment taxes, any similar payroll taxes relating to employees of Service Contractor, and all other expenses whatsoever incurred in the performance of the Duties, except to the extent expressly set forth on _Exhibit A_;

    (iii)    obtain and pay for all applicable permits and governmental fees, licenses and inspections necessary and incidental to the performance of the Duties and to otherwise comply with all Federal, state and local laws, statutes, regulations,

2

FILED DATE: 9/4/2020 1:42 PM    2020L009534

codes, ordinances, rules and orders pertaining to performance of the Duties ("Applicable Law");

(iv)     uniform all employees, agents and others employed to Service Contractor to perform Duties at the Property to the subjective satisfaction of Manager;

(v)      provide a competent and well trained on-site supervisor for performance of the Duties at all times when said Duties are being performed;

(vi)     maintain a continuing employee training program so as to ensure maximum efficiency in the performance of the Duties and to ensure the safety of all persons on the Property; 

(vii)    remove promptly and keep the Property free from accumulation of waste materials or rubbish caused by Service Contractor's operations;

(viii)   insure that it carries out the Duties in a manner that complies with all Applicable Laws;

(ix)     otherwise carry out its Duties with regard to the Property in an expeditious manner; and

(x)      properly store and secure all equipment, tools, scaffolding, materials and other property used by Service Contractor in the performance of its Duties and to take all reasonable and prudent precautions to prevent any damage to property, personal injury or death to persons from any such equipment, tools, scaffolding, materials or other property or from acts of Service Contractor, its employees, agents, subcontractors, consultants, representatives, or other invitees who are present at the Property by or through the Service Contractor.

(xi)     provide, when requested as part of the Duties, professional design services utilizing duly licensed and registered design professionals with expertise and experience in the Duties assigned who shall be required to place their signature and professional seal on plans and specifications prepared by them as part of the Duties.

(xii)    In addition to the requirements of Paragraph 3, all services and Duties provided to the building, including but not limited to: cleaning, pest control, landscaping, exterior building maintenance, and hardscape maintenance, must

3

FILED DATE: 9/4/2020 1:42 PM  2020L009534

meet the standards and requirements set forth in the United States Green Building Council's LEED for Existing Buildings Operation and Maintenance Reference Guide 2009 edition, as applicable to the service provided.

(b)     Additional Responsibilities.

(i)     Service Contractor shall ensure that action shall be taken promptly, and in all cases within 30 days, to resolve any complaints which the Manager or Owner may have regarding Service Contractor's performance.

(ii)    The Manager has the right to require Service Contractor to remove from its work force any employees assigned to provide Duties in connection with the Property that the Manager or the Owner deem appropriate in the sole discretion of either of them.  Further, any employees determined to be incompetent, careless, unqualified for the Duties assigned, or otherwise objectionable, or any personnel whose actions are deemed to be contrary to public interest or inconsistent with the best interest of the Owner and the Property shall immediately be removed from assignment of any Duties in connection with the Property.

(iii)   Service Contractor's personnel must conform with established policies and procedures for the Property and must abide by all safety and security regulations for the Property as set forth by Manager or Owner.

(iv)    Service Contractor shall cooperate with Manager and Owner in ensuring that the Property is secure. Manager and Owner will be allowed to check all materials transported from the Property to prevent pilfering and theft.

(v)     Each employee of Service Contractor will be subject to security checks and random drug tests (on a continuing basis during the term hereof) by Manager or its agents.  In addition, if the Manager requests, each employee of Service Contractor involved with the Property or the duties described hereunder shall bear an identification badge furnished by the Service Contractor and approved by Manager while on or in the Property.  Service Contractor shall comply fully with all security requirements imposed by the Manager or Owner including participation in security training and wearing of appropriate identification. Service Contractor shall comply with the provisions of

4

FILED DATE: 9/4/2020 1:42 PM   2020L009534

Amtrak Policy 7.39.0, a copy of which is incorporated by reference herein. In addition to the requirements of Amtrak Policy 7.39.0, Service Contractor shall perform criminal background checks of all employees assigned to perform Duties at the Property. Service Contractor shall not place any employee at the Property who: 1) has been convicted of a felony; 2) has been convicted of any crime involving theft or dishonesty; or 3) has been convicted of any crime involving sexual misconduct or child abuse.

4.   Service Contractor's Compensation.

(a)   Manager shall pay Service Contractor compensation for Service Contractor's performance of the Duties pursuant to the terms of Exhibit B attached hereto. Service Contractor shall submit a bill to Manager for such compensation not more frequently than twice monthly for services. Compensation for partial calendar month's performance of Duties shall be prorated. Invoices for the aforementioned compensation shall be submitted to the following:

> Chicago Union Station
> CBRE, Inc.
> 500 W. Jackson Blvd. Suite 107
> Chicago, IL 60661
> Attn: Wally Kruce, General Manager

(b)   Payments to Service Contractor shall be made monthly in arrears within sixty (60) days after receipt of appropriate billing from Service Contractor.

(c)   All compensation paid to Service Contractor is intended to be inclusive of local, state or federal sales, use, gross receipts, excise, personal property or similar taxes with respect to the Duties, and any such taxes shall be assumed and paid for by Service Contractor.

(d)   It is understood that, from time to time during the term of this Agreement, Manager may request Service Contractor to perform services or provide materials which are not set forth in the Duties but are related to the services encompassed within the Duties (herein "Additional Work"). Service Contractor hereby agrees to perform such Additional Work so long as, immediately before the performance of such Additional Work, Manager and Service Contractor execute a written agreement setting forth the scope of such Additional Work and compensation payable to Service Contractor for the full performance of said Additional Work. All provisions of this Agreement applicable to the Duties shall also apply to any and all Additional Work, if any, whether or not expressly so stated in such provisions. In the event Service Contractor shall fail to secure such a written agreement relating to such Additional Work, any such work thereafter performed shall be deemed a part of

FILED DATE: 9/4/2020 1:42 PM 2020L009534

the Duties, and Service Contractor shall not be entitled to any additional compensation therefore.

5.  Insurance.

(a)  Service Contractor shall be required to satisfy such insurance requirements as are set forth in Exhibit E which is attached hereto and incorporated by reference herein.  Manager reserves the right to request copies of policies and endorsements to policies from Service Contractor at any time during the term of this Agreement.

(b)  Property and Liability Incidents. Service Contractor shall promptly report on forms provided by Manager, any and all accidents, damages or losses on or about the Property which result in or which are claimed to have resulted in personal or bodily injury or death or damage to the Property or any loss in connection with the use of the Property, to the Manager's designated representative, who shall contact representatives of the insurance company(s) providing the property casualty and liability coverage for the Property.  Service Contractor shall also promptly send to Manager copies of all legal or other process served on the Service Contractor which affects, or might affect, Manager, Owner or the Property.

6.  Confidentiality.  Service Contractor shall not disclose and shall ensure that its employees, subcontractors, agents and/or representatives do not disclose any information relating to this Agreement to any third party without the prior written consent of Manager and Owner.  In addition, Service Contractor shall not make any news releases, articles, brochures, advertisements, speeches or other information releases relating to this Agreement without the prior approval of the Manager and Owner.

(a).  Service Contractor shall keep confidential, and shall ensure that each of its employees, subcontractors, agents and representatives keep confidential, any financial information, employee information, customer or marketing information, business plans, designs, drawings, specifications, engineering data, technical information, policies, procedures, processes, analyses or proprietary information which either (1) is furnished by Owner or Manager; or (2) is, or will become as a result of the Agreement, the property of the Owner or Manager. Further, Service Contractor shall not disclose such items or any information contained therein to third parties and shall use such items and information solely for the benefit of performing its Duties under this Service Contract, or as other directed by Manager in writing.  Upon completion or termination of this Agreement, or as otherwise requested by Manager, Service Contractor shall immediately return all such items and information to Manager or make other disposition thereof as directed by Manager.

(b)  Service Contractor shall fully defend, hold harmless, and indemnify Owner, Chicago Union Station Company, and the Manager and their respective

FILED DATE: 9/4/2020 1:42 PM    2020L009534

directors, officers, employees, parents, subsidiaries, affiliates, partners, members, managers, successors, predecessors, assigns, and agents (hereinafter "collectively referred in this Agreement as "Indemnitees"), against any and all actions, claims, liability, costs, damages, charges, and expenses suffered or incurred by Indemnitees, to the extent caused by or arising out of any breach of Service Contractor of the provisions of Section 6 herein. Service Contractor acknowledges that if a breach of its obligations hereunder cannot be compensated adequately by an award of money damages or other pecuniary remedy, Manager shall also be entitled, in the event of any such breach, to seek the remedies of injunction, specific performance or other equitable relief.

(c)    Service Contractor agrees that, in the event any confidential information of Owner or Manager is sought by subpoena or other process, Service Contractor shall promptly give notice of such subpoena or process to Manager, pursuant to the notification provision of this Agreement, before responding to such subpoena or process.

(d)    This Confidentiality section shall survive the termination, expiration or performance of this Agreement.

7.    Conflicts of Interest. Conflict of interest means that because of activities or relationships with other persons or entities, (1) Service Contractor is unable to render impartial assistance and advice to Manager, (2) Service Contractor's objectivity in performing the Duties under this Agreement is or might be otherwise impaired, or (3) Service Contractor has, or has attempted to create, an unfair competitive advantage. Service Contractor hereby affirmatively represents that it will not engage in any conflict of interest in performing the Duties for Manager pursuant to this Agreement. Service Contractor agrees not to (a) engage in activities, or (b) initiate or maintain relationships with persons or entities where such activities or relationships create a conflict of interest. Service Contractor shall use its best efforts to identify and prevent potential conflicts of interest. Service Contractor shall inform Manager of any activity or relationship that Service Contractor has reason to believe may create a conflict of interest. Service Contractor represents that it is not a party to any existing agreement which would prevent Service Contractor from entering into and performing this Agreement.

8.    Notice of Violations. Service Contractor shall promptly give Manager written notice of any actual, apparent or alleged violation of, or failure to comply with, any requirement applicable to the Property of which Service Contractor becomes aware or in its exercise of the highest care, should become aware. Manager or Owner shall have the right to contest any alleged violation of any such requirement.

9.    Effect of Termination.

(a)    All records pertaining to the Duties, together with any other property of Owner or Manager in Service Contractor's possession, shall be

7

FILED DATE: 9/4/2020 1:42 PM    2020L009534

delivered to Manager within seven (7) days after the date on which the termination of this Agreement becomes effective.

(b)    In the event of a termination of this Agreement, Manager shall pay to the Service Contractor the amounts owed through the date of termination, including reimbursements within thirty (30) days after Manager's receipt of a properly submitted invoice in form acceptable to Manager for the same.

10.    Notices.    All notices or other communications required or permitted hereunder shall be in writing and shall be deemed given, delivered and received: (a) when delivered, if delivered personally by a commercial messenger delivery service with verification of delivery; (b) four days after mailing, sent by registered or certified mail, return receipt requested and postage prepaid; (c) one business day after delivery to an overnight courier service, when delivered to an overnight courier service providing documented overnight service; (d) on the date of delivery if delivered by facsimile and electronically by email confirmed before 5:00 p.m. (local time) on any business day, with confirming copy sent by overnight courier service; or (e) on the next business day if delivered by facsimile and electronically by email confirmed either after 5:00 p.m. (local time) or on a non-business day, in each case addressed as follows:

If to Service Contractor:

> Voss Equipment, Inc.
> 15241 Commercial Ave.
> Harvey, IL 60426
> Attn:    Kirby Bannerman
> Phone:  (866) 867-0659
> Fax:

If to Manager:

> CBRE, Inc.
> 20 N. Michigan Ave., Suite 400
> Chicago, IL 60602
> Attn:    William Vail, Senior Director
> Phone:  (312) 456-7000
> Fax:    (312) 456-0056

With a Copy to:

> CBRE, Inc.
> 500 W. Jackson Blvd., Suite 107
> Chicago, IL 60601
> Attn:    Wallace Kruce, General Manager
> Phone:  (312) 655-2465
> Fax:    (312) 655-2469

Either party hereto may, by written notice to the other party, change the address to which notices shall be sent.

11.    Nature of Relationship.

FILED DATE: 9/4/2020 1:42 PM   2020L009534

(a)      Service Contractor is retained by Manager, but Service Contractor understands and acknowledges that Manager shall not be liable out of its own funds for any amounts owed to Service Contractor hereunder and payments for Duties rendered received from the Owner shall be paid to the Service Contractor; provided, however, if no funds or insufficient funds are appropriated and budgeted in any fiscal period of Owner for payments to be made under the Service Contract, then the Manager will notify Service Contractor in writing of that occurrence, and, at Service Contractor's sole discretion, this Agreement may terminate on the earlier of the last day of the fiscal period for which sufficient appropriation was made or whenever the funds appropriated for payment under the Service Contract are exhausted. Payments for Duties completed to the date of notification will be made to Service Contractor from appropriations by the Owner, except that no payments will be made or due to Service Contractor under this Agreement beyond those amounts appropriated and budgeted by Owner to fund payments under the Services Contract.

(b)      Service Contractor is retained only for the purpose and to the extent set forth herein and Service Contractor's relationship with Manager and Owner shall, during the entire term of this Agreement, be that of independent contractor so that neither Service Contractor, nor any employee, agent, officer, director or shareholder of Service Contractor shall be deemed an agent, or employee of Manager or Owner. Service Contractor has no authority to make representations, commitments or obligations on behalf of Manager.  Service Contractor shall maintain all required insurance and shall pay all required workers' compensation payments, disability benefits, unemployment insurance and employment and withholding taxes for its employees as mandated by federal, state and local laws.

(c)      The personnel assigned to the Property by Service Contractor in every instance shall be deemed employees of Service Contractor and not of Manager or Owner.  Neither Manager nor Owner shall have the right to supervise or direct such personnel, but Manager and Owner may require Service Contractor to remove from the assignment any individual whom Manager or Owner deems unsatisfactory.

(d)      Service Contractor agrees to defend, indemnify and hold harmless Indemnitees, even if there is or alleged to be any fault or negligence on the part of the Indemnitees, of and from any and all liabilities, claims, suits, demands, damages, losses and expenses, including reasonable attorneys' fees and costs, arising from any determination (whether judicially or administratively) that some relationship, other than that of independent Service Contractor, exists between Owner or Manager (on one hand) and Service Contractor (on the other).

(e)      Service Contractor shall not discriminate against any employee or applicant for employment on the basis of race, color, religion, national origin, ancestry, age, sex or handicap and shall otherwise comply with all applicable federal, state and/or local anti- discrimination laws.

9

FILED DATE: 9/4/2020 1:42 PM   2020L009534

12.   Compliance with Law.

(a)      Service Contractor agrees at all times to remain in strict compliance with all terms, provisions, regulations and rulings relative to the Immigration Reform and Control Act of 1986 (IRCA). All employees of Service Contractor assigned to the Property will have had their identity and eligibility for work within the United States properly verified.  Service Contractor shall not assign or delegate any services pursuant to this Agreement to any individual who is not authorized to work in the United States pursuant to IRCA.  Within three (3) days of receipt of a written request from Manager or Owner, Service Contractor shall provide copies of the I-9 form or such other documentation as may be appropriate to satisfy Manager or Owner as to Service Contractor's compliance with IRCA.

(b)      Service Contractor agrees to defend, indemnify and hold harmless Indemnitees from and against any claims, actions, suits, notices, or proceedings of any type whatsoever arising out of or in any way connected with Service Contractor's breach of the terms of the paragraph immediately above.

(c)      Service Contractor shall plan for, and ensure, that all personnel comply with the OSHA Safety and Health Standards (29 CFR 1910) and General Construction Standards (29 CFS 1926) as such federal regulations are applicable to the specific tasks constituting the Duties and Additional Work (if any).  The responsibility for the implementation and enforcement of health and safety requirements shall be solely that of the Service Contractor.  Service Contractor shall provide Material Safety Data (MSD) Sheets in compliance with OSHA Hazard Communication Standards. Service Contractor shall take all necessary and desirable precautions for the safety of, and provide the necessary protection to prevent damage, injury, or loss to:

(i)      all personnel on the work site and any and all persons on and about the Property who may be affected by the performance of the Duties;

(ii)      all materials or equipment to be incorporated in, or utilized in connection with, the Duties, whether on or off the work site; and

(iii)      other property located at the site of the Duties or at other portions of the Property.

(d)      Service Contractor shall comply with all Applicable Laws, including, but not limited to, the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA), 42 U.S.C. Sec. 9601 et. seq, and the Resource Conservation and Recovery Act (RCRA), 42 U.S.C. Sec. 6901 et. seq., concerning the environment and/or waste disposal.  Without limitation of the generality of the preceding sentence, Service Contractor shall dispose of any and

FILED DATE: 9/4/2020 1:42 PM   2020L009534

all wastes generated in connection with its performance of this Agreement in accordance with all Applicable Laws, at its sole expense, using its own EPA generator number. In no event shall Owner or Manager be identified as a generator of any such wastes. Manager reserves the right to require Service Contractor to provide to Manager a copy of the results of any tests conducted by or for Service Contractor on any such wastes and, at Manager's expense if so approved in writing, to perform additional tests or examinations of any such wastes prior to disposal.

To the fullest extent permitted by law, Service Contractor shall defend, indemnify and hold harmless the Indemnitees from and against any and all claims, actions, damages, liabilities and expenses ("**Losses**") arising from the existence, discharge, release, and/or disposal of any materials, including, without limitation, any wastes, generated in connection with Service Contractor's performance of its Duties, even if there is or alleged to be any fault or negligence on the part of the Indemnitees. The aforesaid obligation of indemnity shall be construed so as to extend to all the legal defense and investigation costs as well as all other reasonable costs, expenses and to all liabilities incurred by the Indemnitees, from and after the time at which the party indemnified received notification (whether verbal or written) that a claim or demand is to be or may be made. The above indemnity shall not be limited by other indemnities in this Agreement and shall survive the expiration or termination of this Agreement.

Service Contractor acknowledges and agrees that the indemnification obligations of Service Contractor under this Section 10 are separate from and not limited by Service Contractor's responsibility to obtain, procure and maintain the insurance set forth in Section 5, above.

    (e)    Compliance with All Laws Generally.

        (i)    Service Contractor must observe and comply with all applicable federal, state, county and municipal laws, statutes, codes, ordinances, rules, regulations, and executive orders, in effect now or later and whether or not they appear in this Agreement, including those set forth in this Article and Service Contractor must pay all taxes and obtain all licenses, certificates and other authorizations required by them. Service Contractor must require all subcontractors retained by Service Contractor to comply with the terms of this Agreement insofar as applicable to Service Contractor's Duties.

        (ii)    Notwithstanding anything in this Agreement to the contrary, references to a statute, code or law are considered to be a reference to (i) the statute, code or law in effect on the date of this Agreement; and (ii) all regulations and rules pertaining to or promulgated pursuant to the statute or law; and (iii) all amendments, modifications or changes to

11

FILED DATE: 9/4/2020 1:42 PM   2020L009534

statutes, laws, codes, regulations, rules and executive orders enacted during the term of this Agreement.

13.   Miscellaneous Provisions Applicable to Service Contractor.

(a)   Service Contractor shall, at all times, enforce strict discipline and good order among its employees and shall not employ in the Duties any unfit person or anyone not skilled in the performance of the Duties.  Service Contractor represents and warrants that all personnel performing Duties hereunder shall have suitable training, education, experience, skill and, if applicable, the licenses necessary to perform the Duties.

(b)   Service Contractor warrants that all materials and equipment furnished under this Agreement will be new, unless the Manager otherwise agrees in writing, and that all materials and equipment will be of good quality, free from faults and defects and in conformance herewith.  Service Contractor warrants that all Duties shall be performed in a timely manner, in strict conformance with the terms of this Agreement, in accordance with the highest degree of skill, quality, and care, and in accordance with Applicable Laws. The performance of all Duties not conforming to these requirements, including substitutions not properly approved and authorized, may be considered defective and non-compliant with the terms of this Agreement.

(c)   Service Contractor shall give all notices and comply with all laws, ordinances, rules, regulations and lawful orders of any public authority bearing on the performance of the Duties.

(d)   If Service Contractor observes that any of the Duties shall be at variance with Applicable Laws, Service Contractor shall promptly notify Manager of same in writing.  If Service Contractor shall perform any Duties at such time when Service Contractor knows or should have known that such Duties are contrary to Applicable Laws, then in that event Service Contractor shall assume full responsibility therefore and shall bear all costs attributable thereto.

(e)   Service Contractor acknowledges that other persons or entities may perform other services at the Property at the same time that the Service Contractor is performing the Duties.   Service Contractor specifically consents to such concurrent performance by those who are performing such other services, and shall fully cooperate with such persons so as to allow all such services to be performed.

(f)   Service Contractor agrees to defend, indemnify, and hold harmless Indemnitees  from all liens for labor performed, material supplied or used by Service Contractor and/or any other person in connection with the Duties and services undertaken by Service Contractor hereunder and shall not, at any time during the term of this Agreement, suffer or permit any lien or attachment or encumbrance to be imposed by any person, firm or corporation upon the Property

FILED DATE: 9/4/2020 1:42 PM 2020L009534

or any improvements thereon, by reason of any claim or demand against Service Contractor or otherwise. Service Contractor further agrees to execute and provide current lien waivers for each invoice submitted for the services rendered by Service Contractor covered by the invoice and a sworn affidavit respecting the payment of and lien releases from all subcontractors, suppliers and materialmen for all amounts paid to them by Service Contractor. Owner or Manager shall have the right to cure any liens, attachments or encumbrances in the event Service Contractor fails to do so and back charge Service Contractor any and all amounts expended curing such encumbrances.

(g)    Service Contractor warrants and represents to Manager that Service Contractor has not been, is not, and shall not become, a person or entity with whom Manager is restricted from doing business with under regulations of the Office of Foreign Asset Control ("OFAC") of the Department of the Treasury (including, but not limited to, those named on OFAC's Specially Designated and Blocked Persons list) or under any statute, executive order (including, but not limited to, the September 24, 2001, Executive Order Blocking Property and Prohibiting Transactions With Persons Who Commit, Threaten to Commit, or Support Terrorism), or other governmental action and is not and shall not engage in any dealings or transaction or be otherwise associated with such persons or entities.

(h)    Service Contractor warrants that (1) it has the authority to enter into this Agreement without breaching any contractual obligation or statutory duty owed to another; (2) it shall perform the Duties and services with promptness, diligence and in accordance with the highest professional standards in the industry; (3) it shall comply with all requirements of the Agreement and where applicable, the Services Contract; (4) all deliverables to be provided hereunder shall be technically correct and based upon furnished criteria or any other information or documents mutually agreed upon the by parties; and (5) in performing the Duties, it shall use adequate numbers of qualified individuals with suitable training, education, experience, and skills, and that it shall perform the Duties in a manner consistent with the required level of quality and performance. Should the Duties required the employment of a licensed design professional, Service Contractor warrants professionals are properly licensed and registered to provide the Duties required and that they have the appropriate expertise and experience to provide such Services.

(i)    The warranties set forth in Section 13 are in addition to all other express, implied or statutory warranties.

14.    Entire Agreement. This Agreement, together with its attached Exhibits, constitutes the entire and integrated agreement between the Manager and Service Contractor and supersedes all prior negotiations, representations and agreements, either oral or in writing. This Agreement may be amended only by a written instrument signed by both Manager and Service Contractor.

FILED DATE: 9/4/2020 1:42 PM   2020L009534

15.   Governing Law.

(a)   This Agreement shall be governed and construed under the laws of Illinois, except where Owner is a party and Owner's rights are affected, in which case District of Columbia law shall apply as to any dispute with Owner.

(b)   Except as provided herein to the contrary, each party hereto agrees that it shall be entitled to equitable relief, including injunction and specific performance, in the event of any breach of the provisions of this Agreement, in addition to all other remedies available at law or in equity. Each party hereto also hereby irrevocably and unconditionally: (i) consents to submit to the exclusive jurisdiction of the courts of the State of Illinois and of the United States of America located in the City of Chicago for any actions, suits, or proceedings arising out of or relating to this Agreement and the transactions contemplated hereby (each party hereto agrees not to commence any action, suit or proceeding relating thereto except in such courts), and further agrees that service of any process, summons, notice or document by U.S. certified mail to either party at the addresses set forth in Section 10 above shall be effective service of process for any action, suit or proceeding brought against either party in any such court; (ii) waives any objection to the laying of venue of any action, suit or proceeding arising out of this Agreement or the transactions contemplated hereby, in such courts; and (iii) waives and agrees not to plead or claim in any such court that any such action, suit or proceeding brought in any such court has been brought in an inconvenient forum; provided however that where Owner is a party and Owner's Services Contract requires a different venue, provisions (b) (i), (ii), and (iii) shall apply to such venue. In addition, the party that is successful in obtaining equitable relief shall be entitled to reimbursement for all legal fees incurred in connection with such proceeding.

16.   Indemnification.

(a)   To the fullest extent permitted by law, Service Contractor shall defend, indemnify and hold harmless Indemnitees, even if there is or alleged to be any fault or negligence on the part of the Indemnitees, from and against any and all claims, losses, liabilities, penalties, fines, causes of action, suits, costs, and expenses (including reasonable attorneys' fees and costs) which any of the Indemnitees have or may hereafter incur, be responsible for or pay as a result of breach of contract, warranty, bodily injury, death of any person (including Service Contractor's employees, agents and subcontractors), or damage to or loss, including loss of use, of any property, including economic losses and damage to property of the parties hereto, arising out of or in any degree resulting from, or alleged to be resulting from, any act or omission of the Service Contractor, its employees or anyone for whom it may be liable, or resulting from by or alleged to be resulting from materials or deliverables supplied by or through Service Contractor, or resulting from or alleged to be resulting from Service Contractor's failure to perform its obligations in compliance with the Agreement. The aforesaid obligation of indemnity shall be construed so as to extend to all the

14

FILED DATE: 9/4/2020 1:42 PM   2020L009534

legal, defense and investigation costs, as well as all other reasonable costs, expenses and liabilities incurred by the party indemnified, from and after the time at which the party indemnified receives notification (whether verbal or written) that a claim or demand is to be or may be made.

(b)     The indemnification obligations for all indemnification provisions in this Agreement shall not be limited by a limitation on the amount or type of damages, compensation or benefits payable by or for the Service Contractor under workers' compensation acts, disability benefit acts or other employee benefit acts. The indemnifications herein shall not be limited by the existence of any insurance policy procured or maintained by Service Contractor.  Manager shall provide Service Contractor with written notice of all claims and reasonably cooperative with Service Contractor in the investigation, defense and settlement of such claims.  All indemnification provisions shall survive the expiration or termination of this Agreement.

(c)     Service   Contractor   acknowledges   and   agrees   that   the indemnification obligations of Service Contractor in this Agreement are separate from and not limited by Service Contractor's responsibility to obtain, procure and maintain the insurance set forth in Section 5 above. The indemnity obligations in this Agreement are in addition to, and cumulative of any other obligations provided by law or contract, all of which are reserved to the Indemnitees without diminution.

17.     Assignment and Delegation.

(a)     Service Contractor shall be absolutely prohibited from assigning this Agreement or delegating or subcontracting any of the Duties (or any right, obligation or performance of Service Contractor hereunder), unless Manager consents in advance thereto in writing, it being agreed that the services to be performed hereunder are personal in nature.  Any attempted assignment or subletting of this Agreement shall be void and of no force and effect.

(b)     Manager or Owner may assign this Agreement, at any time, in its sole and absolute discretion, by giving Service Contractor written notice of same, which notice shall specify the assignee and effective date of assignment. Such an assignment by the Manager or Owner shall not relieve Service Contractor of its duties hereunder.

18.     Dispute Resolution.   All claims, disputes or other matters in controversy arising out of or related to this Agreement shall be resolved in accordance with the dispute resolution process set forth in Exhibit D attached hereto and made a part hereof.

19.     Interpretation.   The headings contained in this Agreement are for convenience of reference only and shall not limit or otherwise affect in any way the meaning or interpretation of the Agreement.  All references to any document or exhibit

FILED DATE: 9/4/2020 1:42 PM    2020L009534

shall be deemed to include all supplements and/or amendments to such documents or documents entered into in accordance with this Agreement.

20.    No Waiver.  The making of, or failure to make any payment, take any actions or waive any rights shall not be deemed an amendment of this Agreement nor a consent to such action or to any future action or failure to act, unless the party required to so consent or act expressly agrees in writing.  No waiver by any party of any breach of any provision of this Agreement shall be construed as a waiver of any continuing or succeeding breach of such provision, a waiver of the provision itself, or a waiver of any right, power or remedy under this Agreement.  No notice to, or demand on, any party in any case shall, of itself, entitle such party to any other or further notice of demand in similar or other circumstances.

21.    Severability.  In the event that any provision of this Agreement shall be invalid, illegal or unenforceable, the validity, legality and enforceability of the remaining provisions shall not in any way be affected or impaired thereby.

22.    Successors; Non-Recourse Provision.

(a)    This Agreement and all terms and conditions hereof (including, without limitation, any and all hold harmless agreements and indemnifications herein provided) shall inure to the benefit of Manager and its successors and assigns and shall be binding on Service Contractor and its permitted successors and assigns.

(b)    Service Contractor expressly understands and agrees that, notwithstanding anything contained herein to the contrary, neither Service Contractor nor any person claiming by, through or under Service Contractor shall have any personal recourse for the payment or performance of any obligation under, or for any claim based on, this Agreement against Owner, Manager or against any principal, partner, member, director, officer, shareholder, beneficiary, trustee, employee, agent, successor or assign of Owner or Manager beyond the interest of Owner in the Property, it being understood that such claimants shall look solely to the interest of Owner in the Property with respect to any and all such claims and that all other personal liability of the above-described persons and entities is hereby expressly waived by Service Contractor on behalf of all persons claiming by, through, and under Service Contractor.

*[Remainder of Page Intentionally Left Blank]*

16

FILED DATE: 9/4/2020 1:42 PM   2020L009534

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed the day, month and year first above written.

SERVICE CONTRACTOR:

VOSS EQUIPMENT, INC.
15241 Commercial Ave.
Harvey, IL 60426

By: *Kirby Bannerman*
Name: KIRBY BANNERMAN
Title: VP / GM

MANAGER:

CBRE, INC.
20 N. Michigan Ave.
Chicago, IL 60602

By: _____
Name: William Vail
Title: Senior Director, CBRE, Inc.

17

FILED DATE: 9/4/2020 1:42 PM   2020L009534

## EXHIBIT A

### CHICAGO UNION STATION
### 500 WEST JACKSON BOULEVARD
### CHICAGO, IL 60661

### SCOPE OF SERVICES

Service Contractor assures action shall be taken promptly, and all cases within 24 hours, to resolve any complaints which the Owner may have regarding Service Contractor's performance.

Contractor shall provide services to Owner as hereinafter set forth. At all times Contractor shall collectively use its knowledge, experience and expertise to expeditiously and cost effectively deliver the optimal skills and resources to evaluate, develop design and execute solution which support the Owner's business and operational requirements.

The Contractor's Services may include but are not limited to the provisions of the following services:

- Provide maintenance and repair services of Amtrak's vehicles and equipment ("Equipment") to include but not limited to the items identified on SCHEDULE A-1 and SCHEDULE A-2. Contractor shall maintain said Equipment in operational condition as per manufacturer's specifications to prevent deterioration and failure in order to minimize downtime.

- Specified Services – General Requirements:

    1. Contractor is responsible to attain and possess the most current manufacturer's equipment specifications, maintenance and repair documents for Equipment prior to performing Services on said Equipment.

    2. Contractor shall take all reasonable and appropriate actions needed to ensure that no Equipment is out of operation for longer than six (6) hours as the result of testing, inspection, maintenance or repair. In the event Contractor comes to believe that Equipment may be inoperable for than six (6) hours in order to accomplish required testing, inspection, maintenance, or repair, Contractor shall immediately notify the Manager of the potential for such event, the reasons why extended service is required, and Contractor's best estimate as to when the subject Equipment will be returned to operation.

18

FILED DATE: 9/4/2020 1:42 PM    2020L009534

3. Material Safety Data Sheet: Prior to commencing work, Contractor shall provide Manager with Material Safety Data Sheets for all materials proposed to be used during the term of this Agreement.

4. Hours to perform Services:

   a. *"Regular Hours"* is defined as performing Services on Equipment during the hours of 7:00am through 5:00pm, on Monday through Friday, excluding Holidays as identified and agreed to by both parties.
   b. *"Overtime Hours"* is defined as performing Services on Equipment all other times other than Regular Hours and excluding Holidays as identified and agreed to by both parties.
   c. *"Holiday Hours"* is defined as performing Services on Equipment during Holiday Hours as identified and agreed to by both parties.

5. Products and Parts:

   a. Contractor shall maintain locally in stock an adequate supply of replacement parts for Equipment as is necessary for meeting the scheduling and response time requirements.
   b. Contractor shall make available for review by Manager all records, relating to the inventory of spare parts, within two working days of Contractor's receipt of request from the Manager.
   c. Only materials, fluids, lubricants, and replacement parts which are recommended by the Equipment manufacturer shall be utilized under this Agreement. Certain new replacement parts for some Equipment covered under this Agreement may not be available due to the age, brand, or model of the Equipment. If new replacement parts are unavailable, upon receiving prior written approval by Manager, Contractors shall use rebuilt, reconditioned, remanufactured, or retrofit parts.

6. Warranty:

   a. Parts and labor shall be considered under "Contractor Warranty" for a minimum of thirty (30) calendar days after repairs have been completed and accepted by the Manager.
   b. Contractor shall maintain warranty records on all parts replaced. Contractor shall make all original warranty records available to Manager upon Manager's request. All warranty records relating to Contractor's work at CUS shall be the property of Manager and Owner.

7. Maintenance Schedule: At the direction of and in with the Manager, within thirty (30) calendar days after contract award, Contractor shall provide the Manager for review and approval, a Maintenance Schedule

FILED DATE: 9/4/2020 1:42 PM 2020L009534

("Schedule") for each individual piece of Equipment. The Schedule shall be developed to maintain the Equipment, as per manufacture's specifications, in a continuously safe, reliable and satisfactory operating condition and provide for the regular, systematic examination, cleaning, lubrication, adjustment, and repair of the Equipment, including replacement of parts. The Schedule shall, at minimum, incorporate the respective manufacturer's maintenance recommendations specifying the schedule for providing required inspections, lubrication, cleaning and other maintenance services. The Schedule shall also include but not be limited to, a listing of all parts and materials required to effect the Service and list the maximum time allotted to perform Service. Manager reserves the right to require reasonable changes in the Schedule to meet Manager's and Owner's operational needs. Contractor shall maintain the Schedule in the Manager's Office of the Building and ensure the Schedule is current at all times. In the event Contractor becomes aware that the conformance with the Schedule may not be possible; Contractor shall immediately advise Manager of the delay and consult with the Manager regarding a revised Schedule.

8. <u>Maintenance Services:</u> "Maintenance Services" shall be defined as Contractor performing Maintenance Services on Equipment resulting from normal wear, use, and age.

   Schedule Maintenance Services: Contractor shall:

   a. Complete scheduled Maintenance Services at duration agreed to by the Manager. In the event Contractor becomes aware that conformance with the scheduled timeline may not be possible, Contractor shall immediately advise Manager of the delay and consult with the Manager regarding a revised time schedule.
   b. Perform scheduled Maintenance Services in accordance with manufacturer's specifications and industry standards. In the event Contractor believes deviation from the manufacturer's specifications and/or industry standards are appropriate, Contractor shall obtain prior written approval from Manager before effecting said deviation.

9. <u>Repair & Emergency Services:</u> "Repair & Emergency Services" shall be defined as Contractor performing repair services on Equipment resulting from accidental or willful damage and/or misuse of the Equipment on an "as needed" and "on-call" basis.

FILED DATE: 9/4/2020 1:42 PM   2020L009534

10. Repair & Emergency Services: Contractor shall:

    a. Accomplish necessary repairs, including replacing parts, as required to correct Equipment malfunctions. To the extent possible, all work shall be performed on-site. Repair work may be performed off-site subject to the Manager's approval. Emergency work shall be done on a "call back" basis. Only Manager personnel, as determined by Manager, are authorized to call for emergency work.

    b. Provide emergency call coverage twenty-four (24) hours per day, seven (7) days per week, including holidays, upon notification of Equipment malfunction by Manager.

11. Maintenance and Repair Report: At the direction of and in consultation with the Manager, Contractor shall provide to Manager Maintenance and Repair Report ("Report") detailing each Equipment inspection, test, maintenance or repair activity. Additionally, the Report shall contain time spent and include detailed descriptions of services performed and parts and supplies used, if any. The Report shall consist of the service technicians signed checklist indicating all items that were tested, replaced, or serviced in accordance with this scope, industry standards, and manufacturer's recommendations. The report shall list all deficiencies, recommended repairs, and replacements. A statement on the signature lined of the checklist will serve to attest that the items checked-off were indeed completed. In the event said service was a repair or emergency, the Report shall include, at a minimum, the following information:

    a. Date and time of service incident
    b. Time and method of notice
    c. Complaint that initiated the call-out
    d. Cause for fault condition
    e. Action taken to restore equipment to service, items repaired or replaced including reason, and service time incurred

Other items as may be determined by Contractor or requested by the Manager.

The Contractor shall use its best efforts to guard the Owner and Agent against defects and deficiencies in the Work. The Contractor shall identify the aspects of a Project, which do not conform to the drawings and specification or industry standards.

Service Contractor shall provide services in accordance with the Rules and Regulations for Chicago Union Station as outlined in Exhibit C.

FILED DATE: 9/4/2020 1:42 PM   2020L009534

## SCHEDULE A-1, VEHICLE & EQUIPMENT LISTING – STATION LOCATION

| MAKE | MODEL | SERIAL NUMBER | Department |
|---|---|---|---|
| Allis Chalmers | ACE30-EV | DCJ123868 | Food & Beverage |
| Toyota | 7FBEHU18 | 21676 | Food & Beverage |
| YALE | ERC040BBN36 | N469096 | Food & Beverage |
| TOYOTA | 7HBW23 | CJR0046 | Food & Beverage |
| TOYOTA | 7HBW23 | CJR0046 | Food & Beverage |
| TOYOTA | 7HBW23 | 7HB2339158 | Food & Beverage |
| TAYLOR DUNN | ET-150 | 181145 | Food & Beverage |
| TAYLOR DUNN | B2-38 | 181150 | Food & Beverage |
| TAYLOR DUNN | B2-38 | 181151 | Food & Beverage |
| TAYLOR DUNN | BO-012-38 | 172806 | Food & Beverage |
| TAYLOR DUNN | BO-012-38 | 172805 | Food & Beverage |
| TAYLOR DUNN | BO-012-38 | 176722 | Food & Beverage |
| TAYLOR DUNN | CO-425-48 | 176472 | Food & Beverage |
| TAYLOR DUNN | CO-425-48 | 176725 | Food & Beverage |
| TAYLOR DUNN | C-426-AC | 186005 | Food & Beverage |
| TAYLOR DUNN | C-426-AC | 186054 | Food & Beverage |
| TAYLOR DUNN | C-426-AC | 186056 | Food & Beverage |
| TAYLOR DUNN | C-426-AC | 186057 | Food & Beverage |
| TAYLOR DUNN | SC1-75 (P1) | NA | Customer Service |
| TAYLOR DUNN | SC1-75 (P2) | 146587 | Customer Service |
| TAYLOR DUNN | SC1-75 (P4) | 125971 | Customer Service |
| TAYLOR DUNN | SC1-75 (P5) | 131334 | Customer Service |
| TAYLOR DUNN | SC1-75 (P6) | 136426 | Customer Service |
| TAYLOR DUNN | SC1-75 (P7) | 146856 | Customer Service |
| TAYLOR DUNN | SC1-75 (P8) | 159851 | Customer Service |

FILED DATE: 9/4/2020 1:42 PM   2020L009534

## SCHEDULE A-1, VEHICLE & EQUIPMENT LISTING – STATION

| MAKE | MODEL | SERIAL NUMBER | Department |
|------|-------|---------------|------------|
| TAYLOR DUNN | SC1-75 (P9) | 159850 | Customer Service |
| TAYLOR DUNN | SC1-75 (P10) | 161277 | Customer Service |
| TAYLOR DUNN | SC1-75 (P11) | 162229 | Customer Service |
| TAYLOR DUNN | SC1-75 (P12) | 162228 | Customer Service |
| TAYLOR DUNN | SC1-75 (P13) | NA | Customer Service |
| TAYLOR DUNN | SC1-75 (P14) | NA | Customer Service |
| TAYLOR DUNN | P-250 (Unit 1) | 108676 | Customer Service |
| TAYLOR DUNN | P-250 (Unit 20) | 108677 | Baggage |
| TAYLOR DUNN | P-250 (Unit 21) | 108678 | Baggage |
| TAYLOR DUNN | P-250 (Unit 22) | 108679 | Baggage |
| TAYLOR DUNN | P-250 (Unit 23) | 108680 | Baggage |
| TAYLOR DUNN | P-250 (Unit 24) | 108681 | Baggage |
| TAYLOR DUNN | P-250 (Unit 25) | 108682 | Baggage |
| TAYLOR DUNN | P-250 (Unit 26) | 133266 | Baggage |
| TAYLOR DUNN | P-250 (Unit 22-1) | 133267 | Baggage |
| TAYLOR DUNN | P-250 (Unit 22-2) | NA | Baggage |
| TAYLOR DUNN | P-250 (Unit 27) | NA | Baggage |
| TAYLOR DUNN | P-250 (Unit 28) | NA | Baggage |
| TAYLOR DUNN | P-250 (Unit 29) | NA | Baggage |
| TAYLOR DUNN | P-250 (Unit 32) | NA | Baggage |
| TAYLOR DUNN | P-250 (Unit 34) | NA | Baggage |
| TAYLOR DUNN | C4-25 (Unit 35) | 147948 | Janitorial |
| TAYLOR DUNN | C4-25 (Unit 36) | 147947 | Janitorial |
| TAYLOR DUNN | SS5-34 (Unit 70) | 157355 | Janitorial |
| TAYLOR DUNN | C4-25 (Unit 41) | 15836 | Janitorial |

FILED DATE: 9/4/2020 1:42 PM   2020L009534

## SCHEDULE A-1, VEHICLE & EQUIPMENT LISTING – STATION

| MAKE | MODEL | SERIAL NUMBER | Department |
|------|-------|---------------|------------|
| TAYLOR DUNN | C4-25 (Unit 42) | 15835 | Janitorial |
| TAYLOR DUNN | C4-25 (Unit 43) | 15834 | Janitorial |
| Yale | NA (Unit 795D) | NA | Baggage |
| Yale | NA (Unit 98A) | 13811 | Customer Service |
| Kalamar | ET35EV (Unit 99C) | 20027A | Customer Service |
| Toyota | SFB20 (Unit T-1) | 10577 | Customer Service |
| Nutting tram trailers (Approx. 30 units) | NA | NA | Baggage |
| Nutting rubbish trailers (Approx. 10 units) | NA | NA | Customer Service |
| Misc. trailers/carts (Approx. 15 units) | NA | NA | Food & Beverage |

FILED DATE: 9/4/2020 1:42 PM  2020L009534

## SCHEDULE A-2, VEHICLE & EQUIPMENT LISTING – YARD LOCATION

| MAKE | MODEL | SERIAL NUMBER | Department |
|------|-------|---------------|------------|
| Marklift | 30KBN | 889m4266 | Mechanical |
| ~~Whiting~~ | ~~22 Ton~~ | ~~ma12622~~ | ~~Mechanical~~ |
| ~~Whiting~~ | ~~22 Ton~~ | ~~ma12683~~ | ~~Mechanical~~ |
| ~~Whiting~~ | ~~22 Ton~~ | ~~ma125a1~~ | ~~Mechanical~~ |
| ~~Whiting~~ | ~~22 Ton~~ | ~~ma1823~~ | ~~Mechanical~~ |
| Shuttle Wagon | SWX25A | 5j52516 | Mechanical |
| Rail King | SS4200 | rcm280 | Mechanical |
| Cushman | 898319 | 98000133 | Mechanical |
| Cushman | 898319 | 98000828 | Mechanical |
| Cushman | 898319 | lm13798 | Mechanical |
| Cushman | Minute Miser E | 2182600 | Mechanical |
| Cushman | Minute Miser E | NA | Mechanical |
| Cushman | 8983208 | 99005872 | Mechanical |
| Cushman | XRG-20 | 371f005 | Mechanical |
| Cushman | 898336 | 633852 | Mechanical |
| Cushman | MX600 | 114772 | Mechanical |
| Cushman | 898459 | 91006520 | Mechanical |
| Cushman | 898336B | 98006973 | Mechanical |
| Cushman | 8983368 | 98006902 | Mechanical |
| Cushman | 898336B | 99000771 | Mechanical |
| Cushman | 8983368 | 606030 | Mechanical |
| Cushman | 898459 | 98000877 | Mechanical |
| Cushman | 898718 | 98000877 | Mechanical |
| Globe Motors | GEM EL | 5asak27455f037144 | Mechanical |
| EZ Go | E2200 | 1277898 | Mechanical |

FILED DATE: 9/4/2020 1:42 PM  2020L009534

## SCHEDULE A-2, VEHICLE & EQUIPMENT LISTING – YARD LOCATION

| MAKE | MODEL | SERIAL NUMBER | Department |
|------|-------|---------------|------------|
| Ford | F550 | 1fda56p75ea37198 | Mechanical |
| Globe Motors | GEM EL | 5asak27455f038875 | Mechanical |
| Kubota | RTV900 | 19522 | Mechanical |
| Ford | F550 | 1fdaf56p24eb9996 | Mechanical |
| Taylor Dunn | B2-48 | 167530 | Mechanical |
| Taylor Dunn | B2-48 | 167531 | Mechanical |
| Globe Motors | GEM ES | 5asaj27466f039666 | Mechanical |
| Hyster | E30BC | b120v02759j | Mechanical |
| Hyster | E30BC | b120v02760j | Mechanical |
| Komatsu | FG30T8 | 141292a | Mechanical |
| Yale & Towne | GP060RDNUAF086 | n495167 | Mechanical |
| Mitsubishi | G30FG30N | afl1301276 | Mechanical |
| Komatsu | FG40Z | 110734a | Mechanical |
| TCM | FG25T7L | A45L00949 | Mechanical |
| TCM | FG25T7L | A45L00951 | Mechanical |
| TCM | FG25T7L | A45L00950 | Mechanical |
| Yale & Towne | GP060YGEUAF087 | A875B3353C | Mechanical |
| TUG | 6004G | 90c925 | Mechanical |
| TUG | ND44251 | 0S659a22k | Mechanical |
| Tennant | 7400 | 74007508 | Mechanical |
| Tennant | 255 | 25538307 | Mechanical |
| Pettibone | 25RS | 187a17474 | Mechanical |
| Miller | 225 | Kk321975 | Mechanical |
| Taylor Dunn | RE-380-36 | 180024 | Mechanical |
| Taylor Dunn | RE-380-36 | 180023 | Mechanical |

26

FILED DATE: 9/4/2020 1:42 PM   2020L009534

## SCHEDULE A-2, VEHICLE & EQUIPMENT LISTING – YARD LOCATION

| MAKE | MODEL | SERIAL NUMBER | Department |
|---|---|---|---|
| American | 6150 | 1000021803 | Mechanical |
| Advance Maching | Condor XL | 100021803 | Mechanical |
| Kubota | KRTV100 | 22338 | Mechanical |
| Kubota | RTV1100CW9-H | 24980 | Mechanical |
| Kubota | RTV1100CW9-H | 23919 | Mechanical |
| Taylor Dunn | B024848 | 183313 | Mechanical |
| Taylor Dunn | B024848 | 183314 | Mechanical |
| Taylor Dunn | B024848 | 183315 | Mechanical |
| Taylor Dunn | B024848 | 183318 | Mechanical |
| Taylor Dunn | B024848 | 183316 | Mechanical |
| Taylor Dunn | B024848 | 183317 | Mechanical |
| Taylor Dunn | SS536 | 183220 | Mechanical |
| Taylor Dunn | SS536 | 183221 | Mechanical |
| Taylor Dunn | SS536 | 183223 | Mechanical |
| Taylor Dunn | SS536 | 183224 | Mechanical |
| Taylor Dunn | SS2536 | 183222 | Mechanical |
| John Deere | TS Gator | A87583353C | Mechanical |
| John Deere | TS Gator | 90c925 | Mechanical |
| John Deere | TS Gator | 05659a22k | Mechanical |
| John Deere | TS Gator | 74007508 | Mechanical |
| John Deere | TS Gator | 25538307 | Mechanical |
| Genie Boom | GS2032 | Gs2032 | Mechanical |
| Miller-Henry | 300502 | Lj4006710 | Mechanical |
| Hotsy | 300502 | 11160570 | Mechanical |
| Kubota | TRV1100 | 28301 | Mechanical |

27

FILED DATE: 9/4/2020 1:42 PM  2020L009534

## SCHEDULE A-2, VEHICLE & EQUIPMENT LISTING – YARD LOCATION

| MAKE | MODEL | SERIAL NUMBER | Department |
|---|---|---|---|
| Globe Motors | | 5asag47467f042949 | Mechanical |
| Jig Lift | ME00AJP | 1704791a | Mechanical |
| Taylor Dunn | SS-025-36 | 181230 | Mechanical |
| Genie Boom | SG2032 | Gs3211a | Mechanical |
| Taylor Dunn | | 181231 | Mechanical |
| Kubota | | 222338 | Mechanical |
| Tennant | 4300 | 433002776 | Mechanical |
| Genie Boom | SG2032 | Gs32111a | Mechanical |
| Whiting | 60-Ton | 60-Ton | Mechanical |
| Whiting | 60-Ton | South Table | Mechanical |
| Miller Henry | 300502 | Lk110141u | Mechanical |
| Ingersoll Rand | 8150 | Ep150 | Mechanical |
| Ingersoll Rand | 8150 | Ep143 | Mechanical |
| Sullair | HP-150 | 2.00607E+11 | Mechanical |
| Sullair | LS25 | 2.00606E+11 | Mechanical |
| Taylor Dunn | | 70427 | Mechanical |
| Taylor Dunn | | 70428 | Mechanical |
| Taylor Dunn | | 70429 | Mechanical |
| Bobcat | 250 | Lf41936 | Mechanical |
| Miller Henry | Trailblazer 280 | La098978 | Mechanical |
| Miller Henry | Aircrafter 330 | Jk704d31 | Mechanical |
| Miller Henry | Bobcat 250 | Mb63007711 | Mechanical |
| Miller Henry | Millermatic 140 | Lj4006710 | Mechanical |
| Miller Henry | Deltaweld 452 | Lk024000c | Mechanical |
| Miller Henry | Millermatic 252 | Lk242253n | Mechanical |

FILED DATE: 9/4/2020 1:42 PM   2020L009534

## SCHEDULE A-2, VEHICLE & EQUIPMENT LISTING – YARD LOCATION

| MAKE | MODEL | SERIAL NUMBER | Department |
|------|-------|---------------|------------|
| Miller Henry | Millermatice | Lg110149n | Mechanical |
| Lincoln Welder | | A805344 | Mechanical |
| Yale & Towne | | A827n21979 | Mechanical |
| Cushman | | 990058725 | Mechanical |
| Kalmar | | St331030536 | Mechanical |
| Hotsy | 1080B3 | L11057E+13 | Mechanical |
| Whiting | 35 Ton | Ma1822 | Mechanical |
| Whiting | 35 Ton | | Mechanical |
| Whiting | 35-Ton | Ma2541 | Mechanical |
| Whiting | 35-Ton | Mal2688 | Mechanical |
| Cushman | | Lm13799 | Mechanical |
| Cushman | | Lm13798 | Mechanical |
| Taylor Dunn | BO-254-48 | 195396 | Mechanical |
| Taylor Dunn | BO-254-48 | 195397 | Mechanical |
| Cushman | Minute Miser | 3044014 | Mechanical |
| Caterpillar | 2DP6000 | AT14E30770 | Mechanical |

FILED DATE: 9/4/2020 1:42 PM   2020L009534

EXHIBIT C

**CHICAGO UNION STATION
500 WEST JACKSON BOULEVARD
CHICAGO, IL 60661**

**RULES AND REGULATIONS
FOR CONTRACTED SERVICE PERSONNEL**

The following Building Rules and Regulations should be strictly followed by all contractors working at Chicago Union Station:

1. A copy of these rules <u>must</u> be read by all contractors, employees of contractors or agents of contractors and posted on the job site at all times.

2. Building permits <u>must</u> be posted on the job site at all times.

3. All contractors on site must display the Chicago Union Station ID. The ID is obtained at the CBRE, Inc.'s management office, located in Suite 107. If ID is lost, stolen, or misplaced there will be a $10 replacement fee.

4. All workers, while working in the building, shall act in a professional manner to include but not limited to:

    a. No abusive language.
    b. No smoking or drinking in public areas.
    c. No physical violence.
    d. No loitering in lobbies or exterior of building or roaming in any public corridors of the building.
    e. No use of radios in the construction area.
    f. No stealing.

5. While on site, contractor acknowledges that other construction activities may be taking place in the building and will cooperate and not interfere with these activities.

6. No interviewing of job applicants of sub-contractors will occur on-site without prior approval by building management and a prior scheduled appointment.

7. All work areas should be kept cleaned daily of trash, debris and non-useful materials. Failure to do so will result in CBRE, Inc. providing this service and back charging the contractor accordingly. Contractors will be required to monitor all traffic and work through the public elevator lobbies

FILED DATE: 9/4/2020 1:42 PM   2020L009534

and corridors to insure that dust and debris are not tracked into public areas.

8.   The construction area should be kept clean and organized at all times. The General Contractor should enforce this standard with each subcontractor and maintain the area to a level satisfactory with the Landlord.

9.   Demolition and removal of trash must be done after normal Building hours if it interferes with building operations. (Normal business hours 7:00 a.m. - 8:00 p.m. weekdays.) All trash and debris must be covered, to limit airborne dust, before entering freight elevators.

10.  All subcontractors will use rubber wheeled carts, hand trucks and tool chests, etc. when moving materials through the Building or removing trash from the Building. If access to the work area necessitates travel through common corridors, the finishes should be protected by the placement of masonite panels along the route tile, carpet or wall damage will be the subcontractor's responsibility.

11.  All delivery of materials to the site shall be to the loading dock. No materials may be delivered through the main entrance doors or at the employee entrance. Major deliveries and movements of materials into and through the building must be done before or after normal business hours. Major deliveries include metal studs, drywall, conduit, piping, H.V.A.C. equipment, ceiling tile, wallcovering, paint and carpet. Minor deliveries allowed under special circumstances, but must be scheduled and approved in advance.   (Normal business hours are 7:00 a.m. to 8:00 p.m. weekdays.). Caterers and event vendors may begin set-up at 9am on the day of event and must be completed by 3pm.

12.  There is no available storage space on the site. Subcontractors must store all materials within the construction area. The General Contractors and subcontractors are responsible for keeping loading dock clear of material.

13.  Storage of supplies will be allowed in areas mutually agreed upon by Contractor, CBRE and Amtrak.

14.  All deep trenching of floors must be done before or after normal business hours.  It is the General Contractor's responsibility to remove or reroute existing electrical conduits and pipes.

15.  No coring of tile arches is permitted without prior approval from Landlord. A structural engineer designated by Landlord will be required at contractor's expense unless otherwise noted.

FILED DATE: 9/4/2020 1:42 PM    2020L009534

16. If an electrical shutdown is required which might affect existing tenants, the General Contractor should notify the Building two weeks prior to the shutdown. Shutdown shall be performed only by Landlord's approved contractor. All costs associated with the shutdown are the tenant's responsibilities.

17. No materials, supplies, tools, ladders or equipment will be provided by the Building excluding the use of the CUS Mechanical Shop and certain tools in the CUS Mechanical Shop related to the maintenance of industrial vehicles. Contractor shall use these certain tools in the CUS Mechanical Shop at Contractor's own risk. Amtrak and CBRE make no warranties of the condition of any or all tools and equipment found in the CUS Mechanical Shop.

18. No storage of flammable substances will be allowed in the building unless approved by building management and in accordance with approved City and or National building codes and regulations.

19. Accident Report: In case of any accident, reports must be made out by your company and copies must be sent to both to the Office of the Building at Chicago Union Station, 500 West Jackson Blvd., Suite 107, Chicago, IL 60606 and Amtrak Police.

20. Building public areas including floor, ceiling, wall, or mechanical chases may not be used as a tenant raceway system. If a corridor crossing is required, landlord approval is required.

21. Acceptable construction barricades and or lockable doors must be maintained and used to control noise and dusts pollution to a minimum level. All common areas must be kept clean and maintained at levels of acceptance to the Landlord. Use of dust mats at all exits is required.

22. There will be no signage posted on perimeter of barricades.

23. The following procedures shall be strictly adhered to when employing any method of welding, gas or electric, flame cutting or performing open flame soldering.

   Contractor must contact the building's engineers at least 48 hours in advance of any open flame work performed on the premises. Before any cutting, soldering or welding can take place, the work must be inspected by a Building Engineer with the Contractor's project superintendent, and a representative of the subcontractor performing the work. After the inspection and if all concerns have been addressed, the Building Engineer will allow work to proceed.

FILED DATE: 9/4/2020 1:42 PM  2020L009534

Engineering will make periodic checks of all construction areas when work is being performed. If they observe open flame practices different from those outlined herein, they may at their discretion suspend all open flame work for the reminder of the shift.

Cutting, soldering or welding is prohibited under the following circumstances:

In areas not authorized by Building Management.

In the presence of explosive or flammable atmospheres, or explosive or flammable atmospheres that may develop inside uncleaned or improperly prepared tanks or equipment which have previously contained such materials, or in areas with an accumulation of combustible dusts.

In areas near the storage of quantities of exposed, readily ignitable materials.

In areas where employees or workers are present, unless proper shields or guards and appropriate exhaust provisions are used.

Additional fire prevention precautions and suppression capability must be engaged whenever performing such work under any of the following conditions:

Appreciable combustible material in building construction or contents is closer than 35 feet from the point of operation.

Appreciable combustibles are more than 35 feet away but are easily ignited by sparks.

Wall or floor openings occur with a 35-foot radius of the point of operation where the potential exists of igniting exposed combustible material. This includes adjacent areas and concealed spaces in walls, floors, and ceilings.

Combustibles could be ignited by conduction or radiation through metal partitions, wall, ceilings, or roofs.

Suitable fire extinguishing equipment will always be maintained in a state of readiness for immediate use.

14. The Contractor shall protect smoke detection devices in the areas where production of dust will occur. Notify the Building Engineer when protection is in place so they may be checked.

FILED DATE: 9/4/2020 1:42 PM   2020L009534

25. Any procedure that emits noxious fumes (i.e., carpet laying, use of oil based paint, etc.) must be performed after normal business hours.

26. Additional Amtrak Safety Rules and Regulations may apply and will be strictly adhered to prior to the start of any work performed at Union Station. Amtrak Safety Rules and Regulations may include additional insurance requirements if working on or near tracks as designated by Amtrak policy.

27. Prior to the start of any work performed at Union Station, every contractor must be RWP (Railroad Worker's Protection) qualified.

28. All work will comply with the Building Codes of the City of Chicago and other county, state, and federal requirements and guidelines as applicable. Work will meet generally accepted industry standards, including but not limited to:

Air Conditioning and Refrigeration Institute (ACRI)
Air Diffusion Council (ADC)
American Society of Heating, Refrigeration and Air Conditioning
   Engineers (ASHRAE)
American Society of Mechanical Engineers (ASME)
American Society for Testing Materials (ASTM)
Asbestos Construction Standard (ACS)
Factory Material (FM)
Hazardous Communication Act (HAZ COM)
Institute of Boiler and Radiator Manufacturers (IBRM)
Institute of Electrical and Electronic Engineers (IEEE)
National Electrical Code (NEC)
National Electrical Manufacturers Association (NEMA)
National Emission Standard for Hazardous Air Pollutants
   (NESHAP)
William-Steiger Occupational Safety and Health Act (OSHA)
      1) OSHA Standards (29CFR1910)
      2) General Construction Standards (29CFR1926)
Sheet Metal and Air Conditioning Contractors National
   Association (SMACCNA)

*The building reserves the right to revise and supplement the foregoing rules and regulations from time to time as the managing agent or Landlord may deem necessary.*

FILED DATE: 9/4/2020 1:42 PM    2020L009534

## EXHIBIT D

### CHICAGO UNION STATION
### 500 WEST JACKSON BOULEVARD
### CHICAGO, IL 60661

### DISPUTE RESOLUTION

Claims, disputes, or other matters in controversy arising out of or related to the Agreement which do not include the Owner as a party shall be first negotiated face to face between the principals of the parties responsible for the Services at the Property. In the event no resolution is reached of such claim or dispute, such claim or dispute shall be subject to mediation as a condition precedent to litigation. Mediation shall be commenced by the issuance of any party of a demand for mediation to the other party, describing in detail the nature of the dispute and the amount in controversy. Notwithstanding the foregoing, mediation shall not be a condition precedent to litigation for claims involving mechanics liens, indemnification, contribution or other derivative claims.

Mediation of claims shall be administered by a mediation forum and mediator mutually agreeable to the parties, and if no agreement is reached within fourteen days of service of the demand for mediation, it shall be administered by ADR Systems at 20 North Clark Street in Chicago, Illinois, using a mediator experienced in handling matters which are the subject of the claim or dispute. Upon agreement of the mediator, the demand for mediation shall be provided to the mediator. A demand for mediation may be made concurrently with the filing of litigation but, in such event, mediation shall proceed in advance of litigation, which shall be stayed pending mediation for a period of 60 days from the date of filing, unless stayed for a longer period by agreement of the parties or court order.

The parties shall share the mediator's fee and any filing fees equally. Agreements reached in mediation shall be enforceable as settlement agreements in any court having jurisdiction thereof.

Any claims or disputes not resolved during mediation shall be litigated in a court of competent jurisdiction in accordance with the terms of the Agreement.

Claims or disputes which include the Owner as a party shall be resolved in accordance with the dispute resolution provisions of the Services Contract.

FILED DATE: 9/4/2020 1:42 PM   2020L009534

## EXHIBIT E

### CHICAGO UNION STATION
### 500 WEST JACKSON BOULEVARD
### CHICAGO, IL 60661

### INSURANCE REQUIREMENTS

A.  Service Contractor shall purchase and maintain the following insurance coverages and limits of liability:

 1.  Workers' Compensation and Occupational Disease Insurance in accordance with the laws of the State of Illinois, including Voluntary Compensation, Other States Coverage and Employer's Liability Insurance with a limit of liability of not less than $1,000,000 each accident, $1,000,000 each person for disease and $1,000,000 aggregate for disease.

 2.  Commercial General Liability Insurance with a limit of liability of not less than $2,000,000 each occurrence and $2,000,000 in the aggregate, combined single limit for bodily injury and property damage.  Products/completed operations liability (which must be maintained for two (2) years after Final Acceptance of the Work), independent contractors liability, broad form blanket contractual liability, personal injury liability, broad form property damage (including Completed Operations) and advertising liability coverages are to be included, and all Railroad, Explosion/Collapse/Underground (X-C-U) exclusions are to be deleted. National Railroad Passenger Corporation, Chicago Union Station Company and CBRE, Inc. are each to be named as an additional insured with respect to operations to be performed by the Service Contractor.

 If the 1986 (or later) ISO Commercial General Liability Form is used, a per project annual aggregate is required.

 3.  Commercial Automobile Liability Insurance with a limit of liability of not less than $1,000,000 combined single limit for bodily injury and property damage. The Commercial Automobile Liability coverage shall include coverage for all owned, leased, non-owned and hired automobiles, and shall name as Additional Insureds the entities identified in B below.

 4.  Umbrella Liability Insurance with a limit of liability of not less than $5,000,000 each occurrence and in the aggregate, combined single limit for bodily injury and property damage.  The Umbrella Liability Policy shall be excess of the Employers Liability Coverage, Commercial General Liability Coverage and Commercial Automobile Liability Coverage and must include a per project annual aggregate and shall name as Additional Insureds the entities identified in B below.

 5.  Service Contractor shall provide Property Insurance covering all property owned by, or in control of the Service Contractor, including, without limitation, tools and equipment.

37

FILED DATE: 9/4/2020 1:42 PM   2020L008634

6.    Railroad Protective Liability Insurance. *(applicable where Service Contractor is performing work within fifty feet, horizontally or vertically, of railroad tracks.)* The policy shall be issued on the current AAR-AASHTO (ISO/RIMA) Occurrence Form (claims-made forms are unacceptable), in the name of National Railroad Passenger Corporation (and any other railroad operating over the tracks). The policy shall have limits of liability of not less than ten million dollars per occurrence, combined single limit, for Coverages A and B, for losses arising out of injury to or death of all persons, and for physical loss or damage to or destruction of property, including loss of use thereof. A twenty million dollar annual aggregate shall apply. Additionally, Policy Endorsement CG 28 31 - Pollution Exclusion Amendment, is required to be endorsed onto the policy. Further, "physical damage to property" as defined in the policy is to be deleted and replaced by the following endorsement: "It is agreed that 'physical damage to property' means direct and accidental loss of or damage to all property owned by any named insured and all property in any named insured's care, custody and control arising out of the acts or omissions of the contractor named on the Declarations." The original Railroad Protective Liability insurance policy must be submitted to Owner.

7.    Contractor's Pollution Liability Insurance. A policy covering the liability of Service Contractor arising out of any sudden and/or non-sudden pollution or impairment of the environment, including clean-up costs and defense, which arise from the operations of Service Contractor. Coverage under this policy shall have limits of liability of not less than two million dollars each occurrence with no sunset clause.

8.    Where applicable, Professional Liability Insurance as specified in Section 23 of the General Provisions attached as Exhibit I.

B.    The insurance coverages described above shall be in the name of Service Contractor; provided, however, all policies described above, except for Property Insurance described in A(5) and Professional Liability Insurance described in A(8), shall name as additional insureds each of the following entities and their respective officers, employees, parents, subsidiaries, affiliates, members, directors, assigns and agents, and such other parties in interest as Owner or Manager may require. Such entities are as follows:

**Additional Insured Entities:**

**CBRE, INC.**
**NATIONAL RAILROAD PASSENGER CORPORATION**
**CHICAGO UNION STATION COMPANY**

**The Certificate Holder Shall be:**

**CBRE, Inc., 500 West Jackson Blvd., Suite 107, Chicago, IL 60661**

It is further understood that any insurance required above shall be primary and non-contributory and that any insurance carried independently by the additional insureds shall be excess and non-contributory for any liability arising directly or indirectly from the performance of the Agreement.

38

FILED DATE: 9/4/2020 1:42 PM   2020L009534

C.    All insurers must have an A.M. Best's Insurance Rating of at least A-IX. Certificates of Insurance and copies of policies, if requested, acceptable to the Owner shall also be delivered to the Owner prior to commencement of the Agreement. These certificates as well as insurance policies required by this Paragraph shall contain a provision that coverage will not be non-renewed, changed, canceled or allowed to expire until at least thirty days' prior written notice has been given to the Owner.

Service Contractor shall cause each subcontractor of any tier to purchase and maintain insurance as required from Service Contractor including the naming of the Additional Insureds on such policies. Service Contractor shall maintain a file of certificates of insurance received from each subcontractor and/or sub-subcontractor of any tier.

Service Contractor agrees that the foregoing insurance provisions will remain in effect, without interruption, for the entire time period that Service Contractor provides services to the property.

Each of the property insurance policies described above shall contain appropriate "waiver of subrogation" clauses to any right of subrogation against Owner and Manager.

FILED DATE: 9/4/2020 1:42 PM   2020L009534

EXHIBIT F

CHICAGO UNION STATION
500 WEST JACKSON BOULEVARD
CHICAGO, IL 60661

SUPPLEMENTARY GENERAL PROVISIONS

NATIONAL RAILROAD PASSENGER CORPORATION
SUPPLEMENTARY GENERAL PROVISIONS FOR NONCONSTRUCTION
CONTRACTS

Contractor shall comply with and insert the following provisions in all subcontracts
issued pursuant to this Contract:

1.      Equal Employment Opportunity.  Contractor shall comply with E.O. 11246,
"Equal Employment Opportunity," as amended by E.O. 11375, "Amending Executive
Order 11246 Relating to Equal Employment Opportunity," and as supplemented by
regulations at 41 CFR part 60, "Office of Federal Contract Compliance Programs, Equal
Employment Opportunity, Department of Labor."

2.      Patent Rights; Rights to Inventions.
        (a)     If any invention, improvement, or discovery of Contractor or any of its
        subcontractors is conceived or first actually reduced to practice employing financial
        assistance provided to the Contractor under this Contract, and that invention,
        improvement, or discovery is patentable under the laws of the United States of America
        or any foreign country, Contractor agrees to notify Amtrak immediately and provide a
        detailed report.  The rights and responsibilities of Amtrak, Contractor and the Federal
        Government with respect to such invention, improvement, or discovery will be
        determined in accordance with applicable Federal laws, regulations, policies, and any
        waiver thereof.
        (b)     If the Contract involves the performance of experimental, developmental, or
        research work, the rights of the Federal Government and Amtrak shall be in accordance
        with 37 CFR part 401, "Rights to Inventions Made by Nonprofit Organizations and
        Small Business Firms Under Government Grants, Contracts and Cooperative
        Agreements," and any implementing regulations issued by the Federal Railroad
        Administration (FRA).

3.      Byrd Anti-Lobbying Amendment.  Contractors who apply or bid for an award
of $100,000 or more shall file the certification required by 49 CFR part 20, "New
Restrictions on Lobbying", a copy of which is attached hereto.  Each tier certifies to the
tier above that it will not and has not used Federal appropriated funds to pay any person
or organization for influencing or attempting to influence an officer or employee of any
agency, a member of Congress, officer or employee of Congress, or an employee of a
member of Congress in connection with obtaining any Federal contract, grant or any
other award covered by 31 U.S.C. 1352.  Each tier shall also disclose any lobbying with
non-Federal funds that takes place in connection with obtaining any Federal award.  Such
disclosures are forwarded from tier to tier up to Amtrak.

FILED DATE: 9/4/2020 1:42 PM   2020L009534

4.      **Debarment and Suspension.** No contract shall be entered into with parties
listed on the General Services Administration's List of Parties Excluded from Federal
Procurement or Nonprocurement Programs in accordance with E.O.s 12549 and 12689,
"Debarment and Suspension" and 49 CFR part 29. This list contains the names of parties
debarred, suspended, or otherwise excluded by agencies, and contractors declared
ineligible under statutory or regulatory authority other than E.O. 12549. Contractor will
comply with U.S. DOT regulations, "Governmentwide Debarment and Suspension
(Nonprocurement)." If this Contract equals or exceeds the small purchase (simplified
acquisition) threshold of $100,000, Contractor shall execute the "Certification Regarding
Debarment, Suspension, Ineligibility and Voluntary Exclusion" attached hereto.

5.      **Buy American.** Contractor shall comply with the Buy American Act (41
U.S.C. 10a-d), and the implementing regulations set forth at 48 CFR part 25, except for
acquisitions in excess of one million dollars ($1,000,000), in which case Contractor shall
comply with Amtrak's domestic buying requirements found at 49 U.S.C. 24305(f).

6.      **Cargo Preference--Use of United States-Flag Vessels.** As required by U.S.
DOT, Maritime Administration regulations, "Cargo Preference -- U.S.-Flag Vessels," 46
CFR part 381, if equipment, materials or commodities may be transported by ocean
vessel in carrying out the activities funded under this Contract, Contractor agrees:
    (a)     To utilize privately owned United States-flag commercial vessels to ship at least
    50 percent of the gross tonnage (computed separately for dry bulk carriers, dry cargo
    liners, and tankers) involved, whenever shipping any equipment, materials, or
    commodities pursuant to this contract to the extent such vessels are available at fair and
    reasonable rates.
    (b)     To furnish within 20 days following the date of loading for shipments originating
    within the United States, or within 30 working days following the date of loading for
    shipments originating outside the United States, a legible copy of a rated, "On-Board"
    commercial ocean bill-of-lading in English for each shipment of cargo described in
    paragraph (a) above to Amtrak (through the prime contractor in the case of
    subcontractor bills-of-lading) and to the Division of National Cargo, Office of Market
    Development, Maritime Administration, 400 Seventh Street, S.W., Washington, DC
    20590, marked with appropriate identification.

7.      **Drug-Free Work Place.** Contractor agrees to comply with U.S. DOT
regulations, "Governmentwide Requirements for Drug-Free Workplace (Grants)", 49
CFR part 29 for procurements that are expected to equal or exceed the small purchase
(simplified acquisition) threshold of $100,000.

8.      **Participation by Small Business Concerns Owned and Controlled by
Socially and Economically Disadvantaged Individuals.** Contractor is encouraged to
utilize small business concerns owned and controlled by socially and economically
disadvantaged individuals (as that term is defined in 49 CFR part 26) in carrying out
activities funded under this Contract.

9.      **Record Retention – Submission of Proceedings, Contracts and Other
Documents.** During the course of its activities under this Contract and for three years

FILED DATE: 9/4/2020 1:42 PM   2020L009534

thereafter, Contractor agrees to retain intact and to provide any data, documents, reports, records, contracts, and supporting materials relating to its performance under this contract as FRA may require. Reporting and record-keeping requirements are set forth in 49 CFR part 19.

10.     **Audit and Inspection; Inspection by Federal Officials.** Contractor agrees to permit Amtrak, the Secretary of Transportation and Comptroller General of the United States, or their authorized representatives, to inspect all work, materials, payrolls, and other data, and to audit the books, records, and accounts of Contractor and its subcontractors pertaining to Contractor's activities under this Contract. Contractor will take appropriate steps to ensure that the aforementioned materials are available for inspection in order to ensure compliance with this section.

11.     **Environmental Protection.** *This section applies if the Contract exceeds $100,000.* Contractor will conduct work under this Contract, and will require that work that is conducted as a result of this Contract be in compliance with the following provisions, as modified from time to time, all of which are incorporated herein by reference: the Clean Air Act, 42 U.S.C. 7401 et seq., and the Federal Water Pollution Control Act, 33 U.S.C. 1251 et seq., and all regulations issued thereunder. Contractor certifies that no facilities that will be used to perform work under this Contract are listed on the List of Violating Facilities maintained by the Environmental Protection Agency (EPA). Contractor will notify Amtrak as soon as it or any subcontractor receives any communication from the EPA indicating that any facility which will be used to perform work pursuant to this Contract is under consideration to be listed on the EPA's List of Violating Facilities; provided, however, that Contractor's duty of notification hereunder shall extend only to those communications of which it is aware, or should reasonable have been aware. Also, where applicable, Contractor shall comply with the **Wild and Scenic Rivers Act** of 1968 (16 U.S.C. 1271 et seq).

12.     **Remedies for Breach.** All subcontracts in excess of the small purchase threshold (currently $100,000), shall contain contractual provisions or conditions that allow for administrative, contractual, or legal remedies in instances in which a subcontractor violates or breaches the contract terms, and provide for such remedial actions as may be appropriate.

13.     **Contract Termination Provisions.** All subcontracts in excess of the small purchase threshold (currently $100,000), shall contain suitable provisions for termination by Contractor, including the manner by which termination shall be effected and the basis for settlement. In addition, such subcontracts shall describe conditions under which it may be terminated for default as well as conditions where it may be terminated because of circumstances beyond the control of Contractor.

14.     **Allowable Costs.** Contractor's expenditures will be reimbursed only if they conform with Federal guidelines or regulations and Federal cost principles as set forth in Federal Acquisition Regulation, 48 CFR Chapter 1, Subpart 31.2, "Contracts with Commercial Organizations", which are incorporated herein by reference. If any costs are

FILED DATE: 9/4/2020 1:42 PM   2020L009534

disallowed, as determined by an audit by Amtrak or the Federal Government, Contractor agrees to reimburse Amtrak for such disallowed costs within sixty (60) days of advice to Contractor of the determination of disallowance.

15.    **Compliance with Americans With Disabilities Act.**    Contractor will comply and cause its subcontractors and lower tier subcontractors to comply with the requirements of the Americans with Disabilities Act of 1990, as amended (42 U.S.C. § 12101 et seq.), the Rehabilitation Act of 1973, as amended (29 U.S.C. 794 et seq.) and implementing Department of Transportation regulations at 49 CFR parts 27, 37 and 38.

*[Remainder of Page Intentionally Left Blank]*

FILED DATE: 9/4/2020 1:42 PM 2020L009534

## CERTIFICATION REGARDING LOBBYING

The undersigned certifies, to the best of his or her knowledge and belief that:

    (1)    No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan or cooperative agreement.

    (2)    If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form LLL "Disclosure Form to Report Lobbying," in accordance with its instructions.

    (3)    The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by Section 1352, Title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

_____

Name of Bidder/Offeror/Contractor

_____

Signature of Authorized Representative

_____

Printed Name of Authorized Representative

_____

Title of Authorized Representative

_____

Date

FILED DATE: 9/4/2020 1:42 PM   2020L009534

## CERTIFICATION REGARDING DEBARMENT, SUSPENSION, INELIGIBILITY AND VOLUNTARY EXCLUSION

1.  The offeror/prospective contractor certifies, by submission of this offer or proposal, that neither it nor its principals is presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participation in this transaction by any Federal department or agency.

2.  Where the offeror/prospective contractor is unable to certify to any of the statements in this certification, such prospective participant shall attach an explanation to this offer or proposal.

_____
Name of Bidder/Offeror/Contractor

_____
Signature of Authorized Representative

_____
Printed Name of Authorized Representative

_____
Title of Authorized Representative

_____
Date

\*Instructions for this Certification may be found at 49 CFR part 29, App. B.

45

FILED DATE: 9/4/2020 1:42 PM   2020L009534



## SERVICE CONTRACTOR'S COMPENSATION

**For Specified Services**
Upon Completion of Services to the Manager's satisfaction, Authority shall compensate Contractor as follows:

| Time Period | Regular Hours Rate | Overtime Hours Rate | Holiday Hours Rate |
|---|---|---|---|
| 1st Year | $68.75/hr | $103.13/hr | $137.00/hr |
| 2nd Year | $71.25/hr | $106.88/hr | $142.40/hr |
| 3rd Year | $75.45/hr | $113.18/hr | $151.93/hr |

— As of Jan. 1, 2018

**Total Amount Payable**
The total amount payable under this Agreement to Contractor, which includes all Labor Hours and Parts & Materials, shall not exceed the below values:

| Time Period | Total Amount Payable |
|---|---|
| 1st Year | $390,000.00 |
| 2nd Year | $405,000.00 |
| 3rd Year | $415,000.00 |

CONTRACTOR:

INITIAL _____

DATE _1 - 3 - 19_

OWNER:

INITIAL _____

DATE _____

FILED DATE: 9/4/2020 1:42 PM   2020L009534

FILED
9/4/2020 1:42 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L009534

10351474

# EXHIBIT "2"

FILED DATE: 9/4/2020 1:42 PM    2020L009534

## SERVICE CONTRACT AMENDMENT

### FIRST AMENDMENT
To Service Contract Agreement

This Amendment to the Master Service Agreement (the "Agreement") entered into effect on October 9, 2015, by and between CBRE, Inc., a Delaware corporation as successor to US Equities Asset Management, LLC, an Illinois limited liability company, having its principal offices located at 20 North Michigan Avenue, Suite 400, Chicago, Illinois ("Manager" or "CBRE") acting as Property Manager for the National Railroad Passenger Corporation, or any successor thereto ("Owner" or "Amtrak"), the Owner of that certain real property located at 500 West Jackson Blvd, Ste. 107, Street, Chicago, Illinois 60661, (the "Property") and Voss Equipment, (the "Contractor"), whose address is 15241 Commercial Avenue, Harvey, Illinois 60426.

In consideration of the agreements herein contained, the parties agree as follows:

1.0     Service Contractor and Owner agree to extend the term of the Agreement for Vehicle Maintenance Services, commencing August 1, 2017 and ending July 31, 2019.

2.0     All other Terms and Conditions of the Agreement shall remain in full force and effect.

IN WITNESS WHEREOF, Property Management and Contractor have executed this Service Contract Amendment as of the 9th day of August, 2018.

SERVICE CONTRACTOR:
VOSS EQUIPMENT

By:  _Kirby Bannerman_

Name:  KIRBY BANNERMAN

Title:  VP/GM

MANAGER:
CBRE, INC.

By:  _____

Name:  Wallace Kruse

Title:  General Manager

FILED DATE: 9/4/2020 1:42 PM   2020L009534

FILED
9/4/2020 1:42 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L009534

10351474

# EXHIBIT "3"

FILED DATE: 9/4/2020 1:42 PM   2020L009534

## BALANCE DUE: $71,095.67:

**10 UNPAID Invoices TOTAL: $10,965.69**

**9 UNPAID Invoices TOTAL: $2,520.29**

**88 UNPAID Invoices TOTAL: $30,614.71**

**8 UNPAID Summary Invoices TOTAL: $26,994.98**

FILED DATE: 9/4/2020 1:42 PM   2020L009534

# 10 UNPAID Invoices
# TOTAL: $10,965.69



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| | Invoice | Date | Customer |
|---|---|---|---|
| | 101139485 | 07/30/2018 | 100459 |
| | 256557 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM    2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | Unit Price | | Total Price |
|---|---|---|---|---|---|---|---|---|
| Cust PO# : 23997 | | | | | Entered by : Sarah Godette | | | |
| Work Order : W11093390 | Seg:  1  ran over cables | | 23997 | | 06/19/18  Field - STD W/O | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Yale | MPB045 | A245N02486N | 2014 | | | 95.00 | 1606630 | M-W-A10912 |
| | | MPB045VGN24T2746 | | | | | | |
| | | Total Labor | | | | | | 68.75 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 08/29/18 | On Account | 68.75 | | | | | |
| | If paid after 08/29/2018 pay 70.13 | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 68.75 |
| Sales Tax : | |
| Total : | 68.75 |
| Payment : | |
| To pay : | 68.75 |
| If paid after 08/29/2018 Pay 70.13 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101139485 |
| Date | 07/30/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs
of collection including reasonable attorney's fee

C:\DJS_Oupwase Oupwase QW_DIS Reports3_10_18 QW_WO_Invoice_Voss_ID913018_A_sql.rpt          8/17/2020  2:44:30PM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| 101140477 | 08/17/2018 | 100459 |
| 268731 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | Unit Price | Total Price |
|----------|-----------|-------------|---|---|-----------|-------------|
| | Cust PO# : 24646 | | Entered by : Sarah Godette | | | |
| | Work Order : W11093814 | Seg: 1 OIL LEAK | 24646 | 08/08/18 Field - STD W/O | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|------|------|----------|---------|-----------|----------------|
| Yale | GLP050 | A390V03424R | 2017 | | | 194.00 | 1611855 | A13111 |
| | | GLP050MXNEAE086 | | | | | | |
| 1 | | 131 BRAKE CLEAN #75 | | | | | 2.70 | 2.70 |
| 1 | | Misc. Hardware | | | | | 0.27 | 0.27 |
| | | Total Parts | | | | | | 2.97 |
| | | Total Labor | | | | | | 171.88 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|------------|
| 09/16/18 | On Account | 175.15 | | IL Sales Tax | 2.97 | 10.0000 % | 0.30 |
| | If paid after 09/16/2018 pay 178.65 | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 174.85 |
| Sales Tax : | 0.30 |
| Total : | 175.15 |
| Payment : | |
| **To pay :** | **175.15** |
| **If paid after 09/16/2018 Pay 178.65** | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101140477 |
| Date | 08/17/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

FILED DATE: 9/4/2020 1:42 PM   2020L009534



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101146647 | 11/28/2018 | 100459 |
| 271329 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Registration :

Notes :

Salesperson :

FILED DATE: 9/4/2020 1:42 PM   2020L009534

| Quantity | Product ID | Description | | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | Cust PO# : 8448 | | | | Entered by : Rita Dropski | | | | |
| | Work Order : W11097120 | Seg:  1  Extender service | | 8448 | 10/24/18  Shop - STD W/O | | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Charlatte | T-137 | 8448 | | | | 849.00 | 1613385 | 4 |
| | | T-137 | | | | | | |

| | | | | |
|---|---|---|---|---|
| Regen service on battery | | | | |
| | TRN | Trucking - Non-Taxable | | 210.00 |
| | | **Total Misc** | | 210.00 |
| 1 | PMFLAT/BC | PM Flat Rate Battery/Charger | 1,200.00 | 1,200.00 |
| | | **Flat Rate Labor** | | 1,200.00 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 01/27/19 | On Account | 1,530.00 | | IL Sales Tax | 1,200.00 | 10.0000 % | 120.00 |
| | If paid after 12/28/2018 pay 1,560.60 | | | | | | |

Detach at line and return with payment



**VOSS EQUIPMENT, INC.**

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Total Amount : | 1,410.00 |
| Sales Tax : | 120.00 |
| Total : | 1,530.00 |
| Payment : | |
| **To pay :** | **1,530.00** |
| If paid after 12/28/2018 Pay 1,560.60 | |

| | |
|---|---|
| Invoice | 101146647 |
| Date | 11/28/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1 5 % service charge (annual rate 18 %), and all costs
of collection including reasonable attorney's fee

C:\IES_Outputs\Outputs\QW_IES_Reports\3_10_IS\QW_W/O_Invoice_Voss_03032018_A_rpt.rpt

8/17/2020  2:44:56PM

FILED DATE: 9/4/2020 1:42 PM   2020L009534



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| | Invoice | Date | Customer |
|---|---|---|---|
| | **101147480** | **12/13/2018** | **100459** |
| | 273078 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**     Salesperson :
Registration :
Notes :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| Cust PO# : 26769 | | | | | Entered by : Sarah Godette | | | |
| Work Order : W11098930 | Seg: | 1 | REAR SQUEEGEE IS BROKEI 26769 | | 12/10/18 Field - STD W/O | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Tennant | T-15FAST | T15-15211 T15 | | | | 169.00 | 1604031 | M-W-A4561! |

| | Total Labor | | 171.88 |
|---|---|---|---|

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 01/12/19 | On Account | 171.88 | | | | | |
| | If paid after 01/12/2019 pay 175.32 | | | | | | |

Detach at line and return with payment.



| | |
|---|---|
| Total Amount : | 171.88 |
| Sales Tax : | |
| Total : | 171.88 |
| Payment : | |
| To pay : | **171.88** |
| If paid after 01/12/2019 Pay 175.32 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101147480 |
| Date | 12/13/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Amounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:DIS_Quipstar\Quipstar_QW_DIS_Reports\3_10_18\QW_WO_Invoice_Voss_03017015_A_wd.rpt          8/17/2020  2:45:09PM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101147980 | 12/20/2018 | 100459 |
| 273978 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM   2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**
  Dept Invoiced : **Service**
    Registration :
      Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| Cust PO# : Barry Ferrin | | | | | Entered by : | Rita Dropski | | | |
| Work Order : W11098539 | | Seg: 1 | Battery paint | | Barry Ferrin | | 11/29/18 | Shop - STD W/O | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Charlotte | T-137 | 8448 | | | | 849.00 | 1613385 | 4 |
| | | T-137 | | | | | | |

| Battery case full of rust and corrosion steam clean and paint | | | | | |
|---|---|---|---|---|---|
| 1 | paint | | | 100.00 | 100.00 |
| | **Total Parts** | | | | 100.00 |
| | **Total Labor** | | | | 219.75 |

| Due Date | Payment | Amount | Paid | | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 01/19/19 | On Account | 329.75 | | | IL Sales Tax | 100.00 | 10.0000 % | 10.00 |
| | If paid after 01/19/2019 pay 336.35 | | | | | | | |

Detach at line and return with payment



**VOSS EQUIPMENT, INC.**

| | |
|---|---|
| Total Amount : | 319.75 |
| Sales Tax : | 10.00 |
| Total : | 329.75 |
| Payment : | |
| To pay : | 329.75 |
| If paid after 01/19/2019 Pay 336.35 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101147980 |
| Date | 12/20/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1 5% service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

8/17/2020  2:45:19PM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101147981** | **12/20/2018** | **100459** |
| 273978 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | Cust PO# : 8448 | | | 8448 | Entered by : Samantha Salinas | | | | |
| | Work Order : W11097305 | Seg: 1 Hydraulic leak | | | 10/29/18 Shop - STD W/O | | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Charlatte | T-137 | 8448 | | | | 849.00 | 1613385 | 4 |
| | | T-137 | | | | | | |

Unit has a hydraulic leak, inspected and troubleshooted system.
Found the hydraulic pump motor and switch are not operating. Will need to replace the pump motor and the hydraulic switch

| | | | | |
|---|---|---|---|---|
| 1 | | HYDRAULIC PRESSURE | 228.17 | 228.17 |
| | | SWITCH | | |
| 1 | | HYDRAULIC PUMP/MOTOR | 1,600.57 | 1,600.57 |
| 1 | | 28W9G BRIGHT PARCHMENT | 49.81 | 49.81 |
| 4 | | forshell alf mer dex | 3.71 | 14.84 |
| | | **Total Parts** | | 1,893.39 |
| | | **Total Labor** | | 879.00 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 02/18/19 | On Account | 2,961.73 | | IL Sales Tax | 1,893.39 | 10.0000 % | 189.34 |
| | If paid after 01/19/2019 pay 3,020.96 | | | | | | |

Detach at line and return with payment

| | |
|---|---|
| Total Amount : | 2,772.39 |
| Sales Tax : | 189.34 |
| Total : | 2,961.73 |
| Payment : | |
| **To pay :** | **2,961.73** |
| **If paid after 01/19/2019 Pay 3,020.96** | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101147981 |
| Date | 12/20/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee

FILED DATE: 9/4/2020 1:42 PM   2020L009534

C:\DIS\Crqistate Crqistate QW\ DIS_Reports\3_10_18-QW_S/O_Invoice_Voss_05012018_A_scf.rpt

8/17/2020 2:45:32PM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| **101148370** | **12/28/2018** | **100459** |
| 274710 | | |

Page 1 of 2

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**

Salesperson :

Registration :
Notes :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|----------|-----------|-------------|---|---|---|---|-----------|-------------|
| | Cust PO# : BARRY FERRIN | | | | Entered by : Rita Dropski | | | |
| | Work Order : W11097939 | Seg: 2 BRAKES NOT HOLDING | | Barry Ferrin 11/12/2 | 12/28/18 Shop - STD W/O | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|------|------|----------|---------|-----------|----------------|
| Charlatte | T-137 | 8448 T-137 | | | | 849.00 | 1613385 | 4 |

Need to replace brake cables, brake shoes & drums.
NOTE: Rear brake cables and drums have a 4 week lead time from the manufacturer. We can expedite but not a guarantee of how much sooner we may get.
NOTE: Price on this quote is per truck.

| Quantity | Description | Unit Price | Total Price |
|----------|-------------|-----------|-------------|
| 1 | FRONT BRAKE PADS | 57.84 | 57.84 |
| 1 | Cable | 22.51 | 22.51 |
| 2 | CABLES Tug | 38.34 | 76.68 |
| 2 | INNER BEARING | 76.29 | 152.58 |
| 2 | OUTTER BEARING | 44.93 | 89.86 |
| 2 | SEAL | 9.24 | 18.48 |
| 1 | KIT LH, RH DRUM TUG | 742.85 | 742.85 |
| | **Total Parts** | | **1,160.80** |
| | **Total Labor** | | **1,465.00** |
| TRN | Trucking - Non-Taxable | | 260.00 |
| | **Total Misc** | | **260.00** |

C:\IRS\Crapware\Crapware\DATA\IRS_Reports\3_10_14\FQW_STD_Invoice_Voss_03012018_A_.rpt.rls

8/17/2020 2:45:47PM

FILED DATE: 9/4/2020 1:42 PM    2020L009534



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101148370** | **12/28/2018** | **100459** |
| 274710 | | |

Page 2 of 2

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | Unit Price | Total Price |
|---|---|---|---|---|
| | | | | |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 01/27/19 | On Account | 3,001.89 | | IL Sales Tax | 1,160.80 | 10.0000 % | 116.09 |
| | If paid after 01/27/2019 pay 3,061.93 | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 2,885.80 |
| Sales Tax : | 116.09 |
| Total : | 3,001.89 |
| Payment : | |
| To pay : | 3,001.89 |
| If paid after 01/27/2019 Pay 3,061.93 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101148370 |
| Date | 12/28/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs
of collection including reasonable attorney's fees

C:\PS_Corporate Corporate QW_OS_Reports3_39_DLQW_WT1 Invoice Voss 03032018 A wjl.rpt

8/17/2020 2:45:47PM

FILED DATE: 9/4/2020 1:42 PM 2020L009534


**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101148376 | 12/28/2018 | 100459 |
| 274717 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| Cust PO# : 8465 | | | | | Entered by : Rita Dropski | | | |
| Work Order : W11098948 | | Seg: 1 Battery Xtender service | 8465 | | | 12/10/18 Shop - STD W/O | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Charlatte | T-137 | 8465 | | | | 866.00 | 1613384 | 3 |
| | | T-137 | | | | | | |

| | | | |
|---|---|---|---|
| Perform altery xtender service on battery for unit 3 | | | |
| TRN | Trucking - Non-Taxable | | 520.00 |
| | **Total Misc** | | **520.00** |
| 1 PMFLAT/BC | PM Flat Rate Battery/Charger | 1,200.00 | 1,200.00 |
| | **Flat Rate Labor** | | **1,200.00** |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 01/27/19 | On Account | 1,840.00 | | IL Sales Tax | 1,200.00 | 10.0000 % | 120.00 |
| | If paid after 01/27/2019 pay 1,876.80 | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 1,720.00 |
| Sales Tax : | 120.00 |
| Total : | 1,840.00 |
| Payment : | |
| To pay : | 1,840.00 |
| If paid after 01/27/2019 Pay **1,876.80** | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101148376 |
| Date | 12/28/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

8/17/2020 2:45:57PM

FILED DATE: 9/4/2020 1:42 PM    2020L009534



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101148562** | **01/07/2019** | **111918** |
| 275262 | | |

Page 1 of 2

Sold to :

**AMTRAK MECHANICAL DEPARTMENT**
1400 S LUMBER
SCOT SEBBY
CHICAGO, IL 60611

Shipped to :

**AMTRAK- CAR SHOP**
1400 SOUTH LUMBER
SUITE 306/ MANUEL
CHICAGO, IL 60607

(312) 655-3351

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| Cust PO# : BPO1003336 | | | | Entered by : Sarah Godette | | | | |
| Work Order : M11048071 | Seg: 1  PM | | | BPO1003336 | | 12/19/18  PM Declined | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Cushman | 898320B | 2182600 898320B | 2004 | | | 0.00 | 101251 | M-CS-641 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NO PM DONE-REMOVE PM AGREEMENT | | | | | | | 0.00 | No Charge |
| 1 | PMFLAT | | Flat Rate PM | | | | | |
| | | **Flat Rate All** | | | | | | |
| | | **Flat Rate Labor** | | | | | | 0.00 |

| Work Order : M11048071 | Seg: 2  PM | | | BPO1003336 | | 12/19/18  PM Declined | | |
|---|---|---|---|---|---|---|---|---|

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Taylor-Dunn | SS-025-36 | 183220 SS-025-36 | | | | 0.00 | 1609371 | M-CS-1023 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NO PM DONE-REMOVE PM AGREEMENT | | | | | | | 0.00 | No Charge |
| 1 | PMFLAT | | Flat Rate PM | | | | | |
| | | **Flat Rate All** | | | | | | |

| Work Order : M11048071 | Seg: 3  PM | | | BPO1003336 | | 12/19/18  PM | | |
|---|---|---|---|---|---|---|---|---|

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Cushman | MINUTEMISER | M-CS-27 MINUTE MISER | | | | 0.00 | 1609567 | M-CS-27 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **Total Labor** | | | | | | 97.20 |

| Work Order : M11048071 | Seg: 4  PM | | | BPO1003336 | | 12/19/18  PM Declined | | |
|---|---|---|---|---|---|---|---|---|

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Taylor-Dunn | SS-025-36 | 183221 SS-025-36 | | | | 0.00 | 1610655 | M-CS-1024 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NO PM DONE-REMOVE PM AGREEMENT | | | | | | | 0.00 | No Charge |
| 1 | PMFLAT | | Flat Rate PM | | | | | |
| | | **Flat Rate All** | | | | | | |



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101148562** | **01/07/2019** | **111918** |
| 275162 | | |

Page 2 of 2

FILED DATE: 9/4/2020 1:42 PM   2020L009534

Sold to :

**AMTRAK MECHANICAL DEPARTMENT**
1400 S LUMBER
SCOT SEBBY
CHICAGO, IL 60611

Shipped to :

**AMTRAK- CAR SHOP**
1400 SOUTH LUMBER
SUITE 306/ MANUEL
CHICAGO, IL 60607

(312) 655-3351

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Registration :

Notes :

Salesperson :

| Quantity | Product ID | Description | Unit Price | Total Price |
|---|---|---|---|---|
| | | | | |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 02/06/19 | On Account | 97.20 | | | | | |
| | If paid after 02/06/2019 pay 99.14 | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 97.20 |
| Sales Tax : | |
| Total : | 97.20 |
| Payment : | |
| To pay : | 97.20 |
| If paid after 02/06/2019 Pay 99.14 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101148562 |
| Date | 01/07/2019 |
| Customer | 111918 |

All amounts are in US Dollars ($)

Amounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\DIS\Equipment\Equipment QW_DIS_Reports\3_10_15\QW_WO_Invoice_Voss_4D032018_A.rpt.rpt

8/17/2020  2:43:56PM

FILED DATE: 9/4/2020 1:42 PM   2020L009534



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101149049** | **01/15/2019** | **111918** |
| 278299 | | |

Page 1 of 1

Sold to :

**AMTRAK MECHANICAL DEPARTMENT**
1400 S LUMBER
SCOT SEBBY
CHICAGO, IL 60611

Shipped to :

**AMTRAK- DIESEL SHOP**
1600 S LUMBER
ATTN: ED RIVERA
CHICAGO, IL 60607

(630) 899-9871

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| Cust PO# : BPO1003336 | | | | | Entered by : Sarah Godette | | | | |
| Work Order : W11099589 | Seg: 1 NO BRAKES | | | | BPO1003336 | | 12/28/18 Field - STD W/O | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Kubota | RTV1100 | 28307 | | | | 4,175.00 | 1603849 | |
| | | RTV1100 | | | | | | |

| | | Rear Brake Line | | | | | 39.54 | 39.54 |
|---|---|---|---|---|---|---|---|---|
| 1 | | Misc. Hardware | | | | | 3.95 | 3.95 |
| 1 | | **Total Parts** | | | | | | 43.49 |
| | | **Total Labor** | | | | | | 648.00 |
| FI | | Freight - In | | | | | | 85.00 |
| | | **Total Misc** | | | | | | 85.00 |

| Due Date | Payment | Amount | Paid | | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 02/14/19 | On Account | 789.34 | | | IL Sales Tax | 128.49 | 10.0000 % | 12.85 |
| | If paid after 02/14/2019 pay 805.13 | | | | | | | |

Detach at line and return with payment

| | |
|---|---|
| Total Amount : | 776.49 |
| Sales Tax : | 12.85 |
| Total : | 789.34 |
| Payment : | |
| To pay : | 789.34 |
| If paid after 02/14/2019 Pay 805.13 | |

Remit To:



**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101149049 |
| Date | 01/15/2019 |
| Customer | 111918 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5% service charge (annual rate 18.5), and all costs of collection including reasonable attorney's fee

C:\DIS Qupware Qupware t/W DIS_Reports-3_IO_1S/QW_WO_Jestor Voss 0393201E A.sql.rpt

8/17/2020 2.44:06PM

FILED DATE: 9/4/2020 1:42 PM   2020L009534

# 9 UNPAID Invoices
# TOTAL: $2,520.29

FILED DATE: 9/4/2020 1:42 PM    2020L009534



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101143143 | 09/28/2018 | 111918 |
| 263049 | | |

Page 1 of 1

Sold to :

**AMTRAK MECHANICAL DEPARTMENT**
1400 S LUMBER
SCOT SEBBY
CHICAGO, IL 60611

Shipped to :

**AMTRAK- CAR SHOP**
1400 SOUTH LUMBER
SUITE 306/ MANUEL
CHICAGO, IL 60607

(312) 655-3351

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| Cust PO# : BPO1003336 | | | | | Entered by : | Sarah Godette | | | |
| Work Order : M11046880 | | Seg:   1   PM | | | BPO1003336 | 09/25/18   PM | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Yale | GLP060 | D875V08759R | 2017 | | | 3,173.00 | 1610899 | FSE-100221 |
| | | GLP060VXNDAE091 | | | | | | |

| Quantity | Description | | Unit Price | Total Price |
|---|---|---|---|---|
| 1 | FORMULASHELL SAE 10W30 | NR | 15.68 | 15.68 |
| 1 | FILTER ASSY AIR AN | | 16.17 | 16.17 |
| 1 | FILTER OIL - OIL | | 6.45 | 6.45 |
| | Total Parts | | | 38.30 |
| | Total Labor | | | 129.60 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 10/28/18 | On Account | 171.74 | | IL Sales Tax | 38.30 | 10.0000 % | 3.84 |
| | If paid after 10/28/2018 pay 175.17 | | | | | | |

Detach at line and return with payment



**Voss Equipment, Inc.**

| | |
|---|---|
| Total Amount : | 167.90 |
| Sales Tax : | 3.84 |
| Total : | 171.74 |
| Payment : | |
| **To pay :** | **171.74** |
| **If paid after 10/28/2018 Pay 175.17** | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101143143 |
| Date | 09/28/2018 |
| Customer | 111918 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\DIS_Qugware\Qugware\QW_DIS_Reports\3_10_18\QW_WO_Invoice_Voss_©10\2015_A_wjf.rpt    8/18/2020 10:04:14AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101143144** | **09/28/2018** | **111918** |
| 263950 | | |

Page 1 of 1

Sold to :

**AMTRAK MECHANICAL DEPARTMENT**
1400 S LUMBER
SCOT SEBBY
CHICAGO, IL 60611

Shipped to :

**AMTRAK- CAR SHOP**
1400 SOUTH LUMBER
SUITE 306/ MANUEL
CHICAGO, IL 60607

(312) 655-3351

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

Cust PO# : BPO1003336        Entered by : Sarah Godette

Work Order : M11046881    Seg: 1 PM        BPO1003336    09/25/18  PM

| Quantity | Product ID | Description | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Yale | GLP060 | D875V08617R | 2017 | | | 2,294.00 | 1610900 | FSE-100220 |
| | | GLP060VXNDAE091 | | | | | | |

| Quantity | Description | | Unit Price | Total Price |
|---|---|---|---|---|
| | SHELLZONE   6 F 3 | NR | 11.38 | 11.38 |
| 1 | FORMULASHELL SAE 10W30 | NR | 15.68 | 15.68 |
| 1 | FILTER ASSY AIR AN | | 16.17 | 16.17 |
| 1 | FILTER OIL - OIL | | 6.45 | 6.45 |
| 1 | **Total Parts** | | | **49.68** |
| | **Total Labor** | | | **129.60** |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 10/28/18 | On Account | 184.26 | | IL Sales Tax | 49.68 | 10.0000 % | 4.98 |
| | If paid after 10/28/2018 pay 187.95 | | | | | | |

Detach at line and return with payment



**Voss Equipment, Inc.**

| | |
|---|---|
| Total Amount : | 179.28 |
| Sales Tax : | 4.98 |
| Total : | 184.26 |
| Payment : | |
| To pay : | 184.26 |
| **If paid after 10/28/2018 Pay 187.95** | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101143144 |
| Date | 09/28/2018 |
| Customer | 111918 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

8/18/2020 10:04:26AM

FILED DATE: 9/4/2020 1:42 PM     2020L009534



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| 101143145 | 09/28/2018 | 111918 |
| 263951 | | |

Page 1 of 1

Sold to :

Shipped to :

**AMTRAK MECHANICAL DEPARTMENT**
1400 S LUMBER
SCOT SEBBY
CHICAGO, IL 60611

**AMTRAK- CAR SHOP**
1400 SOUTH LUMBER
SUITE 306/ MANUEL
CHICAGO, IL 60607

(312) 655-3351

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|----------|-----------|-------------|---|---|---|---|-----------|-------------|
| | Cust PO# : BPO1003336 | | | | Entered by : | Sarah Godette | | |
| | Work Order : M11046882 | Seg:  1  PM | | | BPO1003336 | 09/25/18  PM | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|------|------|----------|---------|-----------|----------------|
| Yale | GLP060 | D875V08445R | 2017 | | | 3,859.00 | 1610901 | FSE-100219 |
| | | GLP060VXNDAE091 | | | | | | |
| 1 | | FORMULASHELL SAE 10W30 | NR | | | | 15.68 | 15.68 |
| 1 | | FILTER ASSY AIR AN | | | | | 16.17 | 16.17 |
| 1 | | FILTER OIL - OIL | | | | | 6.45 | 6.45 |
| | | **Total Parts** | | | | | | 38.30 |
| | | **Total Labor** | | | | | | 129.60 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|------------|
| 10/28/18 | On Account | 171.74 | | IL Sales Tax | 38.30 | 10.0000 % | 3.84 |
| | **If paid after 10/28/2018 pay 175.17** | | | | | | |

Detach at time and return with payment



| | |
|---|---|
| Total Amount : | 167.90 |
| Sales Tax : | 3.84 |
| Total : | 171.74 |
| Payment : | |
| **To pay :** | **171.74** |
| **If paid after 10/28/2018 Pay 175.17** | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101143145 |
| Date | 09/28/2018 |
| Customer | 111918 |
| All amounts are in US Dollars ($) | |

Amounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\DIS_Quicqware Quipware QW DIS_Reports\3_10_18\QW_WO_Invoice_Voss_03032018 A.rpt.rpt

8/18/2020 10:04:37AM

FILED DATE: 9/4/2020 1:42 PM    2020L009534

FILED DATE: 9/4/2020 1:42 PM    2020L009534



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101143157** | **09/28/2018** | **111918** |
| 263097 | | |

Page 1 of 1

Sold to :

**AMTRAK MECHANICAL DEPARTMENT**
1400 S LUMBER
SCOT SEBBY
CHICAGO, IL 60611

Shipped to :

**AMTRAK MECHANICAL DEPARTMENT**
1400 S LUMBER
SCOT SEBBY
CHICAGO, IL 60611

(312) 655-3351

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| Cust PO# : BPO1003336 | | | | Entered by : Sarah Godette | | | |
| Work Order : M11046879 | Seg: 1 PM | | BPO1003336 | 09/25/18 PM | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Yale | GLP060 | D875V10173S | 2018 | | | 466.00 | 1613207 | FSE-100564 |
| | | GLP060VXNEAE091 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | | ALVANIA EP  30 B 3 | NR | | | 3.23 | 3.23 |
| 1 | | FORMULASHELL SAE 10W30 | NR | | | 15.68 | 15.68 |
| 1 | | FILTER ASSY AIR AN | | | | 16.17 | 16.17 |
| 1 | | FILTER OIL - OIL | | | | 6.45 | 6.45 |
| | | **Total Parts** | | | | | **41.53** |
| | | **Total Labor** | | | | | **129.60** |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 10/28/18 | On Account | 175.29 | | IL Sales Tax | 41.53 | 10.0000 % | 4.16 |
| | **If paid after 10/28/2018 pay 178.80** | | | | | | |

Detach at line and return with payment



**VOSS EQUIPMENT, INC.**

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Total Amount : | 171.13 |
| Sales Tax : | 4.16 |
| Total : | 175.29 |
| Payment : | |
| **To pay :** | **175.29** |
| **If paid after 10/28/2018 Pay 178.80** | |

| | |
|---|---|
| Invoice | 101143157 |
| Date | 09/28/2018 |
| Customer | 111918 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs
of collection including reasonable attorney's fees

C:\DS_Chipware Chipware QW DS_Reports\3_10_In QW W.O_Invoice_Voss_0303.2018_A.rpt.rpt                        8/18/2020 10:04:49AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| | Invoice | Date | Customer |
|---|---|---|---|
| | **101143448** | **10/02/2018** | **111918** |
| | 264719 | | |

Page 1 of 1

Sold to :

**AMTRAK MECHANICAL DEPARTMENT**
1400 S LUMBER
SCOT SEBBY
CHICAGO, IL 60611

Shipped to :

**AMTRAK- CAR SHOP**
1400 SOUTH LUMBER
SUITE 306/ MANUEL
CHICAGO, IL 60607

(312) 655-3351

Branch Invoiced: **Harvey**
 Dept Invoiced : **Service**
   Registration :
     Notes :

Salesperson :

| Quantity | Product ID | Description | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| Cust PO# : BPO1003336 | | | | Entered by : Dispatcher Voss | | | |
| Work Order : W11093526 | Seg: 1 BROKEN WINDOW | | BPO1003336 | 08/02/18 Field - STD W/O | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H:Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Yale | GLP060 | D875V08617R | 2017 | | | 1,167.00 | 1610900 | FSE-100220 |
| | | GLP060VXNDAE091 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 | | GUIDE | | | | 2.84 | 5.68 |
| 1 | | LATCH | | | | 17.61 | 17.61 |
| 1 | | BAR | NR | | | 44.51 | 44.51 |
| 1 | | FR WINDOW | NR | | | 256.96 | 256.96 |
| 1 | | Misc. Hardware | | | | 32.48 | 32.48 |
| | | **Total Parts** | | | | | **357.24** |
| | | **Total Labor** | | | | | **259.20** |
| FI | | Freight - In | | | | | 45.00 |
| | | **Total Misc** | | | | | **45.00** |

| Due Date | Payment | Amount | Paid | | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 11/01/18 | On Account | 701.67 | | | IL Sales Tax | 402.24 | 10.0000 % | 40.23 |
| | If paid after 11/01/2018 pay 715.70 | | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 661.44 |
| Sales Tax : | 40.23 |
| Total : | 701.67 |
| Payment : | |
| **To pay :** | **701.67** |
| **If paid after 11/01/2018 Pay 715.70** | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101143448 |
| Date | 10/02/2018 |
| Customer | 111918 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| **101143717** | **10/09/2018** | **111918** |
| 265309 | | |

Page 1 of 1

Sold to :

**AMTRAK MECHANICAL DEPARTMENT**
1400 S LUMBER
SCOT SEBBY
CHICAGO, IL 60611

Shipped to :

**AMTRAK- CAR SHOP**
1400 SOUTH LUMBER
SUITE 306/ MANUEL
CHICAGO, IL 60607

(312) 655-3351

Branch Invoiced: **Harvey**      Salesperson :
Dept Invoiced : **Service**
Registration :
Notes :

| Quantity | Product ID | Description | | | | | | Unit Price | Total Price |
|----------|-----------|-------------|---|---|---|---|---|------------|-------------|
| Cust PO# : BPO1003336 | | | | | Entered by : | Sarah Godette | | | |
| Work Order : M11047114 | | Seg: 1 PM | | BPO1003336 | | 10/08/18 PM | | | |

| Make | Model | Serial ID/Plate | | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|---|------|------|----------|---------|-----------|----------------|
| Taylor-Dunn | SS-025-36 | 183221 SS-025-36 | | | | | 0.00 | 1610655 | M-CS-1024 |
| | | Total Labor | | | | | | | 129.60 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|------------|
| 11/08/18 | On Account | 129.60 | | | | | |
| | If paid after 11/08/2018 pay 132.19 | | | | | | |

Detach at line and return with payment



**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

Remit To:

| | |
|---|---|
| Total Amount : | 129.60 |
| Sales Tax : | |
| Total : | 129.60 |
| Payment : | |
| To pay : | **129.60** |
| If paid after 11/08/2018 Pay 132.19 | |

| | |
|---|---|
| Invoice | 101143717 |
| Date | 10/09/2018 |
| Customer | 111918 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C_DIS_Quipware\Quipware QW_DIS_Reports\3_10_18 QW_903 Invoice_Voss_03332018_A_rpt.rpt      8/18/2020 10:05.10AM

FILED DATE: 9/4/2020 1:42 PM 2020L009534



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| **101143725** | **10/09/2018** | **111918** |
| 265328 | | |

Page 1 of 1

Sold to :

**AMTRAK MECHANICAL DEPARTMENT**
1400 S LUMBER
SCOT SEBBY
CHICAGO, IL 60611

Shipped to :

**AMTRAK- CAR SHOP**
1400 SOUTH LUMBER
SUITE 306/ MANUEL
CHICAGO, IL 60607

(312) 655-3351

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|----------|-----------|-------------|---|---|---|---|-----------|-------------|
| Cust PO# : BPO1003336 | | | | | Entered by : Sarah Godette | | | |
| Work Order : W11096343 | | Seg: 1 won't hold a charge | | BPO1003336 | 10/08/18 Field - STD W/O | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|------|------|----------|---------|-----------|----------------|
| Taylor-Dunn | SS-025-36 | 183221 | | | | 0.00 | 1610655 | M-CS-1024 |
| | | SS-025-36 | | | | | | |

| Quantity | | Description | | | | Unit Price | Total Price |
|----------|---|-------------|---|---|---|-----------|-------------|
| 4 | | 6v battery gc2 ecl utl | | | | 126.34 | 505.36 |
| 1 | | Misc. Hardware | | | | 50.54 | 50.54 |
| | | **Total Parts** | | | | | **555.90** |
| | | **Total Labor** | | | | | **97.20** |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|------------|
| 11/08/18 | On Account | 708.69 | | IL Sales Tax | 555.90 | 10.0000 % | 55.59 |
| | If paid after 11/08/2018 pay 722.86 | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 653.10 |
| Sales Tax : | 55.59 |
| Total : | 708.69 |
| Payment : | |
| **To pay :** | **708.69** |
| **If paid after 11/08/2018 Pay 722.86** | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101143725 |
| Date | 10/09/2018 |
| Customer | 111918 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\BS\Crapware Crapware QW\BS_Reports\3_10_18 QW_W/O_Invoice_Voss_03032018_A_wf.rpt

8/18/2020 10:05:23AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| **101143726** | **10/09/2018** | **111918** |
| 265327 | | |

Page 1 of 1

Sold to :

**AMTRAK MECHANICAL DEPARTMENT**
1400 S LUMBER
SCOT SEBBY
CHICAGO, IL 60611

Shipped to :

**AMTRAK- CAR SHOP**
1400 SOUTH LUMBER
SUITE 306/ MANUEL
CHICAGO, IL 60607

(312) 655-3351

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | Unit Price | Total Price |
|----------|-----------|-------------|--|--|-----------|-------------|
| | Cust PO# : BPO1003336 | | Entered by : Sarah Godette | | | |
| | Work Order : W11096345 | Seg:  1  WON'T RUN | BPO1003336 | 10/08/18  Field - STD W/O | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|------|------|----------|---------|-----------|----------------|
| Taylor-Dunn | NOMODEL | 70428 | | | | 0.00 | 1610046 | FSE-331210 |
| | | NOMODEL | | | | | | |
| 1 | | CUSH WIRE AY,4GAX10 | | | | | 4.02 | 4.02 |
| | | BLK.31/.31 | | | | | | |
| 1 | | Misc. Hardware | | | | | 0.40 | 0.40 |
| | | **Total Parts** | | | | | | 4.42 |
| | | **Total Labor** | | | | | | 32.40 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|------------|
| 11/08/18 | On Account | 37.26 | | IL Sales Tax | 4.42 | 10.0000 % | 0.44 |
| | If paid after 11/08/2018 pay 38.01 | | | | | | |

Detach at line and return with payment

| | |
|--|--|
| Total Amount : | 36.82 |
| Sales Tax : | 0.44 |
| Total : | 37.26 |
| Payment : | |
| To pay : | 37.26 |
| If paid after 11/08/2018 Pay 38.01 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|--|--|
| Invoice | 101143726 |
| Date | 10/09/2018 |
| Customer | 111918 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101145142** | **10/29/2018** | **111918** |
| 267959 | | |

FILED DATE: 9/4/2020 1:42 PM    2020L009534

Sold to :                                                              Shipped to :                                                         Page 1 of 1

**AMTRAK MECHANICAL DEPARTMENT**
1400 S LUMBER
SCOT SEBBY
CHICAGO, IL 60611

**AMTRAK- CAR SHOP**
1400 SOUTH LUMBER
SUITE 306/ MANUEL
CHICAGO, IL 60607

(312) 655-3351

Branch Invoiced: **Harvey**                               Salesperson :
Dept Invoiced : **Service**
Registration :
Notes :

| Quantity | Product ID | Description | | Unit Price | Total Price |
|---|---|---|---|---|---|
| Cust PO# : BPO1003336 | | | Entered by : Sarah Godette | | |
| Work Order : W11095909 | Seg: 1 | DOOR LATCH AND TANK LAT(BPO1003336 | 09/27/18   Field - STD W/O | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Yale | GLP060 | D875V08759R | 2017 | | | 3,173.00 | 1610899 | FSE-100221 |
| | | GLP060VXNDAE091 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 24 | | 87-A BRAKE CLEAN (can use V4020) | | 2.01 | 48.24 |
| 1 | | GAS SPRING       B LH | | 32.70 | 32.70 |
| 1 | | LATCH       B | | 10.34 | 10.34 |
| 1 | | Misc. Hardware | | 9.13 | 9.13 |
| | | **Total Parts** | | | **100.41** |
| | | **Total Labor** | | | **129.60** |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 11/28/18 | On Account | 240.04 | | IL Sales Tax | 100.41 | 10.0000 % | 10.03 |
| | If paid after 11/28/2018 pay 244.84 | | | | | | |



Detach at line and return with payment

| | |
|---|---|
| Total Amount : | 230.01 |
| Sales Tax : | 10.03 |
| Total : | 240.04 |
| Payment : | |
| **To pay :** | **240.04** |
| **If paid after 11/28/2018 Pay 244.84** | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101145142 |
| Date | 10/29/2018 |
| Customer | 111918 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.

C:\DIS_Onpraise\Onpraise\QB\ DIS_Reports\3_10_18\QW_WO_Invoice_Voss_20031201B_A.rpt.rpt                                                   8/18/2020 10:05:43AM

FILED DATE: 9/4/2020 1:42 PM   2020L009534

# 88 UNPAID Invoices
# TOTAL: $30,614.71



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101139570 | 07/31/2018 | 100459 |
| 266764 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMISSARY CHICAGO UNION STATION**
500 W. JACKSON
CHICAGO, IL 60611

Branch Invoiced: **Harvey**          Salesperson :
Dept Invoiced : **Service**
Registration :
Notes :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | Cust PO# : 2500146683 | | | | Entered by : Sarah Godette | | | |
| | Work Order : M11045888 | Seg: 1 PM | | 2500146683 | 07/27/18 PM | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Taylor-Dunn | B2-38 | 181150 B2-38 | | | | 0.00 | 1613371 | 10254555 |

| | Total Labor | 191.62 |
|---|---|---|

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 08/30/18 | On Account | 191.62 | | | | | |
| | If paid after 08/30/2018 pay 195.45 | | | | | | |

Detach at line and return with payment



Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| Total Amount : | 191.62 |
|---|---|
| Sales Tax : | |
| Total : | 191.62 |
| Payment : | |
| To pay : | 191.62 |
| If paid after 08/30/2018 Pay 195.45 | |

| Invoice | 101139570 |
|---|---|
| Date | 07/31/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs
of collection including reasonable attorney's fees.

C:\DIS_Quipware\Equipware\QW_DIS_Reports\3_10_1[WQW_WO_Invoice_Voss_03032018_A_s]l.rpt          8/18/2020 10:38.40AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| **101140676** | **08/27/2018** | **100459** |
| 259341 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Branch Invoiced: **Harvey**
  Dept Invoiced : **Service**
    Registration :
      Notes :

Salesperson :

FILED DATE: 9/4/2020 1:42 PM   2020L009534

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|----------|-----------|-------------|---|---|---|---|-----------|------------|
| | Cust PO# : 24640 | | | | Entered by : Sarah Godette | | | |
| | Work Order : W11093784 | Seg:   1   MATERIAL CONTROL | 24640 | | 08/08/18   Field - STD W/O | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|------|------|----------|---------|-----------|----------------|
| Yale | NR035 | A295N05644L | | | | 1,318.00 | 1604603 | M-W-A19945 |
| | | NR035DANS24TE095 | | | | | | |
| 2 | | NUT          B | | | | | 1.24 | 2.48 |
| 2 | | CPSCR          A | | | | | 7.08 | 14.16 |
| 1 | | Misc. Hardware | | | | | 1.66 | 1.66 |
| | | Total Parts | | | | | | 18.30 |
| | | Total Labor | | | | | | 103.13 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|-----------|
| 09/26/18 | On Account | 123.27 | | IL Sales Tax | 18.30 | 10.0000 % | 1.84 |
| | If paid after 09/26/2018 pay 125.74 | | | | | | |

Detach at line and return with payment



**VOSS EQUIPMENT, INC.**

| Total Amount : | 121.43 |
|----------------|--------|
| Sales Tax : | 1.84 |
| Total : | 123.27 |
| Payment : | |
| To pay : | **123.27** |
| If paid after 09/26/2018 Pay 125.74 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| Invoice | 101140676 |
|---------|-----------|
| Date | 08/27/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.

C:\DIS_Equipment\Equipment\QW_DIS_Report\03_10_15\QW_WO_Invoice_Voss_03072018_A_rpt.rpt      8/18/2020 10:38:58AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| **101140827** | **08/27/2018** | **100459** |
| 259503 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK-BRIGHTON PARK WAREHOUSE**
3727 S. SACRAMENTO
ATTN: ROB AMANS
CHICAGO, IL 60607

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | | | | | Unit Price | Total Price |
|----------|-----------|-------------|---|---|---|---|---|-----------|------------|
| | Cust PO# : 28422 | | | | | Entered by : Sarah Godette | | | |
| | Work Order : W11094269 | Seg: 1 HYDRAULIC LINE W/ NO SIDE 28422 | | | | 08/20/18 Field - STD W/O | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|------|------|----------|---------|-----------|----------------|
| Komatsu | FG30T11 | 462003A FG30T11 | | | | 4,429.00 | 1605808 | A-B-A40453 |

| | | | | | |
|---|---|---|---|---|---|
| 2 | | Hose assy / Hyd Fluid | | 217.83 | 435.66 |
| 1 | | Misc. Hardware | | 43.57 | 43.57 |
| | | Total Parts | | | 479.23 |
| | | Total Labor | | | 275.00 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|------------|
| 09/26/18 | On Account | 802.16 | | IL Sales Tax | 479.23 | 10.0000 % | 47.93 |
| | If paid after 09/26/2018 pay 818.20 | | | | | | |

Detach at line and return with payment

| | |
|---|---|
| Total Amount : | 754.23 |
| Sales Tax : | 47.93 |
| Total : | 802.16 |
| Payment : | |
| To pay : | 802.16 |
| If paid after 09/26/2018 Pay 818.20 | |



Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101140827 |
| Date | 08/27/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.

8/18/2020 10:39:28AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101140939 | 08/28/2018 | 100459 |
| 259609 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | Cust PO# : 2500146683 | | | | Entered by : | Colette Walsh | | |
| | Work Order : W11093569 | Seg: 1 Battery | 2500146683 | | | 08/02/18 Field - STD W/O | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Toyota | 7HBW23 | 50237 | | | | 733.00 | 1613377 | 10256406 |
| | | 7HBW23 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Low voltage - will not hold charge | | | | | | | |
| Replace (4) Gell Cell batteries | | | | | | | |
| 4 | | pv06v27 | | | 390.60 | | 1,562.40 |
| | | Total Parts | | | | | 1,562.40 |
| | | Total Labor | | | | | 293.00 |

| Due Date | Payment | Amount | Paid | | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 09/27/18 | On Account | 2,011.64 | | | IL Sales Tax | 1,562.40 | 10.0000 % | 156.24 |
| | If paid after 09/27/2018 pay 2,051.87 | | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 1,855.40 |
| Sales Tax : | 156.24 |
| Total : | 2,011.64 |
| Payment : | |
| To pay : | 2,011.64 |
| If paid after 09/27/2018 Pay 2,051.87 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101140939 |
| Date | 08/28/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

FILED DATE: 9/4/2020 1:42 PM 2020L009534

C:\VDS_Chipman\Crplymxel\QW_DIS_Reports\1_10_1RQW_WO_Invoice_Voss_03012018_A_sql.rpt

8/18/2020 10:39:39AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

**VOSS EQUIPMENT, INC.**

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101140940** | **08/28/2018** | **100459** |
| 259700 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM     2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**      Salesperson :

Dept Invoiced : **Service**

Registration :

Notes :

| Quantity | Product ID | Description | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| | Cust PO# : 2500146683 | | | Entered by : Sarah Godette | | | |
| | Work Order : W11094383 | Seg:  1  leaking and parking brake is no2500146683 | | 08/22/18  Field - STD W/O | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Charlatte | T-137 | 7568 | | | | 2,421.00 | 1613382 | 2 |
| | | T-137 | | | | | | |

|  |  | | | | | | Total Labor | 73.25 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 09/27/18 | On Account | 73.25 | | | | | |
| | If paid after 09/27/2018 pay 74.72 | | | | | | |

Detach at line and return with payment

**VOSS EQUIPMENT, INC.**

| | |
|---|---|
| Total Amount : | 73.25 |
| Sales Tax : | |
| Total : | 73.25 |
| Payment : | |
| To pay : | 73.25 |
| **If paid after 09/27/2018 Pay 74.72** | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101140940 |
| Date | 08/28/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\035_Quiparc\Equipment\QW_DIS_Report\A3_10_1HQW_WO_Invoice_Voss_00012018_A_rpt.rpt

8/18/2020 10:39:55 AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

VOSS EQUIPMENT, INC.

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| **101140941** | **08/28/2018** | **100459** |
| 259701 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM    2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**
  Dept Invoiced : **Service**
  Registration :
    Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| Cust PO# : 2500146683 | | | | Entered by : Sarah Godette | | | | |
| Work Order : W11094386 | Seg: 1 has a leak | | 2500146683 | 08/22/18 Field - STD W/O | | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|------|------|----------|---------|-----------|----------------|
| Charlotte | T-137 | 8465 T-137 | | | | 1,941.00 | 1613384 | 3 |

| | | Total Labor | | | | | | 73.25 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|------------|
| 09/27/18 | On Account | 73.25 | | | | | |
| | If paid after 09/27/2018 pay 74.72 | | | | | | |

Detach at line and return with payment



VOSS EQUIPMENT, INC.

| | |
|---|---|
| Total Amount : | 73.25 |
| Sales Tax : | |
| Total : | 73.25 |
| Payment : | |
| To pay : | 73.25 |
| If paid after 09/27/2018 Pay 74.72 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| Invoice | 101140941 |
|---------|-----------|
| Date | 08/28/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

8/18/2020 10:40:17AM

C:\DS_Equipment\Equipment\QW_DIS_Reprint\3_10_HWJW_WO_Invoice_Voss_03032018_A_tif.rpt



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101140942** | 08/28/2018 | **100459** |
| 250702 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMISSARY CHICAGO UNION STATION**
500 W. JACKSON
CHICAGO, IL 60611

FILED DATE: 9/4/2020 1:42 PM   2020L009534

Branch Invoiced: **Harvey**

Salesperson :

Dept Invoiced : **Service**

Registration :

Notes :

| Quantity | Product ID | Description | | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | Cust PO# : 2500146683 | | | | Entered by : Sarah Godette | | | | |
| | Work Order : W11093748 | Seg: 1 STEERING IS OUT | | 2500146683 | | 08/07/18 Field - STD W/O | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 0.00 | 1613371 | 10254555 |
| Taylor-Dunn | B2-38 | 181150 | | | | | | |
| | | B2-38 | | | | | | |

Steering drag link and tie rods are broken and need to be replaced.
Note: 6 hrs. labor is reflected on this quote for completion of repairs.

| Qty | Description | | Unit Price | Total Price |
|---|---|---|---|---|
| 1 | WLDMNT STEERING SLEEVE | NR | 79.18 | 79.18 |
| 1 | END - TIE ROD LH | NR | 27.67 | 27.67 |
| 1 | END - TIE ROD RH | NR | 27.67 | 27.67 |
| 1 | Misc. Hardware | | 13.45 | 13.45 |
| | **Total Parts** | | | 147.97 |
| | **Total Labor** | | | 439.50 |
| FI | Freight - In | | | 16.00 |
| | **Total Misc** | | | 16.00 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 09/27/18 | On Account | 619.88 | | IL Sales Tax | 163.97 | 10.0000 % | 16.41 |
| | If paid after 09/27/2018 pay 632.28 | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 603.47 |
| Sales Tax : | 16.41 |
| Total : | 619.88 |
| Payment : | |
| **To pay :** | **619.88** |
| If paid after 09/27/2018 Pay 632.28 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101140942 |
| Date | 08/28/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\VSS_Quipware\Quipware\QW_OIS_Reprints\10_18\QW_W/O_Invoice_Voss_03032018_A_std.rpt

8/18/2020 10:40:28AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101141243** | **08/30/2018** | **100459** |
| 203262 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM  2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Branch Invoiced: **Harvey**
  Dept Invoiced : **Service**
    Registration :
      Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | Cust PO# : 24447 | | | | Entered by : | Sarah Godette | | | |
| | Work Order : W11093357 | Seg: 1 no start-totally dead | 24447 | | 07/30/18 | Field - STD W/O | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| John Deere | HPX-4X4 | 1M0HPXDSEGM140891 HPX-4X4 | | | | 66.00 | 1612347 | A12581 |
| 1 | | BATTERY B 3 | NR | | | | 73.74 | 73.74 |
| 1 | | TERMINAL 12 A 1 | NR | | | | 1.12 | 1.12 |
| 1 | | Misc. Hardware | | | | | 7.49 | 7.49 |
| | | Total Parts | | | | | | 82.35 |
| | | Total Labor | | | | | | 275.00 |

| Due Date | Payment | Amount | Paid | | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 10/29/18 | On Account | 365.58 | | | IL Sales Tax | 82.35 | 10.0000 % | 8.23 |
| | If paid after 09/29/2018 pay 372.89 | | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 357.35 |
| Sales Tax : | 8.23 |
| Total : | 365.58 |
| Payment : | |
| **To pay :** | 365.58 |
| **If paid after 09/29/2018 Pay 372.89** | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101141243 |
| Date | 08/30/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\DIS_Qalparts\Equipment\JW_DIS_Reports\3_JD_IEQW_WO_Invoice_Voss_08302018_A_rcj.rpt    8/18/2020 10:40:40AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| 101141497 | 08/31/2018 | 100459 |
| 260857 | | |

Page 1 of 1

Sold to :

AMTRAK
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

AMTRAK COMISSARY CHICAGO UNION
STATION
500 W. JACKSON
CHICAGO, IL 60611

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | Unit Price | Total Price |
|----------|-----------|-------------|--|-----------|-------------|
| Cust PO# : 2500146683 | | | Entered by : Sarah Godette | | |
| Work Order : W11094252 | Seg: 1 FLAT TIRE | 2500146683 | 08/20/18 Field - STD W/O | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|------|------|----------|---------|-----------|----------------|
| Taylor-Dunn | CO-425-48 | 176723 | | | | 5,652.00 | 1613369 | 10256433 |
| | | CO-425-48 | | | | | | |
| 2 | | Foam Fill Tires | | | | | 50.74 | 101.48 |
| 1 | | Misc. Hardware | | | | | 10.15 | 10.15 |
| | | **Total Parts** | | | | | | 111.63 |
| | | **Total Labor** | | | | | | 146.50 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|------------|
| 09/30/18 | On Account | 269.30 | | IL Sales Tax | 111.63 | 10.0000 % | 11.17 |
| | If paid after 09/30/2018 pay 274.69 | | | | | | |

Detach at line and return with payment



| | |
|--|--|
| Total Amount : | 258.13 |
| Sales Tax : | 11.17 |
| Total : | 269.30 |
| Payment : | |
| **To pay :** | **269.30** |
| If paid after 09/30/2018 Pay 274.69 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|--|--|
| Invoice | 101141497 |
| Date | 08/31/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.

FILED DATE: 9/4/2020 1:42 PM    2020L009534



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101141575 | 08/31/2018 | 100459 |
| 260816 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM   2020L009534

Shipped to :

Sold to :

AMTRAK
P.O. BOX 8518
PHILADELPHIA, PA 19104

AMTRAK COMISSARY CHICAGO UNION
STATION
500 W. JACKSON
CHICAGO, IL 60611

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| Cust PO# : 2500146683 | | | | | | Entered by : Sarah Godette | | |
| Work Order : W11094541 | | Seg: 1 needs to put on tire-has replac 2500146683 | | | | 08/27/18 Field - STD W/O | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Taylor-Dunn | BO-012-38 | 172806 BO-012-38 | | | | 0.00 | 1613373 | 10254534 |

| | | Total Labor | | 73.25 |
|---|---|---|---|---|

| Due Date | Payment | Amount | Paid | Tax | | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 10/30/18 | On Account | 73.25 | | | | | | |
| | If paid after 09/30/2018 pay 74.72 | | | | | | | |

Detach at line and return with payment

| Total Amount : | 73.25 |
|---|---|
| Sales Tax : | |
| Total : | 73.25 |
| Payment : | |
| To pay : | 73.25 |
| If paid after 09/30/2018 Pay 74.72 | |

**VOSS EQUIPMENT, INC.**

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| Invoice | 101141575 |
|---|---|
| Date | 08/31/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

8/16/2020 10:41:13AM

CADIS_Quipment\Quipment\QW_DIS_Report\3_10_HFQW_WD_Invoice_Voss_03231018_A_rpt.rpt



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

**VOSS EQUIPMENT, INC.**

# REPRINT INVOICE

| | Invoice | Date | Customer |
|---|---|---|---|
| | 101141576 | 08/31/2018 | 100459 |
| | 280817 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM    2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMISSARY CHICAGO UNION STATION**
500 W. JACKSON
CHICAGO, IL 60611

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| Cust PO# : 2500146683 | | | | Entered by : Sarah Godette | | | |
| Work Order : W11094542 | | Seg: 1 New headlight | | 2500146683 | 08/27/18 Field - STD W/O | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Taylor-Dunn | CO-425-48 | 176725 CO-425-48 | | | | 5,614.00 | 1613370 | 10256423 |

| | | Total Labor | | | | | 73.25 |
|---|---|---|---|---|---|---|---|

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 10/30/18 | On Account | 73.25 | | | | | |
| | If paid after 09/30/2018 pay 74.72 | | | | | | |

Detach at line and return with payment.



**VOSS EQUIPMENT, INC.**

| | |
|---|---|
| Total Amount : | 73.25 |
| Sales Tax : | |
| Total : | 73.25 |
| Payment : | |
| To pay : | 73.25 |
| If paid after 09/30/2018 Pay 74.72 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| Invoice | 101141576 |
|---|---|
| Date | 08/31/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\DIS_Quipsoft\Equipment\QW_DIS_Report\3_10_EWQW_WO_Invoice_Voss_030370A18_A_rdf.rpt

8/19/2020 10:41:25AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101141655** | **08/31/2018** | **100459** |
| 260939 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMISSARY CHICAGO UNION STATION**
500 W. JACKSON
CHICAGO, IL 60611

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | Cust PO# : 2500146683 | | | | Entered by : Sarah Godette | | | | |
| | Work Order : W11094830 | Seg: 1 swap out tire | | 2500146683 | | 08/30/18 Field - STD W/O | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Taylor-Dunn | B2-38 | 181150 | | | | 0.00 | 1613371 | 10254555 |
| | | B2-38 | | | | | | |

| | | | | Total Labor | | 73.25 |
|---|---|---|---|---|---|---|

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 10/30/18 | On Account | 73.25 | | | | | |
| | If paid after 09/30/2018 pay 74.72 | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 73.25 |
| Sales Tax : | |
| Total : | 73.25 |
| Payment : | |
| To pay : | 73.25 |
| **If paid after 09/30/2018 Pay 74.72** | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101141655 |
| Date | 08/31/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.

FILED DATE: 9/4/2020 1:42 PM 2020L009534

C:\IDS_Quipware\Quipware\QW_DIS_Reports\3_10_1\EQW_WO_Invoice_Voss_03032018_A_sql.rpt

8/18/2020 10:41:46AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

VOSS EQUIPMENT, INC.

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101141797 | 09/06/2018 | 100459 |
| 261294 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| Cust PO# : 2500146683 | | | | Entered by : Sarah Godette | | | | |
| Work Order : W11094382 | Seg: 1 | NOT WORKING | | 2500146683 | 08/22/18 Field - STD W/O | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Toyota | 8BRU18 | 25281 | | | | 3,152.00 | 1613381 | 10256455 |
| | | 8BRU18 | | | | | | |
| 1 | | Motor | | | | | 616.00 | 616.00 616.00 |
| | | Total Parts | | | | | | 616.00 |
| | | Total Labor | | | | | | 549.38 |

| Due Date | Payment | Amount | Paid | Tax | | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 10/06/18 | On Account | 1,226.98 | | IL Sales Tax | | 616.00 | 10.0000 % | 61.60 |
| | If paid after 10/06/2018 pay 1,251.52 | | | | | | | |

Detach at line and return with payment



VOSS EQUIPMENT, INC.

| | |
|---|---|
| Total Amount : | 1,165.38 |
| Sales Tax : | 61.60 |
| Total : | 1,226.98 |
| Payment : | |
| To pay : | 1,226.98 |
| If paid after 10/06/2018 Pay 1,251.52 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101141797 |
| Date | 09/06/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee

8/18/2020 10:41:56AM

C:\DIS_Qutprocess\Equipment\QW_DIS_Reprint13_ID_EEQW_WO_Service_Voss_03052018_A_rpt.rpt

FILED DATE: 9/4/2020 1:42 PM   2020L009534



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101141853** | **09/10/2018** | **100459** |
| 281435 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| Cust PO# : 2500146683 | | | | | Entered by : Colette Walsh | | | |
| Work Order : W11091976 | | Seg: 1  Right rear axle seal leaking   2500146683 | | | | 06/27/18   Field - STD W/O | | |
| **Make** | **Model** | **Serial ID/Plate** | **Year** | **Date** | **Odometer** | **H-Meter** | **Dealer ID** | **Customer Eq ID** |
| Taylor-Dunn | BO-012-38 | 172806 BO-012-38 | | | | 0.00 | 1613373 | 10254534 |
| Replace seals & bearings | | | | | | | | |
| 1 | | SPACER | NR | | | | 8.81 | 8.81 |
| 4 | | SEAL - OIL | NR | | | | 2.36 | 9.44 |
| 1 | | BEARING | NR | | | | 10.80 | 10.80 |
| 1 | | Misc. Hardware | | | | | 2.91 | 2.91 |
| | | **Total Parts** | | | | | | **31.96** |
| | | **Total Labor** | | | | | | **212.64** |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 10/10/18 | On Account | 247.79 | | IL Sales Tax | 31.96 | 10.0000 % | 3.19 |
| | If paid after 10/10/2018 pay 252.75 | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 244.60 |
| Sales Tax : | 3.19 |
| Total : | 247.79 |
| Payment : | |
| To pay : | 247.79 |
| **If paid after 10/10/2018 Pay 252.75** | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101141853 |
| Date | 09/10/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\VOSS_Crptyrctal\Crptyrctal\QW_IISS_Reports\3_10_ERQW_WO_Invoice_Voss_03032018_A_tcl.rpt

8/18/2020 10:42:08AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101142210 | 09/14/2018 | 100459 |
| 202140 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM  2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced:  **Harvey**

Dept Invoiced :  **Service**

Registration :

Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | Cust PO# : 2500146683 | | | | Entered by : | Sarah Godette | | |
| | Work Order : W11095020 | Seg:  1  load wheels | | 2500146683 | | 09/06/18  Field - STD W/O | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Toyota | 7HBW23 | 50238 | | | | 903.00 | 1613378 | 10256405 |
| | | 7HBW23 | | | | | | |

| Quantity | | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| 4 | | BEARING - BALL DOUBLE SHIELD | NR | | | | 2.24 | 8.96 |
| 2 | | WHEEL - LOAD | NR | | | | 14.56 | 29.12 |
| | | Total Parts | | | | | | 38.08 |
| | | Total Labor | | | | | | 146.50 |
| FI | | Freight - In | | | | | 12.00 | 12.00 |
| | | Total Misc | | | | | | 12.00 |

| Due Date | Payment | | Amount | Paid | Tax | | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/13/18 | On Account | | 201.59 | | IL Sales Tax | | 50.08 | 10.0000 % | 5.01 |
| | If paid after 10/14/2018 pay 205.62 | | | | | | | | |

Detach at line and return with payment



Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| Total Amount : | 196.58 |
|---|---|
| Sales Tax : | 5.01 |
| Total : | 201.59 |
| Payment : | |
| **To pay :** | **201.59** |
| If paid after 10/14/2018 Pay 205.62 | |

| Invoice | 101142210 |
|---|---|
| Date | 09/14/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs
of collection including reasonable attorney's fee.

C:\DIS_Quipment\Equipment\QW_DIS_Report\3_10_18\QW_WO_Invoice_Voss_03132018_A_rpt.rpt

6/18/2020 10:42:32AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| **101142211** | **09/14/2018** | **100459** |
| 262150 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM 2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | | | | Unit Price | | Total Price |
|----------|-----------|-------------|--|--|--|--|-----------|--|-------------|
| | Cust PO# : 2500146683 | | | | | Entered by : Sarah Godette | | | |
| | Work Order : W11095115 | Seg: 1 BATTERY ISSUE | | | 2500146683 | | 09/10/18 Field - STD W/O | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|------|------|----------|---------|-----------|----------------|
| Toyota | 7HBW23 | 50237<br>7HBW23 | | | | 733.00 | 1613377 | 10256406 |

| | | | Total Labor | | 219.75 |
|--|--|--|-------------|--|--------|

| Due Date | Payment | Amount | Paid | | Tax | | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|--|-----|--|-------|----------|------------|
| 11/13/18 | On Account | 219.75 | | | | | | | |
| | If paid after 10/14/2018 pay 224.15 | | | | | | | | |

Detach at line and return with payment



Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| Total Amount : | 219.75 |
|----------------|--------|
| Sales Tax : | |
| Total : | 219.75 |
| Payment : | |
| To pay : | 219.75 |
| If paid after 10/14/2018 Pay 224.15 | |

| Invoice | 101142211 |
|---------|-----------|
| Date | 09/14/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.

C:\VSS_Qalyware\Qalyware\QW_DIS_Reps\v3_10_18\QW_WO_Invoice_Voss_09032018_A_rpt.rpt

8/18/2020 10:42:44AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

VOSS EQUIPMENT, INC.

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| 101142321 | 09/18/2018 | 100459 |
| 262430 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM   2020L009534

Sold to :

AMTRAK
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

AMTRAK- WAREHOUSE
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Registration :

Notes :

Salesperson :

| Quantity | Product ID | Description | | | | Unit Price | Total Price |
|----------|-----------|-------------|---|---|---|-----------|-------------|
| | Cust PO# : 25305 | | | Entered by : Sarah Godette | | | |
| | Work Order : M11046546 | Seg: 1 PM | 25305 | 09/05/18 PM | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|------|------|----------|---------|-----------|----------------|
| | | | | | | 0.00 | 1602743 | M-W-A4057 |
| Taylor-Dunn | BO-01-500 | 183191 BO-015-00 | | | | | | |

| | Total Labor | 137.50 |
|---|---|---|

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|------------|
| 11/17/18 | On Account | 137.50 | | | | | |
| | If paid after 10/18/2018 pay 140.25 | | | | | | |

Detach at line and return with payment



VOSS EQUIPMENT, INC.

| | |
|---|---|
| Total Amount : | 137.50 |
| Sales Tax : | |
| Total : | 137.50 |
| Payment : | |
| **To pay :** | **137.50** |
| If paid after 10/18/2018 Pay 140.25 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| Invoice | 101142321 |
|---------|-----------|
| Date | 09/18/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % invoice charge (annual rate 18 %), and all costs
of collection including reasonable attorney's fee.

C:\DIS_Outparts\Equipment\QW_DIS_Reports\3_10_1EQW_WO_Invoice_Voss_00032018_A_39f.rpt

8/18/2020 10:42:53AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101142322 | 09/18/2018 | 100459 |
| 202431 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM    2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to-

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Branch Invoiced: **Harvey**                    Salesperson :

Dept Invoiced : **Service**

Registration :

Notes :

| Quantity | Product ID | Description | | Unit Price | Total Price |
|---|---|---|---|---|---|
| Cust PO# : 25117 | | | Entered by : Sarah Godette | | |
| Work Order : M11046552 | Seg:  1  PM | 25117 | 09/05/18  PM | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Yale | MPB045 | A245N02486N MPB045VGN24T2746 | 2014 | | | 95.00 | 1606630 | M-W-A10912 |

| | | Total Labor | | | 103.13 |
|---|---|---|---|---|---|

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 11/17/18 | On Account | 103.13 | | | | | |
| | If paid after 10/18/2018 pay 105.19 | | | | | | |

Detach at line and return with payment



Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| Total Amount : | 103.13 |
|---|---|
| Sales Tax : | |
| Total : | 103.13 |
| Payment : | |
| To pay : | 103.13 |
| If paid after 10/18/2018 Pay 105.19 | |

| Invoice | 101142322 |
|---|---|
| Date | 09/18/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.

C:\VOSS_Qship\net\Qship\net\QW_DIS_Reprint\03_10_18\QW_WO_Invoice_Voss_03032018_A_rpl.rpt

8/18/2020  10:43:10AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

VOSS EQUIPMENT, INC.

# REPRINT INVOICE

| | Invoice | Date | Customer |
|---|---|---|---|
| | 101142366 | 09/18/2018 | 100459 |
| | 282517 | | |

Page 1 of 1

Sold to :

AMTRAK
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

AMTRAK COMMISSARY
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| Cust PO# : 2500146683 | | | | | Entered by : Sarah Godette | | | |
| Work Order : W11095182 | Seg: | 1 NO HORN | | 2500146683 | 09/11/18 Field - STD W/O | | | |
| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
| | | | | | | 724.00 | 1613385 | 4 |
| Charlatte | T-137 | 8448 | | | | | | |
| | | T-137 | | | | | | |
| | | HORN | NR | | | 8.68 | | 8.68 |
| 1 | | | | | | | | 8.68 |
| | | Total Parts | | | | | | 8.68 |
| | | Total Labor | | | | | | 73.25 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 11/17/18 | On Account | 82.80 | | IL Sales Tax | 8.68 | 10.0000 % | 0.87 |
| | If paid after 10/18/2018 pay 84.46 | | | | | | |

Detach at line and return with payment

VOSS EQUIPMENT, INC.

| | |
|---|---|
| Total Amount : | 81.93 |
| Sales Tax : | 0.87 |
| Total : | 82.80 |
| Payment : | |
| To pay : | 82.80 |
| If paid after **10/18/2018 Pay 84.46** | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101142366 |
| Date | 09/18/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs
of collection including reasonable attorney's fee.

8/18/2020 10:43:20AM

C:\DIS_Colpraxx\Colpraxx\QW_DIS_Reports\U_10_INV\W_WO_Invoice_Voss_03312018_A_rpt.rpt

FILED DATE: 9/4/2020 1:42 PM   2020L009534



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101142367** | **09/18/2018** | **100459** |
| 262518 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM   2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMISSARY CHICAGO UNION STATION**
500 W. JACKSON
CHICAGO, IL 60611

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Registration :

Notes :

Salesperson :

Entered by : Sarah Godette

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| Cust PO# : 2500146683 | | | | 2500146683 | | 09/05/18 | Field - STD W/O | |
| Work Order : W11094977 | Seg: 1 HORN | | | | | | | |
| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
| | | | | | | 5,652.00 | 1613369 | 10256433 |
| Taylor-Dunn | CO-425-48 | 176723 | | | | | | |
| | | CO-425-48 | | | | | 9.15 | 9.15 |
| | | HORN | NR | | | | 0.92 | 0.92 |
| 1 | | Misc. Hardware | | | | | | 10.07 |
| 1 | | Total Parts | | | | | | 73.25 |
| | | Total Labor | | | | | | |
| | | | | | | | | 8.00 |
| FI | | Freight - In | | | | | | 8.00 |
| | | Total Misc | | | | | | |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 11/17/18 | On Account | 93.13 | | IL Sales Tax | 18.07 | 10.0000 % | 1.81 |
| | If paid after 10/18/2018 pay 94.99 | | | | | | |

Detach at line and return with payment

| | |
|---|---|
| Total Amount : | 91.32 |
| Sales Tax : | 1.81 |
| Total : | 93.13 |
| Payment : | |
| To pay : | 93.13 |
| If paid after 10/18/2018 Pay 94.99 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101142367 |
| Date | 09/18/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.

8/18/2020 10:43:36AM

C:\DDS_Chiquwar\Chiquwar\QW_DB_Report\A1_10_LBQW_WD_Invoice_Voss_03032018_A_sql.rpt



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| 101142396 | 09/19/2018 | 100459 |
| 262618 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM    2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | | | Unit Price | Total Price |
|----------|-----------|-------------|---|---|---|-----------|-------------|
| | Cust PO# : 25064 | | | Entered by : Sarah Godette | | | |
| | Work Order : M11046548 | Seg: 1 PM | 25064 | | 09/05/18 PM | | |
| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|------|------|----------|---------|-----------|----------------|
| Komatsu | FG40ZT-7 | 103617A | | | | 600.00 | 1603852 | M-W-A4048C |
| | | FG40ZT-7 | | | | | | |
| 1 | | FORMULASHELL SAE 10W30 | NR | | | 15.69 | 15.69 | |
| 1 | | OIL FILTER | | | | 7.09 | 7.09 | |
| 1 | | FILTER-OIL | | | | 4.14 | 4.14 | |
| 1 | | FILTER - AIR | NR | | | 10.63 | 10.63 | |
| | | **Total Parts** | | | | | 37.55 | |
| | | **Total Labor** | | | | | 137.50 | |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|------------|
| 11/18/18 | On Account | 178.80 | | IL Sales Tax | 37.55 | 10.0000 % | 3.75 |
| | If paid after 10/19/2018 pay 182.38 | | | | | | |

- - >&



| | |
|---|---|
| Total Amount : | 175.05 |
| Sales Tax : | 3.75 |
| Total : | 178.80 |
| Payment : | |
| **To pay :** | 178.80 |
| If paid after 10/19/2018 Pay 182.38 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101142396 |
| Date | 09/19/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\VOSS_Crystal\Qdrystal\QW_DIS_Reports\3_10_1\FQW_WO_Invoice_Voss_08232018_A_sql.rpt

8/18/2020 10:44:24AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

FILED DATE: 9/4/2020 1:42 PM   2020L009534

| Invoice | Date | Customer |
|---|---|---|
| 101142421 | 09/19/2018 | 100459 |
| 202648 | | |

Page 1 of 2

Sold to :

AMTRAK
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

AMTRAK COMISSARY CHICAGO UNION
STATION
500 W. JACKSON
CHICAGO, IL 60611

Salesperson :

Branch Invoiced: **Harvey**
  Dept Invoiced : **Service**
    Registration :
      Notes :

Entered by : Noe Maciel
08/15/18  Field - STD W/O

| Quantity | Product ID | Description | | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| Cust PO# : 2500146683 | | | | | | | | | |
| Work Order : W11094099 | Seg: | 1 | Parking brake cable,leafspring 2500146683 | | | | | | |
| **Make** | **Model** | **Serial ID/Plate** | **Year** | **Date** | **Odometer** | **H-Meter** | **Dealer ID** | **Customer Eq ID** | |
| | | | | | | 0.00 | 1613372 | 10254533 | |
| Taylor-Dunn | B2-38 | 181151 | | | | | | | |
| | | B2-38 | | | | | | | |

Parking brake cable damaged.
Tail light and plug need replacing.
Front differential seal is leaking.
Right side leaf springs bolts are stripped.
Note: Repairs were found during your recent PM Service.

| Quantity | Product ID / Description | | Unit Price | Total Price |
|---|---|---|---|---|
| | | | 19.99 | 19.99 |
| 1 | LED -RED 4in. | | 6.14 | 6.14 |
| 1 | PLUG RIGHT HANDED | | 2.01 | 6.03 |
| 3 | 87-A BRAKE CLEAN (can use V4020) | | 0.14 | 0.56 |
| 4 | LOCKNUT,NY-LOCK, 1/2-20 NF GR2 | NR | 14.41 | 14.41 |
| 1 | SEAL,DIA 40-50 X 2 | NR | 8.25 | 8.25 |
| 1 | SEAL,LIP | NR | 18.88 | 18.88 |
| 1 | CABLE | NR | 7.43 | 7.43 |
| 1 | Misc. Hardware | | | 81.69 |
| | Total Parts | | | 695.88 |
| | Total Labor | | | |
| | | | | 30.00 |
| FI | Freight - In | | | 30.00 |
| | Total Misc | | | |

C:\DIS_Output\Output\IQW_DIS_Report3_10_IBVBF_WO_Invoice_Voss_03032015_A_rpf.rpt



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101142421** | **09/19/2018** | **100459** |
| 262648 | | |

Page 2 of 2

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMISSARY CHICAGO UNION STATION**
500 W. JACKSON
CHICAGO, IL 60611

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Registration :

Notes :

Salesperson :

FILED DATE: 9/4/2020 1:42 PM   2020L009534

| Quantity | Product ID | Description | Unit Price | Total Price |
|---|---|---|---|---|
| | | | | |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 10/19/18 | On Account | 818.74 | | IL Sales Tax | 111.69 | 10.0000 % | 11.17 |

If paid after 10/19/2018 pay 835.11

---

Detach at line and return with payment



**VOSS EQUIPMENT, INC.**

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| Total Amount : | 807.57 |
|---|---|
| Sales Tax : | 11.17 |
| Total : | 818.74 |
| Payment : | |
| To pay : | 818.74 |

If paid after **10/19/2018 Pay 835.11**

| Invoice | 101142421 |
|---|---|
| Date | 09/19/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\DIS_Cr[systext\Crystrace\CRW_DIS_Reprints\3_10_18\WF_WO_Invoice_Voss_01052018_A_bjl.rpt

6/16/2020 10:44:39AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101142680** | **09/21/2018** | **100459** |
| 263072 | | |

Page 1 of 1

Shipped to :

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**                   Salesperson :

Dept Invoiced : **Service**

Registration :

Notes :

| Quantity | Product ID | Description | | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | Cust PO# : 2500146683 | | | | | Entered by : Sarah Godette | | | |
| | Work Order : W11094829 | Seg: 1 gasket for window | | 2500146683 | | 08/30/18  Field - STD W/O | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Charlatte | T-137 | 8465 T-137 | | | | 1,970.00 | 1613384 | 3 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 570.35 | 570.35 |
| 1 | | Replace Back Glass | | | | | 570.35 | 570.35 |
| | | **Total Parts** | | | | | | **570.35** |
| | | **Total Labor** | | | | | | **73.25** |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 11/20/18 | On Account | 643.60 | | | | | |
| | If paid after 10/21/2018 pay 656.47 | | | | | | |

Detach at line and return with payment



Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| Total Amount : | 643.60 |
|---|---|
| Sales Tax : | |
| Total : | 643.60 |
| Payment : | |
| To pay : | 643.60 |
| If paid after 10/21/2018 Pay 656.47 | |

| Invoice | 101142680 |
|---|---|
| Date | 09/21/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.

8/18/2020  10:44:54AM

FILED DATE: 9/4/2020 1:42 PM   2020L009534

C:\DIS_Quipware\Equipware\QW_DIS_Reports\5_10_1EQW_WO_Inovice_Voss_63031018_A_sql.rpt



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

FILED
9/4/2020 1:42 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L009534

Invoice
**101142696**
263122

DOROTHY BROWN
Customer
00459

10351474    Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM    2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Branch Invoiced:  Harvey
Dept Invoiced :  Service
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| Cust PO# : 25482 | | | | | 25482 | Entered by : Sarah Godette | | |
| Work Order : M11046549 | | Seg:   1  PM | | | | 09/05/18  PM | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Tennant | T-15FAST | T15-15211 | | | | 166.00 | 1604031 | M-W-A45615 |
| | | T15 | | | | | | |

| | | | Total Labor | | | | | 137.50 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 11/23/18 | On Account | 137.50 | | | | | |
| | If paid after 10/24/2018 pay 140.25 | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 137.50 |
| Sales Tax : | |
| Total : | 137.50 |
| Payment : | |
| To pay : | 137.50 |
| If paid after 10/24/2018 Pay 140.25 | |

Remit To :

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101142696 |
| Date | 09/24/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1 ½ % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.

C:\DSS_Datproces\Quipvac\QW_DIS_Reports\3_10_18\QW_WO_Invoice_Voss_00932018_A_adj.rpt

8/18/2020 10:49:44AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101142697 | 09/24/2018 | 100459 |
| 263123 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Salesperson :

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | Cust PO# : 25118 | | | | Entered by : Sarah Godette | | | |
| | Work Order : M11046553 | Seg: 1 PM | | 25118 | 09/05/18 PM | | | |
| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
| Yale | GLP040 | D810V02085P | 2015 | | | 997.00 | 1608698 | M-W-A1226' |
| | | GLP040SVXNRAE080 | | | | | | |
| | | FORMULASHELL SAE 10W30 | NR | | | | 15.68 | 15.68 |
| 1 | | FILTER ASSY AIR AN | | | | | 16.17 | 16.17 |
| 1 | | FILTER OIL - OIL | | | | | 6.32 | 6.32 |
| 1 | | Total Parts | | | | | | 38.17 |
| | | Total Labor | | | | | | 137.50 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 11/23/18 | On Account | 179.49 | | IL Sales Tax | 38.17 | 10.0000 % | 3.82 |
| | If paid after 10/24/2018 pay 183.08 | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 175.67 |
| Sales Tax : | 3.82 |
| Total : | 179.49 |
| Payment : | |
| To pay : | 179.49 |
| If paid after 10/24/2018 Pay 183.08 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101142697 |
| Date | 09/24/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

8/18/2020 10:49:56AM

C:\DIS_Quipment\Quipwize\QW_DIS_Reports\3_10_1PQW_WO_Invoice_Voss_03052018_A_bd.rpt

FILED DATE: 9/4/2020 1:42 PM   2020L009534



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| 101142698 | 09/24/2018 | 100459 |
| 203124 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM  2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|----------|-----------|-------------|--|--|--|--|-----------|-------------|
| | Cust PO# : 25121 | | | | Entered by : Sarah Godette | | | |
| | Work Order : M11046556 | Seg: 1 PM | | 25121 | 09/05/18 PM | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|------|------|----------|---------|-----------|----------------|
| Komatsu | FG25T-16 | 212036A FG25T-16 | | | | 3,489.00 | 1609398 | A42554 |

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| 1 | | FORMULASHELL SAE 10W30 | NR | | | 15.68 | 15.68 |
| 1 | | FILTER-OIL | | | | 4.13 | 4.13 |
| 1 | | FILTER - AIR  1 | | | | 8.26 | 8.26 |
| | | Total Parts | | | | | 28.07 |
| | | Total Labor | | | | | 137.50 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|------------|
| 11/23/18 | On Account | 168.38 | | IL Sales Tax | 28.07 | 10.0000 % | 2.81 |
| | If paid after 10/24/2018 pay 171.75 | | | | | | |

Detach at line and return with payment

| | |
|--|--|
| Total Amount : | 165.57 |
| Sales Tax : | 2.81 |
| Total : | 168.38 |
| Payment : | |
| To pay : | 168.38 |
| If paid after 10/24/2018 Pay 171.75 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|--|--|
| Invoice | 101142698 |
| Date | 09/24/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\DDS_Equipment\Equipment\EW_DDS_Reports\13_10_IBQ\F_WO_&voice_03031018_A_rpt.rps

8/18/2020 10:50:14AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| **101142699** | **09/24/2018** | **100459** |
| 263126 | | |

Page 1 of 1

Shipped to :

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Branch Invoiced: **Harvey**
  Dept Invoiced : **Service**
  Registration :
  Notes :

Salesperson :

| Quantity | Product ID | Description | | | Entered by : | Sarah Godette | Unit Price | Total Price |
|----------|-----------|-------------|--|--|--------------|---------------|------------|-------------|
| Cust PO# : 251124 | | | | | | 09/05/18 PM | | |
| Work Order : M11046558 | Seg: 1 PM | | 251124 | | | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|------|------|----------|---------|-----------|----------------|
| John Deere | HPX-4X4 | 1M0HPXDSEGM140891 HPX-4X4 | | | | 66.00 | 1612347 | A12581 |
| 5 | | ROTELLATTRIP15W40 3 1G | NR | | | | 15.72 | 78.60 |
| 1 | | FILTER - AIR | NR | | | | 18.29 | 18.29 |
| 1 | | FILTER - AIR INNER | NR | | | | 17.11 | 17.11 |
| 1 | | FILTER - ENGINE OIL | NR | | | | 10.03 | 10.03 |
| | | Total Parts | | | | | | 124.03 |
| | | Total Labor | | | | | | 137.50 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|------------|
| 11/23/18 | On Account | 273.93 | | IL Sales Tax | 124.03 | 10.0000 % | 12.40 |
| | If paid after 10/24/2018 pay 279.41 | | | | | | |

---

Detach at line and return with payment



**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|--|--|
| Total Amount : | 261.53 |
| Sales Tax : | 12.40 |
| Total : | 273.93 |
| Payment : | |
| **To pay :** | **273.93** |
| **If paid after 10/24/2018 Pay 279.41** | |

Remit To:

| | |
|--|--|
| Invoice | 101142699 |
| Date | 09/24/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

8/18/2020 10:50:31AM

FILED DATE: 9/4/2020 1:42 PM   2020L009534



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101142700** | **09/24/2018** | **100459** |
| 263126 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Registration :

Notes :

Salesperson :

| Quantity | Product ID | Description | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| | Cust PO#: 25448 | | | Entered by : Sarah Godette | | | |
| | Work Order : W11094429 | Seg: 1 load back rest cracked | 25448 | 08/23/18 Field - STD W/O | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Komatsu | FG25T-16 | 212036A | | | | 3,489.00 | 1609398 | A42554 |
| | | FG25T-16 | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Load Back Rest | | | 485.65 | 485.65 |
| 1 | | WASHER - LOCK | NR | | 0.18 | 0.72 |
| 4 | | BUTTON HEAD | NR | | 6.20 | 24.80 |
| 4 | | Misc. Hardware | | | 51.12 | 51.12 |
| 1 | | **Total Parts** | | | | 562.29 |
| | | **Total Labor** | | | | 240.63 |
| F1 | | Freight - In | | | | 10.00 |
| | | **Total Misc** | | | | 10.00 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 10/24/18 | On Account | 870.15 | | IL Sales Tax | 572.29 | 10.0000 % | 57.23 |
| | If paid after 10/24/2018 pay 887.55 | | | | | | |

Detach at line and return with payment



| Total Amount : | 812.92 |
|---|---|
| Sales Tax : | 57.23 |
| Total : | 870.15 |
| Payment : | |
| To pay : | 870.15 |
| If paid after 10/24/2018 Pay 887.55 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| Invoice | 101142700 |
|---|---|
| Date | 09/24/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.

8/18/2020 10:50:44AM

FILED DATE: 9/4/2020 1:42 PM   2020L009534



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| **101142701** | **09/24/2018** | **100459** |
| 263127 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM    2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | | Unit Price | Total Price |
|----------|-----------|-------------|---|---|---|---|---|-----------|-------------|
| | Cust PO# : 25305 | | | | | Entered by : | Sarah Godette | | |
| | Work Order : W11095452 | Seg: | 1 | BURNT AND BROKEN BATTE | 25305 | | 09/17/18 | Field - STD W/O | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|------|------|----------|---------|-----------|----------------|
| Taylor-Dunn | BO-01-500 | 183191 BO-015-00 | | | | 0.00 | 1602743 | M-W-A40574 |

| | | | | Unit Price | Total Price |
|---|---|---|---|---|---|
| 3 | | #2 WELDING CABLE WCN2-BK4 | | 1.88 | 5.64 |
| 6 | | T&B TERMINAL 5/16 1&2 | | 1.18 | 7.08 |
| 1 | | Misc. Hardware | | 1.27 | 1.27 |
| | | **Total Parts** | | | 13.99 |
| | | **Total Labor** | | | 103.13 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|------------|
| 11/23/18 | On Account | 118.52 | | IL Sales Tax | 13.99 | 10.0000 % | 1.40 |
| | If paid after 10/24/2018 pay 120.89 | | | | | | |

Detach at line and return with payment



Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| Total Amount : | 117.12 |
|---|---|
| Sales Tax : | 1.40 |
| Total : | 118.52 |
| Payment : | |
| **To pay :** | **118.52** |
| **If paid after 10/24/2018 Pay 120.89** | |

| Invoice | 101142701 |
|---|---|
| Date | 09/24/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.

C:\VOS_Quipment\Quipment\QW_DIS_Reprint\3_10_1\RQW_WO_Invoice_Voss_03032015_A_trfl.rpt    8/18/2020 10:50:57AM



**VOSS EQUIPMENT, INC.**

**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101142711** | **09/24/2018** | **100459** |
| 263139 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM 2020L009534

**Sold to :**

AMTRAK
P.O. BOX 8518
PHILADELPHIA, PA 19104

**Shipped to :**

AMTRAK-BRIGHTON PARK WAREHOUSE
3727 S. SACRAMENTO
ATTN: ROB AMANS
CHICAGO, IL 60607

**Branch Invoiced:** Harvey

**Dept Invoiced :** Service

**Salesperson :**

Registration :

Notes :

| Quantity | Product ID | Description | | | | | Entered by : | Sarah Godette | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|
| | Cust PO# : 25482 | | | | 25482 | | | 09/05/18 PM | | |
| | Work Order : M11046560 | Seg: 1 PM | | | | | | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Vidmar | 2KS044848156 | SV611661-4063B 2KS044848156 | | | | 0.00 | 1607555 | A-B-A10850 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Total Labor | | | | 68.75 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 11/23/18 | On Account | 68.75 | | | | | |
| | If paid after 10/24/2018 pay 70.13 | | | | | | |

Detach at line and return with payment

| | |
|---|---|
| Total Amount : | 68.75 |
| Sales Tax : | |
| Total : | 68.75 |
| Payment : | |
| To pay : | 68.75 |
| If paid after **10/24/2018 Pay 70.13** | |

**VOSS EQUIPMENT, INC.**

**Remit To:**

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101142711 |
| Date | 09/24/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18%), and all costs of collection including reasonable attorney's fees.

C:\DIS_Crispware\Crispware\QW_BIS_Reprint\3_19_18 QW_WO_Invoice_Voss_03112018_A_tql.tpt

8/18/2020 10:51:07AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| 101142796 | 09/25/2018 | 100459 |
| 263407 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|----------|-----------|-------------|--|--|--|--|-----------|-------------|
| Cust PO# : 25116 | | | | | Entered by : Sarah Godette | | | |
| Work Order : M11046550 | Seg: 1 PM | | 25116 | | 09/05/18 PM | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|------|------|----------|---------|-----------|----------------|
| Yale | NR035 | A295N05645L | 2013 | | | 1,355.00 | 1604602 | M-W-A1994 |
| | | NR035DANS24TE095 | | | | | | |

| | Total Labor | 137.50 |
|--|-------------|--------|

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|------------|
| 11/24/18 | On Account | 137.50 | | | | | |
| | If paid after 10/25/2018 pay 140.25 | | | | | | |



Detach this line and return with payment

| | |
|--|--|
| Total Amount : | 137.50 |
| Sales Tax : | |
| Total : | 137.50 |
| Payment : | |
| To pay : | 137.50 |
| If paid after 10/25/2018 Pay 140.25 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|--|--|
| Invoice | 101142796 |
| Date | 09/25/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\VOSS_Quip\word\Equipword\QW_DES_Reports\U_10_1EQ\W_WO_Invoice_Voss_03032018_A_sql.rpt

8/18/2020 10:51:17AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101142797** | **09/25/2018** | **100459** |
| 263408 | | |

Page 1 of 1

Shipped to :

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Salesperson :

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | Cust PO# : 25119 | | | | 25119 | Entered by : Sarah Godette 09/05/18 PM | | |
| | Work Order : M11046554 | Seg: 1 PM | | | | | | |
| Make | Model | Serial ID/Plate | | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Yale | OS030 | D801N05258P OS030EFN24TE089 | 2015 | | | 54.00 | 1608700 | M-W-A1220€ |
| | | | | | | | | 68.75 |

Total Labor

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 11/24/18 | On Account | 68.75 | | | | | |
| | If paid after 10/25/2018 pay 70.13 | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 68.75 |
| Sales Tax : | |
| Total : | 68.75 |
| Payment : | |
| To pay : | 68.75 |
| If paid after 10/25/2018 Pay 70.13 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101142797 |
| Date | 09/25/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs
of collection including reasonable attorney's fee.

C:\DIS_Qckpxasd\Qcipxasd\QW_DIS_Reprod\3_10_1\EQW_WO_Invoice_Voss_03031018_A_rql.rpl

8/10/2020 10:51:33AM

FILED DATE: 9/4/2020 1:42 PM 2020L009534



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

**VOSS EQUIPMENT, INC.**

FILED DATE: 9/4/2020 1:42 PM  2020L009534

# REPRINT INVOICE

| | Invoice | Date | Customer |
|---|---|---|---|
| | 101142798 | 09/25/2018 | 100459 |
| | 263409 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Salesperson :

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

| Quantity | Product ID | Description | | | | Entered by : | Sarah Godette | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| Cust PO# : 25120 | | | | | 25120 | | 09/05/18  PM | | |
| Work Order : M11046555 | | Seg:  1  PM | | | | | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 80.00 | 1609329 | A45614 |
| Tennant | T5 | T5-10354123 | | | | | | |
| | | T5 | | | | | | |
| | | Total Labor | | | | | | 68.75 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 11/24/18 | On Account | 68.75 | | | | | |
| | If paid after 10/25/2018 pay 70.13 | | | | | | |

Detach at line and return with payment.

| | |
|---|---|
| Total Amount : | 68.75 |
| Sales Tax : | |
| Total : | 68.75 |
| Payment : | |
| To pay : | 68.75 |
| If paid after **10/25/2018 Pay 70.13** | |

**VOSS EQUIPMENT, INC.**

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101142798 |
| Date | 09/25/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

8/18/2020 10:51:45AM

C:\DIS_Qalyware\Qalyware\QW_DIS_Reports\3_10_18\QW_WO_Invoice_Voss_03053018_A_sql.rpt



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| | Invoice | Date | Customer |
|---|---|---|---|
| | **101142844** | **09/25/2018** | **100459** |
| | 283467 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK-BRIGHTON PARK WAREHOUSE**
3727 S. SACRAMENTO
ATTN: ROB AMANS
CHICAGO, IL 60607

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| | Cust PO# : 251125 | | | Entered by : Sarah Godette | | |
| | Work Order : M11046559 | Seg: 1 PM | 251125 | 09/05/18 PM | | |
| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Komatsu | FG30T11 | 462003A | | | | 4,435.00 | 1605808 | A-B-A40453 |
| | | FG30T11 | | | | | | |
| | | FORMULASHELL SAE 10W30 | NR | | | | 15.68 | 15.68 |
| 1 | | FILTER - AIR 1 | | | | | 7.97 | 7.97 |
| 1 | | FILTER - OIL | NR | | | | 6.49 | 6.49 |
| 1 | | Total Parts | | | | | | 30.14 |
| | | Total Labor | | | | | | 137.50 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 11/24/18 | On Account | 170.66 | | IL Sales Tax | 30.14 | 10.0000 % | 3.02 |
| | If paid after 10/25/2018 pay 174.07 | | | | | | |

Detach at the end and return with payment

Total Amount : 167.64
Sales Tax : 3.02
Total : 170.66
Payment :
To pay : 170.66
If paid after 10/25/2018 Pay 174.07

Invoice 101142844
Date 09/25/2018
Customer 100459
All amounts are in US Dollars ($)

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

Amounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

8/18/2020 10:51:56AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

FILED DATE: 9/4/2020 1:42 PM     2020L009534

| Invoice | Date | Customer |
|---|---|---|
| **101142909** | **09/26/2018** | **100459** |
| 283600 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| Cust PO# : 25562 | | | | | | Entered by : Sarah Godette | | |
| Work Order : M11046551 | Seg: 1 PM | | 25562 | | | 09/05/18 PM | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Yale | NR035 | A295N05644L | | | | 1,318.00 | 1604603 | M-W-A1994 |
| | | NR035DANS24TE095 | | | | | | |
| 8 | | 504K33 BRG    A | | | | | 4.68 | 37.44 |
| 4 | | WHEEL LOAD 5X4 LAGE BEAR | | | | | 44.04 | 176.16 |
| | | Total Parts | | | | | | 213.60 |
| | | Total Labor | | | | | | 137.50 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 11/25/18 | On Account | 372.46 | | IL Sales Tax | 213.60 | 10.0000 % | 21.36 |
| | If paid after 10/26/2018 pay 379.91 | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 351.10 |
| Sales Tax : | 21.36 |
| Total : | 372.46 |
| Payment : | |
| To pay : | **372.46** |
| If paid after 10/26/2018 Pay 379.91 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101142909 |
| Date | 09/26/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\DIS_Qslpment\Equipmel\QW_DIS_Report\U_10_LEQW_WO_Invoice_Voss_03032018_A_rpl.rpt     8/18/2020 10:52:10AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

FILED DATE: 9/4/2020 1:42 PM    2020L009534

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| 101142910 | 09/26/2018 | 100459 |
| 203601 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**          Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|----------|-----------|-------------|---|---|---|---|-----------|-------------|
| | Cust PO# : 24871 | | | | Entered by : Sarah Godette | | | |
| | Work Order : W11094439 | Seg: 1 | load back rest is cracking at the 24871 | | 08/23/18 Field - STD W/O | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|------|------|----------|---------|-----------|----------------|
| Komatsu | FG30HT12 | 565625A | | | | 2,839.00 | 1603851 | M-W-A4047E |
| | | FG30HT12 | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Load Back Rest | | | | 522.83 | 522.83 |
| 1 | | WASHER – LOCK | NR | | | 0.18 | 0.72 |
| 4 | | BUTTON HEAD | NR | | | 6.20 | 24.80 |
| 4 | | Misc. Hardware | | | | 54.84 | 54.84 |
| 1 | | **Total Parts** | | | | | 603.19 |
| | | **Total Labor** | | | | | 275.01 |
| | | Freight - In | | | | | 10.00 |
| FI | | **Total Misc** | | | | | 10.00 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|------------|
| 10/26/18 | On Account | 949.51 | | IL Sales Tax | 613.19 | 10.0000 % | 61.31 |
| | If paid after 10/26/2018 pay 968.50 | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 888.20 |
| Sales Tax : | 61.31 |
| Total : | 949.51 |
| Payment : | |
| **To pay :** | 949.51 |
| If paid after 10/26/2018 Pay 968.50 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| Invoice | 101142910 |
|---------|-----------|
| Date | 09/26/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Amounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.

C:\DIS_Qsispzxzrkj\qhpsxzelVQW_DIS_Reports\3_10_1FQW_W/O_Service_Voss_03033015_A_rpt.rpt

8/18/2020 10:52:24AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

**VOSS EQUIPMENT, INC.**

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101142911** | **09/26/2018** | **100459** |
| 283802 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Salesperson :

Branch Invoiced: **Harvey**
   Dept Invoiced : **Service**
   Registration :
   Notes :

| Quantity | Product ID | Description | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| Cust PO# : 25540 | | | | Entered by : Sarah Godette | | |
| Work Order : W11095836 | Seg: 1 | LOAD WHEELS | 25540 | 09/25/18 Field - STD W/O | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Yale | NR035 | A295N05644L | | | | 1,318.00 | 1604603 | M-W-A19945 |
| | | NR035DANS24TE095 | | | | | | |
| 1 | | 504K33 BRG    A | | | | | 4.68 | 4.68 |
| 4 | | WHEEL LOAD 5X4 LAGE BEAR | | | | | 44.04 | 176.16 |
| 1 | | Misc. Hardware | | | | | 21.36 | 21.36 |
| | | **Total Parts** | | | | | | **202.20** |
| | | **Total Labor** | | | | | | **171.88** |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 11/25/18 | On Account | 394.31 | | IL Sales Tax | 202.20 | 10.0000 % | 20.23 |
| | If paid after 10/26/2018 pay 402.20 | | | | | | |

Detach at line and return with payment

**VOSS EQUIPMENT, INC.**

| | |
|---|---|
| Total Amount : | 374.08 |
| Sales Tax : | 20.23 |
| Total : | 394.31 |
| Payment : | |
| **To pay :** | **394.31** |
| If paid after 10/26/2018 Pay 402.20 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101142911 |
| Date | 09/26/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

FILED DATE: 9/4/2020 1:42 PM   2020L009534

C:\VOSS_Q\dynamit\Equipment\QW_DIS_Reports\3_10_HEQW_WO_Invoice_Voss_03032018_A_val.rpt

8/18/2020 10:52:35AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

**VOSS EQUIPMENT, INC.**

# REPRINT INVOICE

| | Invoice | Date | Customer |
|---|---|---|---|
| | 101143033 | 09/27/2018 | 100459 |
| | 263818 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM   2020L009534

Shipped to :

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

**AMTRAK-BRIGHTON PARK WAREHOUSE**
3727 S. SACRAMENTO
ATTN: ROB AMANS
CHICAGO, IL 60607

Salesperson :

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

| Quantity | Product ID | Description | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| Cust PO#: 25410 | | | | | Entered by : Sarah Godette | | |
| Work Order : W11095588 | | Seg: 1  check engine light | 25410 | | 09/20/18  Field - STD W/O | | |
| Make | Model | Serial ID/Plate | Year | Date | Odometer  H-Meter | Dealer ID | Customer Eq ID |
| | | | | | 775.00 | 1605807 | A48393 |
| Hyundai | 30LC-7A | HHIHHC09HA0000025 | | | | | |
| | | 30LC-7A | | | | | 137.50 |
| | | Total Labor | | | | | 137.50 |

| Due Date | Payment | Amount | Paid | Tax | | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 11/26/18 | On Account | 137.50 | | | | | | |
| | If paid after 10/27/2018 pay 140.25 | | | | | | | —>% |

Detach at line and return with payment

**VOSS EQUIPMENT, INC.**

| | |
|---|---|
| Total Amount : | 137.50 |
| Sales Tax : | |
| Total : | 137.50 |
| Payment : | |
| To pay : | 137.50 |
| If paid after 10/27/2018 Pay 140.25 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101143033 |
| Date | 09/27/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

8/18/2020 10:52:49AM

C:\DIS_Qslsystm\Qslparse\QW_DIS_Reports\3_10_11\QW_WO_Invoice_Voss_01033018_A_rpt.rpt



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| 101143034 | 09/27/2018 | 100459 |
| 263819 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM    2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK-BRIGHTON PARK WAREHOUSE**
3727 S. SACRAMENTO
ATTN: ROB AMANS
CHICAGO, IL 60607

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Registration :

Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|----------|-----------|-------------|---|---|---|---|------------|-------------|
| Cust PO# : 25446 | | | | | | Entered by : Sarah Godette | | |
| Work Order : W11095611 | Seg: 1 BAD BATTERIES | 25446 | | | | 09/20/18  Field - STD W/O | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|------|------|----------|---------|-----------|----------------|
| Tennant | T-5 | 10777030 | 2015 | | | 0.00 | 1608701 | A12205 |

Total Labor                                                                                                    137.50

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|------------|
| 11/26/18 | On Account | 137.50 | | | | | |
| | If paid after 10/27/2018 pay **140.25** | | | | | | |

Detach at line and return with payment



**VOSS EQUIPMENT, INC.**

| | |
|---|---|
| Total Amount : | 137.50 |
| Sales Tax : | |
| Total : | 137.50 |
| Payment : | |
| To pay : | 137.50 |
| If paid after 10/27/2018 Pay 140.25 | |

| | |
|---|---|
| Invoice | 101143034 |
| Date | 09/27/2018 |
| Customer | 100459 |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

All amounts are in US Dollars ($)

Amounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.

C:\DIS_Crdprarce\Crdprarce\GW_DIS_Reports\0_10_1P/QW_WO_Invoice_Voss_09032018_A_leif.rpt

8/18/2020 10:59:10AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101143042 | 09/27/2018 | 100459 |
| 263827 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMISSARY CHICAGO UNION STATION**
500 W. JACKSON
CHICAGO, IL 60611

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | Cust PO# : 2500146683 | | | | Entered by : Sarah Godette | | | |
| | Work Order : W11095718 | Seg: 1 BAD BATTERY | | 2500146683 | 09/24/18 | Battery & Charger Service | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Charlatte | T-137 | 7766 T-137 | | | | 824.00 | 1613383 | 1 |

| | | |
|---|---|---|
| | Total Labor | 183.50 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 11/26/18 | On Account | 183.50 | | | | | |
| | If paid after 10/27/2018 pay 187.17 | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 183.50 |
| Sales Tax : | |
| Total : | 183.50 |
| Payment : | |
| To pay : | 183.50 |
| If paid after 10/27/2018 Pay 187.17 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101143042 |
| Date | 09/27/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Amounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

8/18/2020 10:59:19AM

FILED DATE: 9/4/2020 1:42 PM  2020L009534



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101143358** | **09/28/2018** | **100459** |
| 204384 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM  2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK-BRIGHTON PARK MECHANICAL**
3727 S SACRAMENTO
ATTN: RICK TAVITAS
CHICAGO, IL 60607

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Registration :

Notes :

Salesperson :

| Quantity | Product ID | Description | | Unit Price | Total Price |
|---|---|---|---|---|---|
| | Cust PO#: 25524 | | Entered by : Sarah Godette | | |
| | Work Order : M11046884 | Seg: 1 PM | 25524 | 09/25/18 PM | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Hyundai | 30LC-7A | HHIHHC09HA0000025 30LC-7A | | | | 779.00 | 1605807 | A48393 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | | FORMULASHELL SAE 10W30 | NR | | | | 15.68 | 15.68 |
| 1 | | FILTER - AIR | NR | | | | 8.85 | 8.85 |
| 1 | | FILTER - OIL | NR | | | | 7.67 | 7.67 |
| | | **Total Parts** | | | | | | 32.20 |
| | | **Total Labor** | | | | | | 129.60 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 11/27/18 | On Account | 165.03 | | IL Sales Tax | 32.20 | 10.0000 % | 3.23 |
| | If paid after 10/28/2018 pay 168.33 | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 161.80 |
| Sales Tax : | 3.23 |
| Total : | 165.03 |
| Payment : | |
| To pay : | **165.03** |
| If paid after 10/28/2018 Pay 168.33 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101143358 |
| Date | 09/28/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\EDS_Odyssey\Odyssey\JQW_EDS_Reports\3_10_LEQW_WO_Service_Voss_03032018_A_hd.rpt

8/18/2020 10:59:30AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

VOSS EQUIPMENT, INC.

FILED DATE: 9/4/2020 1:42 PM    2020L009534

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101143377 | 09/28/2018 | 100459 |
| 264469 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| Cust PO# : 2500146683 | | | | | Entered by : Sarah Godette | | |
| Work Order : W11094050 | Seg: 1 leaking fluid and hand brake lot 2500146683 | | | | 08/15/18 Field - STD W/O | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Charlatte | T-137 | 7766 | | | | 824.00 | 1613383 | 1 |
| | | T-137 | | | | | | |

| | | | Unit Price | Total Price |
|---|---|---|---|---|
| 1 | Cable | | 22.51 | 22.51 |
| 3 | Bearing | | 6.69 | 20.07 |
| 3 | Pulley | | 9.02 | 27.06 |
| 1 | Cable | | 0.60 | 0.60 |
| 1 | Steer Cyl | | 166.33 | 166.33 |
| 6 | FUSE 5 B | | 1.12 | 6.72 |
| 2 | RILCO ANTI 4 C | | 15.27 | 30.54 |
| | **Total Parts** | | | **273.83** |
| | **Total Labor** | | | **1,318.50** |
| FI | Freight - In | | | 49.00 |
| | **Total Misc** | | | **49.00** |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 10/28/18 | On Account | 1,673.60 | | IL Sales Tax | 322.83 | 10.0000 % | 32.27 |
| | If paid after 10/28/2018 pay 1,707.07 | | | | | | |

Detach at line and return with payment



VOSS EQUIPMENT, INC.

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| Total Amount : | 1,641.33 |
|---|---|
| Sales Tax : | 32.27 |
| Total : | 1,673.60 |
| Payment : | |
| To pay : | 1,673.60 |
| If paid after 10/28/2018 Pay 1,707.07 | |

| Invoice | 101143377 |
|---|---|
| Date | 09/28/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

8/18/2020 10:59:43AM

C:\DS_Q=Ip=ex\Equip=ex\QW_DIS_Report\03_10_1P2W_WO_Invoice_Voss_09282018_A_s2.rpt



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101143393 | 09/28/2018 | 100459 |
| 264448 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Registration :

Notes :

Salesperson :

| Quantity | Product ID | Description | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| | Cust PO# : 25063 | | | | Entered by : Sarah Godette | | |
| | Work Order : M11046547 | Seg:  1  PM | | 25063 | 09/05/18  PM | | |
| **Make** | **Model** | **Serial ID/Plate** | **Year** | **Date** | **Odometer** | **H-Meter** | **Dealer ID** | **Customer Eq ID** |
| | | | | | | 2,793.00 | 1603851 | M-W-A4047& |
| Komatsu | FG30HT12 | 565625A | | | | | | |
| | | FG30HT12 | | | | | | |
| | | FORMULASHELL SAE 10W30 | NR | | | 15.68 | 15.68 |
| 1 | | FILTER-OIL | | | | 4.13 | 4.13 |
| 1 | | FILTER - AIR | 1 | | | 8.26 | 8.26 |
| 1 | | | | | | | 28.07 |
| | | Total Parts | | | | | 137.50 |
| | | Total Labor | | | | | |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 11/27/18 | On Account | 168.38 | | IL Sales Tax | 28.07 | 10.0000 % | 2.81 |
| | If paid after 10/28/2018 pay 171.75 | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 165.57 |
| Sales Tax : | 2.81 |
| Total : | 168.38 |
| Payment : | |
| To pay : | 168.38 |
| If paid after 10/28/2018 Pay 171.75 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101143393 |
| Date | 09/28/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.

8/18/2020 10:59:53AM

C:\IDS_Q4\parse\Q4\parse\QW_IDS_Reports\Q_10_1PQW_WO_Invoice_Voss_09282018_A_rpt.rpt



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101143394** | **09/28/2018** | **100459** |
| 268447 | | |

Page 1 of 1

Shipped to :

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| Cust PO# : 25123 | | | | Entered by : Sarah Godette | | | |
| Work Order : M11046557 | Seg: 1 PM | | 25123 | 09/05/18 PM | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Yale | GLP050 | A390V03424R | 2017 | | | 248.00 | 1611855 | A13111 |
| | | GLP050MXNEAE086 | | | | | | |

| Quantity | Description | | Unit Price | Total Price |
|---|---|---|---|---|
| | | NR | | |
| 5 | FORSHELL 10W30 | | 3.44 | 17.20 |
| 1 | OIL FILTER | | 6.86 | 6.86 |
| 1 | FILTER ELEMENT AIR FILTER | | 15.92 | 15.92 |
| | Total Parts | | | 39.98 |
| | Total Labor | | | 206.25 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 11/27/18 | On Account | 250.23 | | IL Sales Tax | 39.98 | 10.0000 % | 4.00 |
| | If paid after 10/28/2018 pay 255.23 | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 246.23 |
| Sales Tax : | 4.00 |
| Total : | 250.23 |
| Payment : | |
| To pay : | 250.23 |
| If paid after 10/28/2018 Pay 255.23 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101143394 |
| Date | 09/28/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

8/16/2020 11:00:04AM

C:\GIS_Output\Output\sel\QW_DIS_Reprint\3_10_IRQW_WO_Invoice_Voss_09282018_A_ptf.rpt

FILED DATE: 9/4/2020 1:42 PM   2020L009534



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101143429 | 09/28/2018 | 100459 |
| 264499 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM    2020L009534

Sold to :

AMTRAK
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

AMTRAK COMISSARY CHICAGO UNION
STATION
500 W. JACKSON
CHICAGO, IL 60611

Branch Invoiced:  **Harvey**

Dept Invoiced :  **Service**

Registration :

Notes :

Salesperson :

| Quantity | Product ID | Description | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| Cust PO# : 2500146683 | | | | Entered by : Sarah Godette | | | |
| Work Order : W11095911 | Seg: | 1  PARTS ONLY TIRES | 2500146683 | | 09/27/18  Field - STD W/O | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Taylor-Dunn | B2-38 | 181150 | | | | 0.00 | 1613371 | 10254555 |
| | | B2-38 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| INSTALLATION TIME ON JOB 94830 | | | | | |
| 1 | | Tire (18.5x8.5x8) Press / Disposal | | 97.94 | 97.94 |
| 1 | | Misc. Hardware | | 9.79 | 9.79 |
| | | **Total Parts** | | | 107.73 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 11/27/18 | On Account | 118.50 | | IL Sales Tax | 107.73 | 10.0000 % | 10.77 |
| | **If paid after 10/28/2018 pay 120.87** | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 107.73 |
| Sales Tax : | 10.77 |
| Total : | 118.50 |
| Payment : | |
| **To pay :** | **118.50** |
| **If paid after 10/28/2018 Pay 120.87** | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101143429 |
| Date | 09/28/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs
of collection including reasonable attorney's fee

C:\DJS_Crystal\CrystalEQW_DJS_Report\03_10_15QW_WO_Invoice_Voss_03037815_A_rpt.rpt

8/18/2020 11:00:12AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

VOSS EQUIPMENT, INC.

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101143556 | 10/04/2018 | 100459 |
| 264913 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM   2020L009534

Sold to :

AMTRAK
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

AMTRAK COMMISSARY
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced:  **Harvey**

Dept Invoiced : **Service**

Registration :

Notes :

Salesperson :

| Quantity | Product ID | Description | | | Entered by : Sarah Godette | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | Cust PO#: 2500146683 | | | 25001446683 | 09/27/18  PM | | | |
| | Work Order : M11046929 | Seg:  1  PM | | | | | | |
| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
| Toyota | 7HBW23 | 50237 | | | | 733.00 | 1613377 | 10256406 |
| | | 7HBW23 | | | | | 95.81 | 95.81 |
| 1 | PMFLAT | Flat Rate PM | | | | | | 95.81 |
| | | Flat Rate Labor | | | | | | |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 12/03/18 | On Account | 95.81 | | | | | |
| | If paid after 11/03/2018 pay 97.73 | | | | | | |

Detach at line and return with payment

VOSS EQUIPMENT, INC.

| | |
|---|---|
| Total Amount : | 95.81 |
| Sales Tax : | |
| Total : | 95.81 |
| Payment : | |
| To pay : | 95.81 |
| If paid after 11/03/2018 Pay 97.73 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101143556 |
| Date | 10/04/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.

C:\DIS_Oalpware\Oalpware\QW_DIS_Reports\0_10_1PQW_WD_Invoice_Voss_03032015_A_rd.rpt

8/18/2020 11:00:27AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101143557** | **10/04/2018** | **100459** |
| 264914 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM    2020L009534

Sold to :

AMTRAK
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Registration :

Notes :

Salesperson :

| Quantity | Product ID | Description | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| | Cust PO# : 2500146683 | | | Entered by : Sarah Godette | | | |
| | Work Order : M11046930 | Seg:  1  PM | | 2500146683 | 09/27/18  PM | | |
| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
| Toyota | 7HBW23 | 50238 | | | | 903.00 | 1613378 | 10256405 |
| | | 7HBW23 | | | | | 95.81 | 95.81 |
| 1 | PMFLAT | Flat Rate PM | | | | | | 95.81 |
| | | **Flat Rate Labor** | | | | | | |

| Due Date | Payment | Amount | Paid | Tax | | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 12/03/18 | On Account | 95.81 | | | | | | |
| | If paid after 11/03/2018 pay 97.73 | | | | | | | |

Detach at line and return with payment.



| | |
|---|---|
| Total Amount : | 95.81 |
| Sales Tax : | |
| Total : | 95.81 |
| Payment : | |
| To pay : | 95.81 |
| If paid after **11/03/2018 Pay 97.73** | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101143557 |
| Date | 10/04/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs
of collection including reasonable attorney's fee.

8/18/2020 11:00:37AM

C:\XDS_Coisynor\Coisynor\QW_DIS_Reports\3_10_17\QW_WO_Invoice_Voss_03082018_A_rpt.rpt



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

FILED DATE: 9/4/2020 1:42 PM      2020L009534

| Invoice | Date | Customer |
|---|---|---|
| **101143558** | **10/04/2018** | **100459** |
| 284915 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| Cust PO# : 2500146683 | | | | | Entered by : Sarah Godette | | | | |
| Work Order : M11046931 | | Seg:   1  PM | | | 2500146683 | | 09/27/18  PM | | |
| Make | Model | Serial ID/Plate | | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
| Yale | MPB040 | B827N62365N | | | | | 0.00 | 1613380 | 10256407 |
| | | MPB040EN24T2748 | | | | | | 95.81 | 95.81 |
| 1 | PMFLAT | Flat Rate PM | | | | | | | 95.81 |
| | | Flat Rate Labor | | | | | | | |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 12/03/18 | On Account | 95.81 | | | | | |
| | If paid after 11/03/2018 pay 97.73 | | | | | | >8 |

Detach at line and return with payment

| | |
|---|---|
| Total Amount : | 95.81 |
| Sales Tax : | |
| Total : | 95.81 |
| Payment : | |
| To pay : | 95.81 |
| If paid after 11/03/2018 Pay 97.73 | |



Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101143558 |
| Date | 10/04/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\TMS_Oripware\Oripware\QW_DIS_Reports\3_10_UPQW_WO_Invoice_Voss_63032018_A_rpl.rpt

8/18/2020 11:00:46AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101143559 | 10/04/2018 | 100459 |
| 284916 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

FILED DATE: 9/4/2020 1:42 PM        2020L009534

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| | Cust PO# : 2500146683 | | | Entered by : Sarah Godette | | | |
| | Work Order : M11046932 | Seg: 1 PM | 25001446683 | 09/27/18 PM | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Toyota | 8BRU18 | 25281 | | | | 3,152.00 | 1613381 | 10256455 |
| | | 8BRU18 | | | | | | |
| 1 | PMFLAT | Flat Rate PM | | | | | 95.81 | 95.81 |
| | | Flat Rate Labor | | | | | | 95.81 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 12/03/18 | On Account | 95.81 | | | | | |
| | If paid after 11/03/2018 pay 97.73 | | | | | | |

Detach at line and return with payment

| | |
|---|---|
| Total Amount : | 95.81 |
| Sales Tax : | |
| Total : | 95.81 |
| Payment : | |
| To pay : | 95.81 |
| If paid after 11/03/2018 Pay 97.73 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101143559 |
| Date | 10/04/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\DS_Cognos\Daywatt\QW_DIS_Reports\3_10_18\QW_WO_Invoice_Voss_03312018_A_rpt.rpt

8/18/2020 11:01:01AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101143560** | **10/04/2018** | **100459** |
| 264917 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM    2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | Entered by : Sarah Godette | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|
| Cust PO# : 2500146683 | | | | | | | 09/27/18  PM | | | |
| Work Order : M11046933 | | Seg :   1  PM | | | | | | | | |

| Make | Model | Serial ID/Plate | | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|---|
| Charlatte | T-137 | 7568 | | | | | 2,527.00 | 1613382 | 2 |
| | | T-137 | | | | | | 95.81 | 95.81 |
| 1 | PMFLAT | Flat Rate PM | | | | | | | 95.81 |
| | | Flat Rate Labor | | | | | | | 95.81 |

| Due Date | Payment | Amount | Paid | Tax | | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 12/03/18 | On Account | 95.81 | | | | | | |
| | If paid after 11/03/2018 pay 97.73 | | | | | | | |

Detach at line and return with payment

| | |
|---|---|
| Total Amount : | 95.81 |
| Sales Tax : | |
| Total : | 95.81 |
| Payment : | |
| To pay : | 95.81 |
| If paid after 11/03/2018 Pay 97.73 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101143560 |
| Date | 10/04/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\VSS_Quipment\Quipment\QW_DIS_Reports\3_10_ITRQW_WO_Invoice_Vss_07032018_A_rpt.rpt

8/18/2020  11:01:10AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

FILED DATE: 9/4/2020 1:42 PM    2020L009534

| Invoice | Date | Customer |
|---|---|---|
| **101143561** | **10/04/2018** | **100459** |
| 264918 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| Cust PO# : 2500146683 | | | | | Entered by : | Sarah Godette | | | |
| Work Order : M11046936 | | Seg: 1 PM | | 2500146683 | | 09/27/18 PM | | | |
| Make | Model | Serial ID/Plate | | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
| Charlatte | T-137 | 8448 | | | | | 849.00 | 1613385 | 4 |
| | | T-137 | | | | | | 95.81 | 95.81 |
| 1 | PMFLAT | Flat Rate PM | | | | | | | 95.81 |
| | | Flat Rate Labor | | | | | | | |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 12/03/18 | On Account | 95.81 | | | | | |
| | If paid after 11/03/2018 pay 97.73 | | | | | | >8 |

Detach at line and return with payment



**Voss Equipment, Inc.**

| | |
|---|---|
| Total Amount : | 95.81 |
| Sales Tax : | |
| Total : | 95.81 |
| Payment : | |
| To pay : | 95.81 |
| If paid after **11/03/2018** Pay 97.73 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101143561 |
| Date | 10/04/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

8/18/2020 11:01:19AM

C:\DIS_Q-i\ware\Qeipware\QW_DIS_Reports\O_10_1EQW_WO_Invoice_Voss_03053018_A_tif.rpt



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101143562 | 10/04/2018 | 100459 |
| 284919 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM   2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMISSARY CHICAGO UNION STATION**
500 W. JACKSON
CHICAGO, IL 60611

Salesperson :

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Entered by : Sarah Godette

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | Cust PO#: 2500146683 | | | 2500146683 | | | 10/01/18  PM | |
| | Work Order : M11046975 | Seg:   1  PM | | | | | | |
| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
| | | | | | | 0.00 | 1613371 | 10254555 |
| Taylor-Dunn | B2-38 | 181150 | | | | | | |
| | | B2-38 | | | | | 95.81 | 95.81 |
| 1 | PMFLAT | Flat Rate PM | | | | | | 95.81 |
| | | Flat Rate Labor | | | | | | |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 12/03/18 | On Account | 95.81 | | | | | |
| | If paid after 11/03/2018 pay 97.73 | | | | | | —>6 |

Detach at line and return with payment



Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Total Amount : | 95.81 |
| Sales Tax : | |
| Total : | 95.81 |
| Payment : | |
| To pay : | 95.81 |
| If paid after 11/03/2018 Pay 97.73 | |

| | |
|---|---|
| Invoice | 101143562 |
| Date | 10/04/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\DIS_Quipware\Quipware\QW_DIS_Reports\3_10_18\QW_WO_Invoice_Voss_01102018_A_sql.rpt

8/18/2020  11:01:28AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101143563 | 10/04/2018 | 100459 |
| 264920 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMISSARY CHICAGO UNION STATION**
500 W. JACKSON
CHICAGO, IL 60611

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| | Cust PO# : 2500148863 | | Entered by : Sarah Godette | | | |
| | Work Order : M11046976 | Seg: 1 PM | 2500148863 | 10/01/18 PM | | |
| Make | Model | Serial ID/Plate | Year Date Odometer H-Meter | Dealer ID | Customer Eq ID | |
| | | | | 0.00 | 1613372 | 10254533 |
| Taylor-Dunn | B2-38 | 181151 | | | | |
| | | B2-38 | | 95.81 | | 95.81 |
| 1 | PMFLAT | Flat Rate PM | | | | 95.81 |
| | | Flat Rate Labor | | | | |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 12/03/18 | On Account | 95.81 | | | | | |
| | If paid after 11/03/2018 pay 97.73 | | | | | | |

Detach here and return with payment

| | |
|---|---|
| Total Amount : | 95.81 |
| Sales Tax : | |
| Total : | 95.81 |
| Payment : | |
| To pay : | 95.81 |
| If paid after 11/03/2018 Pay 97.73 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101143563 |
| Date | 10/04/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs
of collection including reasonable attorney's fee.

8/18/2020 11:01:42AM

FILED DATE: 9/4/2020 1:42 PM 2020L009534



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101143681** | **10/08/2018** | **100459** |
| 265213 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

<div style="writing-mode: vertical">FILED DATE: 9/4/2020 1:42 PM    2020L009534</div>

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | Cust PO# : 2500146683 | | | Entered by : Sarah Godette | | | | |
| | Work Order : W11096134 | Seg: 1  BATTERY WATERING | | 2500146683 | 10/02/18 | Battery & Charger Service | | |
| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
| Misc. Eq | NO_MODEL | | | | | 7,762.00 | NOEQ | |
| | | | | | | | 175.75 | 175.75 |
| 1 | PMFLAT/BC | PM Flat Rate Battery/Charger | | | | | | 175.75 |
| | | **Flat Rate Labor** | | | | | | 175.75 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 12/07/18 | On Account | 193.33 | | IL Sales Tax | 175.75 | 10.0000 % | 17.58 |
| | If paid after 11/07/2018 pay 197.20 | | | | | | |

Detach at line and return with payment



**Voss Equipment, Inc.**

| | |
|---|---|
| Total Amount : | 175.75 |
| Sales Tax : | 17.58 |
| Total : | 193.33 |
| Payment : | |
| To pay : | 193.33 |
| If paid after 11/07/2018 Pay 197.20 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101143681 |
| Date | 10/08/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs
of collection including reasonable attorney's fee.

C:\DIS_Crystmate\Equipment\QW_DIS_Reports\3_10_15\QW_WO_Invoice_Voss_03032018_A_rpl.rpl

8/18/2020 11:01:54AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101143682** | **10/08/2018** | **100459** |
| 265214 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM   2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMISSARY CHICAGO UNION
STATION**
500 W. JACKSON
CHICAGO, IL 60611

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | Unit Price | | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | Cust PO# : 2500146683 | | | | Entered by : Sarah Godette | | | | |
| | Work Order : M11046974 | Seg: 1 PM | | 2500146683 | 10/01/18 PM | | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Taylor-Dunn | CO-425-48 | 176725 | | | | 5,614.00 | 1613370 | 10256423 |
| | | CO-425-48 | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Total Labor | | | | | | 273.00 |
| 1 | PMFLAT | Flat Rate PM | | | | | 95.81 | 95.81 |
| | | **Flat Rate Labor** | | | | | | **95.81** |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 12/07/18 | On Account | 368.81 | | | | | |
| | If paid after 11/07/2018 pay 376.19 | | | | | | →6 |

Detach at line and return with payment



| Total Amount : | 368.81 |
|---|---|
| Sales Tax : | |
| Total : | 368.81 |
| Payment : | |
| To pay : | 368.81 |
| If paid after 11/07/2018 Pay 376.19 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| Invoice | 101143682 |
|---|---|
| Date | 10/08/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\DIS_Crdprns\Equipment\QW_DIS_Repairs\3_10_18\QW_WO_Invoice_Voss_03032018_A_rpl.rpt

8/18/2020 11:02:03AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

**VOSS EQUIPMENT, INC.**

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| 101143683 | 10/08/2018 | 100459 |
| 265218 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM   2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMISSARY CHICAGO UNION STATION**
500 W. JACKSON
CHICAGO, IL 60611

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|----------|-----------|-------------|---|---|---|---|-----------|-------------|
| Cust PO# : 2500146683 | | | | Entered by : Sarah Godette | | | | |
| Work Order : M11046978 | Seg: 1 PM | | 2500146683 | 10/01/18 PM | | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|------|------|----------|---------|-----------|----------------|
| Taylor-Dunn | BO-012-38 | 172805 BO-012-38 | | | | 0.00 | 1613374 | 10256333 |
| | | | | | | | 95.81 | 95.81 |
| 1 | PMFLAT | Flat Rate PM | | | | | | 95.81 |
| | | Flat Rate Labor | | | | | | |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|------------|
| 12/07/18 | On Account | 95.81 | | | | | |
| | If paid after 11/07/2018 pay 97.73 | | | | | | |

Detach at line and return with payment

**VOSS EQUIPMENT, INC.**

| | |
|---|---|
| Total Amount : | 95.81 |
| Sales Tax : | |
| Total : | 95.81 |
| Payment : | |
| To pay : | 95.81 |
| If paid after 11/07/2018 Pay 97.73 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101143683 |
| Date | 10/08/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

8/18/2020 11:02:19AM

C:\VSS_Quipanet\Quipanet\QW_DSS_Reports\3_10_ERZF_WD_Invoice_Voss_0703018_A_rif.rpt

# REPRINT INVOICE

**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

VOSS EQUIPMENT, INC.

| Invoice | Date | Customer |
|---|---|---|
| **101143750** | **10/10/2018** | **100459** |
| 285389 | | |

Page 1 of 2

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMISSARY CHICAGO UNION STATION**
500 W. JACKSON
CHICAGO, IL 60611

Salesperson :

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

FILED DATE: 9/4/2020 1:42 PM   2020L009534

| Quantity | Product ID | Description | | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| Cust PO# : 2500146683 | | | | Entered by : Noe Maciel | | | | | |
| Work Order : W11094076 | | Seg:   1   Shocks,leaf spring, battery cab|2500146683 | | | | 08/15/18   Field - STD W/O | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 0.00 | 1613371 | 10254555 |
| Taylor-Dunn | B2-38 | 181150 | | | | | | |
| | | B2-38 | | | | | | |

PM Repair
Both front shocks are bad.
Needs a new tail light & plug harness.
Main power cable needs to be replaced -corroding from insisde out.
2 batteries are old and tested bad -recommend replacing all 6 batteries.
Right rear shackle bolts and leaf springs bolts are loose and stripped out.
Note: Repairs were found during your recent PM Service. Upon teardown if any other parts or repairs are required than an updated quote will follow.

| Quantity | Description | | Unit Price | Total Price |
|---|---|---|---|---|
| 4 | CUSH WIRE AY,4GAX10 | | 4.02 | 16.08 |
| | BLK.31/.31 | | | |
| 1 | LED -RED 4in. | | 37.50 | 37.50 |
| 1 | PLUG RIGHT HANDED | | 37.50 | 37.50 |
| 1 | BOLT | | 1.83 | 1.83 |
| 6 | deep cycle battery | | 156.08 | 936.48 |
| 2 | 4/0 X 3/8 TERMINAL | | 0.01 | 0.02 |
| 6 | 4/0 cable red | | 6.63 | 39.78 |
| 1 | KIT,FULL BAND BRK,1/2""BOLT | NR | 81.42 | 81.42 |
| 2 | OIL SEAL,GEAR CASE | NR | 4.96 | 9.92 |
| 2 | SHOCK ABSORBER | NR | 60.60 | 121.20 |
| 4 | 7/16 NF X 3 HEX HD, GR 5 | NR | 1.23 | 4.92 |
| 4 | 7/16NF FIB INSERT LOCK NUT | NR | 0.39 | 1.56 |
| 1 | Misc. Hardware | | 128.82 | 128.82 |
| | **Total Parts** | | | **1,417.03** |
| | **Total Labor** | | | **476.13** |
| FI | Freight - In | | | 30.00 |
| | **Total Misc** | | | **30.00** |



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

**VOSS EQUIPMENT, INC.**

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101143750** | **10/10/2018** | **100459** |
| 265369 | | |

Page 2 of 2

FILED DATE: 9/4/2020 1:42 PM 2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMISSARY CHICAGO UNION STATION**
500 W. JACKSON
CHICAGO, IL 60611

Branch Invoiced: **Harvey**
  Dept Invoiced : **Service**
    Registration :
      Notes :

Salesperson :

| Quantity | Product ID | Description | Unit Price | Total Price |
|---|---|---|---|---|
| | | | | |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 11/09/18 | On Account | 2,067.86 | | IL Sales Tax | 1,447.03 | 10.0000 % | 144.70 |
| | **If paid after 11/09/2018 pay 2,109.22** | | | | | | |

Detach at line and return with payment

| | |
|---|---|
| Total Amount : | 1,923.16 |
| Sales Tax : | 144.70 |
| Total : | 2,067.86 |
| Payment : | |
| To pay : | **2,067.86** |
| **If paid after 11/09/2018 Pay 2,109.22** | |

**VOSS EQUIPMENT, INC.**

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101143750 |
| Date | 10/10/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\DIS_Quipment\Quipment\QW_DIS_Report3_30_18QW_WO_invoice_Voss_03032018_A_rpt.rpt

8/10/2020 11:02:29AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| **101144137** | **10/15/2018** | **100459** |
| 200084 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM    2020L009534

Sold to :

AMTRAK
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Salesperson :

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

| Quantity | Product ID | Description | | Unit Price | Total Price |
|----------|-----------|-------------|--|-----------|-------------|
| Cust PO#: 2500146683 | | | Entered by : Sarah Godette | | |
| Work Order : M11047234 | Seg: 1 PM | 2500146683 | 10/15/18 PM | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|------|------|----------|---------|-----------|----------------|
| | | | | | | 5,652.00 | 1613369 | 10256433 |
| Taylor-Dunn | CO-425-48 | 176723 | | | | | | |
| | | CO-425-48 | | | | | 95.81 | 95.81 |
| 1 | PMFLAT | Flat Rate PM | | | | | | 95.81 |
| | | Flat Rate Labor | | | | | | |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|------------|
| 12/14/18 | On Account | 95.81 | | | | | |
| | If paid after 11/14/2018 pay 97.73 | | | | | | |

Detach at line and return with payment

| | |
|--|--|
| Total Amount : | 95.81 |
| Sales Tax : | |
| Total : | 95.81 |
| Payment : | |
| **To pay :** | **95.81** |
| If paid after **11/14/2018** Pay 97.73 | |



**Voss Equipment, Inc.**

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|--|--|
| Invoice | 101144137 |
| Date | 10/15/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Amounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs
of collection including reasonable attorney's fee.

C:\VSS_Quipstar\Quipstar\QW_DIS_Report\3_10_10QW_WO_Invoice_Voss_03012018_A_rdl.rpt

6/18/2020 11:02:39AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101144261** | **10/16/2018** | **100459** |
| 266279 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM   2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | Cust PO#: 2500146683 | | | Entered by : Sarah Godette | | | | |
| | Work Order : W11096128 | Seg: 1 BROKEN BRAKE CABLE | 2500146683 | | 10/02/18 Field - STD W/O | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Charlatte | T-137 | 8465 | | | | 1,970.00 | 1613384 | 3 |
| | | T-137 | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | | Cable | | | | | 22.51 | 22.51 |
| 1 | | Clevis Yoke & pin | | | | | 5.32 | 5.32 |
| | | Total Parts | | | | | | 27.83 |
| | | Total Labor | | | | | | 219.75 |
| FI | | Freight - In | | | | | | 25.00 |
| | | Total Misc | | | | | | 25.00 |

| Due Date | Payment | Amount | Paid | | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 12/15/18 | On Account | 277.86 | | | IL Sales Tax | 52.83 | 10.0000 % | 5.28 |
| | If paid after 11/15/2018 pay 283.42 | | | | | | | |

*Detach at line and return with payment*



Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Total Amount : | 272.58 |
| Sales Tax : | 5.28 |
| Total : | 277.86 |
| Payment : | |
| To pay : | 277.86 |
| If paid after 11/15/2018 Pay 283.42 | |

| | |
|---|---|
| Invoice | 101144261 |
| Date | 10/16/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.

C:\DOS_Onboarter\Equipment\QW_DBS_Report\AI_10_18\QW_WO_Invoice_Voss_09032018_A_txt.rpt

8/18/2020 11:05:37AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| | Invoice | Date | Customer |
|---|---|---|---|
| | 101144262 | 10/16/2018 | 100459 |
| | 200280 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMISSARY CHICAGO UNION STATION**
500 W. JACKSON
CHICAGO, IL 60611

FILED DATE: 9/4/2020 1:42 PM   2020L009534

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | | | | Unit Price | | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | Cust PO# : 2500146683 | | | | Entered by : | Sarah Godette | | | |
| | Work Order : W11096648 | Seg: 1 NEEDS NEW BATTERIES | 2500146683 | | 10/15/18 | Field - STD W/O | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Taylor-Dunn | CO-425-48 | 176723 | | | | 5,652.00 | 1613369 | 10256433 |
| | | CO-425-48 | | | | | | |

| | Total Labor | 36.63 |
|---|---|---|

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 12/15/18 | On Account | 36.63 | | | | | |
| | If paid after 11/15/2018 pay 37.36 | | | | | | |

Detach at line and return with payment



Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| Total Amount : | 36.63 |
|---|---|
| Sales Tax : | |
| Total : | 36.63 |
| Payment : | |
| To pay : | 36.63 |
| If paid after 11/15/2018 Pay 37.36 | |

| Invoice | 101144262 |
|---|---|
| Date | 10/16/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.

C:\TDIS_Csignment\Csignment\QW_DIS_Report\U_10_18\QW_W/O_Service_Voss_030102018_A_sql.rpt

8/18/2020  11:05:49AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| **101144263** | **10/16/2018** | **100459** |
| 269281 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM 2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMISSARY CHICAGO UNION STATION**
500 W. JACKSON
CHICAGO, IL 60611

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Registration :

Notes :

Salesperson :

| Quantity | Product ID | Description | | Unit Price | Total Price |
|----------|-----------|-------------|--|-----------|-------------|
| | Cust PO# : 2500146683 | Seg: 1 NEEDS NEW BATTERIES 2500146683 | Entered by : Sarah Godette | | |
| | Work Order : W11096652 | | 10/15/18 Field - STD W/O | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|------|------|----------|---------|-----------|----------------|
| Taylor-Dunn | CO-425-48 | 176725 CO-425-48 | | | | 5,614.00 | 1613370 | 10256423 |

| | Total Labor | | | | 36.63 |
|--|-------------|--|--|--|-------|

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|------------|
| 12/15/18 | On Account | 36.63 | | | | | |
| | If paid after 11/15/2018 pay 37.36 | | | | | | |

Detach at line and return with payment

| | |
|--|--|
| Total Amount : | 36.63 |
| Sales Tax : | |
| Total : | 36.63 |
| Payment : | |
| To pay : | 36.63 |
| If paid after 11/15/2018 Pay 37.36 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|--|--|
| Invoice | 101144263 |
| Date | 10/16/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Amounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.

C:\DIS_Equipment\Equipment\QW_DIS_Reports\3_10_EFQW_WO_Invoice_Voss_03032018_A_tap.rpt

8/18/2020 11:05:57AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101144264 | 10/16/2018 | 100459 |
| 268282 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM   2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMISSARY CHICAGO UNION STATION**
500 W. JACKSON
CHICAGO, IL 60611

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Registration :

Salesperson :

Notes :

| Quantity | Product ID | Description | | | | | Unit Price | | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | Cust PO# : 2500146683 | | | | Entered by : | Sarah Godette | | | |
| | Work Order : W11096654 | Seg: 1 FLAT TIRE | | 2500146683 | | 10/15/18 | Field - STD W/O | | |
| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | | Customer Eq ID |
| Taylor-Dunn | BO-012-38 | 172806 BO-012-38 | | | | 0.00 | 1613373 | | 10254534 |
| | | Total Labor | | | | | | | 73.25 |

| Due Date | Payment | | Amount | Paid | Tax | | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/15/18 | On Account | | 73.25 | | | | | | |
| | If paid after 11/15/2018 pay 74.72 | | | | | | | | |

Detach at line and return with payment



**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

Remit To:

| | |
|---|---|
| Total Amount : | 73.25 |
| Sales Tax : | |
| Total : | 73.25 |
| Payment : | |
| To pay : | 73.25 |
| If paid after 11/15/2018 Pay 74.72 | |

| | |
|---|---|
| Invoice | 101144264 |
| Date | 10/16/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

8/16/2020 11:06:08AM

C:\DIS_Quipment\Quipment\Q\W_DIS_Reports\J_10_18\QW_W/O_Invoice_Voss_03032018_A_xql.rpt



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| **101144337** | **10/17/2018** | **100459** |
| 269439 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM    2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**

Salesperson :

Registration :
Notes :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|----------|-----------|-------------|---|---|---|---|-----------|-------------|
| Cust PO# : Email approval 8.27.18 | | | | | | Entered by : Colette Walsh | | |
| Work Order : W11094592 | Seg: | 1  Vinyl cab enclosure | | | Email approval 8.27. | 08/27/18   Field - STD W/O | | |

| Make | Model | Serial ID/Plate | | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|---|------|------|----------|---------|-----------|----------------|
| Yale | GLP050 | A390V03424R | | 2017 | | | 87.00 | 1611855 | A13111 |
| | | GLP050MXNEAE086 | | | | | | | |

To install Vinyl Cab Enclosure
Safety glass & windshield wiper
Rain Cap

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | | 1/4" SPIRAL LOOM | | | | 1.30 | 7.80 |
| 1 | | Vinyl Cab Enclosure | | | | 2,707.37 | 2,707.37 |
| | | **Total Parts** | | | | | **2,715.17** |
| | | **Total Labor** | | | | | **343.75** |
| | FI | Freight - In | | | | | 75.00 |
| | | **Total Misc** | | | | | **75.00** |
| 5 | FRL | Flat Rate Labor | | | | 73.25 | 366.25 |
| | | **Flat Rate All** | | | | | |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|------------|
| 11/16/18 | On Account | 3,779.19 | | IL Sales Tax | 2,790.17 | 10.0000 % | 279.02 |
| | **If paid after 11/16/2018 pay 3,854.77** | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 3,500.17 |
| Sales Tax : | 279.02 |
| Total : | 3,779.19 |
| Payment : | |
| **To pay :** | **3,779.19** |
| **If paid after 11/16/2018 Pay 3,854.77** | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101144337 |
| Date | 10/17/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs
of collection including reasonable attorney's fee.

C:\EXS_Crystone\Equipment\QW_DIS_Reports\9_18_18\QW_W/O_Invoice_Voss_87032018_A_txf.rpt    8/18/2020 11:06:19AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| 101144582 | 10/19/2018 | 100459 |
| 266866 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM    2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMISSARY CHICAGO UNION STATION**
500 W. JACKSON
CHICAGO, IL 60611

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|----------|-----------|-------------|--|--|--|--|-----------|-------------|
| | Cust PO# : 2500146683 | | | Entered by : Sarah Godette | | | | |
| | Work Order : M11046972 | Seg: 1 PM | | 2500146683 | 10/01/18 PM | | | |
| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
| | | | | | | 0.00 | 1613367 | 10256421 |
| Taylor-Dunn | CO-426AC | 186056 | | | | | | |
| | | CO-426AC | | | | | 95.81 | 95.81 |
| 1 | PMFLAT | Flat Rate PM | | | | | | 95.81 |
| | | Flat Rate Labor | | | | | | |

| Due Date | Payment | Amount | Paid | Tax | | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|--|-------|----------|------------|
| 12/18/18 | On Account | 95.81 | | | | | | |
| | If paid after 11/18/2018 pay 97.73 | | | | | | | |

Detach at line and return with payment



Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| Total Amount : | 95.81 |
|----------------|-------|
| Sales Tax : | |
| Total : | 95.81 |
| Payment : | |
| To pay : | 95.81 |
| If paid after 11/18/2018 Pay 97.73 | |

| Invoice | 101144582 |
|---------|-----------|
| Date | 10/19/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5% service charge (annual rate 18%), and all costs of collection including reasonable attorney's fee.

8/18/2020 11:06:30AM

C:\VDS_Qispware\Qispware\VJW_DB1_Reports\O_19_18\QW_WO_Invoice_Voss_09012018_A_rq1.rpt



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101144583 | 10/19/2018 | 100459 |
| 256897 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM  2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMISSARY CHICAGO UNION STATION**
500 W. JACKSON
CHICAGO, IL 60611

Branch Invoiced: **Harvey**
  Dept Invoiced : **Service**
    Registration :
      Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| Cust PO# : 2500146683 | | | | | | Entered by :  Sarah Godette | | | |
| Work Order : M11046973 | | Seg:   1  PM | | 2500146683 | | 10/01/18  PM | | | |
| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | | Customer Eq ID |
| Taylor-Dunn | CO-426AC | 186057 | | | | 398.00 | 1613368 | | 10256422 |
| | | CO-426AC | | | | | | | |
| | | Total Labor | | | | | | | 273.00 |
| 1 | PMFLAT | Flat Rate PM | | | | | 95.81 | | 95.81 |
| | | Flat Rate Labor | | | | | | | 95.81 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 12/18/18 | On Account | 368.81 | | | | | |
| | If paid after 11/18/2018 pay 376.19 | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 368.81 |
| Sales Tax : | |
| Total : | 368.81 |
| Payment : | |
| To pay : | 368.81 |
| If paid after 11/18/2018 Pay 376.19 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101144583 |
| Date | 10/19/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\DSS_Qslpware\Qslpware\QW_DSS_Reports\3_19_HEQW_WO_Invoice_Voss_03072018_A_ref.rpt

8/18/2020 11:06:40AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101144751 | 10/24/2018 | 100459 |
| 267844 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | | | Unit Price | | | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| Cust PO# : 25914 | | | | | | Entered by : Sarah Godette | | | |
| Work Order : W11096795 | Seg: 1 diagnose and repair | | 25914 | | | 10/17/18 Field - STD W/O | | | |
| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID | |
| Tennant | T-15FAST | T15-15211 | | | | 166.00 | 1604031 | M-W-A45615 | |
| | | T15 | | | | | | | |
| | | Total Labor | | | | | | | 206.25 |

| Due Date | Payment | Amount | Paid | Tax | | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 12/23/18 | On Account | 206.25 | | | | | | |
| | If paid after 11/23/2018 pay 210.38 | | | | | | | |

Detach at line and return with payment

| | |
|---|---|
| Total Amount : | 206.25 |
| Sales Tax : | |
| Total : | 206.25 |
| Payment : | |
| To pay : | 206.25 |
| If paid after 11/23/2018 Pay 210.38 | |

Remit To:

**Voss Equipment, Inc.**
P.O. BOX 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101144751 |
| Date | 10/24/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

8/18/2020 11:06:53AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101144804** | **10/24/2018** | **100459** |
| 207337 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM   2020L009534

Sold to :

AMTRAK
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMISSARY CHICAGO UNION
STATION**
500 W. JACKSON
CHICAGO, IL 60611

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Registration :

Notes :

Salesperson :

| Quantity | Product ID | Description | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| | Cust PO#: 2500146683 | | | | Entered by : Sarah Godette | | |
| | Work Order : W11096922 | Seg: 1 brakes gave out | | 2500146683 | 10/19/18 Field - STD W/O | | |
| **Make** | **Model** | **Serial ID/Plate** | **Year** | **Date** | **Odometer** | **H-Meter** | **Dealer ID** | **Customer Eq ID** |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 0.00 | 1613372 | 10254533 |
| Taylor-Dunn | B2-38 | 181151 | | | | | | |
| | | B2-38 | | | | | | |

Total Labor 219.75

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 12/23/18 | On Account | 219.75 | | | | | |
| | If paid after 11/23/2018 pay 224.15 | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 219.75 |
| Sales Tax : | |
| Total : | 219.75 |
| Payment : | |
| To pay : | 219.75 |
| If paid after 11/23/2018 Pay 224.15 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101144804 |
| Date | 10/24/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5% service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\DIS_Qulpware\Qulpware\QW_DIS_Reports\3_10_1XQW_WO_Invoice_Voss_03033015_A_rpt.rpt

8/18/2020 11:07:08AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101144805** | **10/24/2018** | **100459** |
| 267339 | | |

Page 1 of 1

Shipped to :

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

**AMTRAK COMISSARY CHICAGO UNION STATION**
500 W. JACKSON
CHICAGO, IL 60611

Branch Invoiced: **Harvey**
  Dept Invoiced : **Service**
    Registration :
      Notes :

Salesperson :

| Quantity | Product ID | Description | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| Cust PO# : 2500146683 | | | | | Entered by : Sarah Godette | | |
| Work Order : W11097019 | | Seg: 1 needs battery installed | 2500146683 | | 10/22/18 Field - STD W/O | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Taylor-Dunn | CO-426AC | 186057 CO-426AC | | | | 398.00 | 1613368 | 10256422 |

Total Labor 73.25

| Due Date | Payment | Amount | Paid | Tax | | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 12/23/18 | On Account | 73.25 | | | | | | |
| | If paid after 11/23/2018 pay 74.72 | | | | | | | |

Detach at line and return with payment

| | |
|---|---|
| Total Amount : | 73.25 |
| Sales Tax : | |
| Total : | 73.25 |
| Payment : | |
| To pay : | 73.25 |
| If paid after 11/23/2018 Pay 74.72 | |



Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101144805 |
| Date | 10/24/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 ½ service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

8/18/2020 11:07:14AM

C:\DIS_Original\Equipment\QW_DIS_Reports\9_10_18\QW_WO_Invoice_Voss_03033815_A_rpt.rpt

FILED DATE: 9/4/2020 1:42 PM 2020L009534



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101144806** | **10/24/2018** | **100459** |
| 267340 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM  2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMISSARY CHICAGO UNION
STATION**
500 W. JACKSON
CHICAGO, IL 60611

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | Cust PO# : 2500146683 | | | | Entered by : Sarah Godette | | | |
| | Work Order : W11097020 | Seg: 1 needs battery | | 2500146683 | 10/22/18 | Field - STD W/O | | |

| Make | Model | Serial ID/Plate | | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|---|
| Taylor-Dunn | CO-426AC | 186056 CO-426AC | | | | | 0.00 | 1613367 | 10256421 |

| | | Total Labor | | | | | | 73.25 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 12/23/18 | On Account | 73.25 | | | | | |
| | If paid after 11/23/2018 pay 74.72 | | | | | | |

Detach at line and return with payment



**Voss Equipment, Inc.**

| | |
|---|---|
| Total Amount : | 73.25 |
| Sales Tax : | |
| Total : | 73.25 |
| Payment : | |
| To pay : | 73.25 |
| If paid after 11/23/2018 Pay 74.72 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101144806 |
| Date | 10/24/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs
of collection including reasonable attorney's fee.

C:\DIS_Quipware\Quipware\QW_DIS_Reports\O_10_11\QW_WO_Invoice_Voss_03032018_A_Sql.rpt

8/18/2020 11:07:22AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101144907 | 10/25/2018 | 100459 |
| 207519 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

FILED DATE: 9/4/2020 1:42 PM   2020L009534

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| Cust PO# : 2500146683 | | | | | Entered by : Sarah Godette | | | |
| Work Order : W11096680 | Seg: 1 flat tire | | | 2500146683 | 10/15/18 Field - STD W/O | | | |
| **Make** | **Model** | **Serial ID/Plate** | Year | Date | Odometer | H-Meter | Dealer ID | **Customer Eq ID** |
| Charlatte | T-137 | 8448 | | | | 849.00 | 1613385 | 4 |
| | | T-137 | | | | | | |
| 1 | | 700X12 TUBE | | | | | 21.28 | 21.28 |
| 1 | | TIRE SERVICE | | | | | 218.40 | 218.40 |
| | | **Total Parts** | | | | | | 239.68 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 12/24/18 | On Account | 263.65 | | IL Sales Tax | 239.68 | 10.0000 % | 23.97 |
| | If paid after 11/24/2018 pay 268.92 | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 239.68 |
| Sales Tax : | 23.97 |
| Total : | 263.65 |
| Payment : | |
| To pay : | 263.65 |
| If paid after 11/24/2018 Pay 268.92 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101144907 |
| Date | 10/25/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\VOSS_Cnyware\Cnyware\QW_DES_Reports\0_10_15\QW_WO_Invoice_Vers_03032018_A_sql.rpt

8/18/2020 11:07:35AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101144908 | 10/25/2018 | 100459 |
| 257520 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| Cust PO# : 2500146683 | | | | | Entered by : Sarah Godette | | | | |
| Work Order : W11096682 | Seg: 1 2 flat tires | | 2500146683 | | 10/15/18 Field - STD W/O | | | | |
| Make | Model | Serial ID/Plate | | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
| Charlatte | T-137 | 8448 | | | | | 849.00 | 1613385 | 4 |
| | | T-137 | | | | | | | |
| 2 | | 7.00X12 TIRE | | | | | | 124.30 | 248.60 |
| 2 | | 700X12 TUBE | | | | | | 22.40 | 44.80 |
| 1 | | INSTALLATION & DISPOSAL | | | | | | 218.96 | 218.96 |
| | | **Total Parts** | | | | | | | 512.36 |

| Due Date | Payment | Amount | Paid | | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 12/24/18 | On Account | 563.60 | | | IL Sales Tax | 512.36 | 10.0000 % | 51.24 |
| | If paid after 11/24/2018 pay 574.87 | | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 512.36 |
| Sales Tax : | 51.24 |
| Total : | 563.60 |
| Payment : | |
| To pay : | 563.60 |
| **If paid after 11/24/2018 Pay 574.87** | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101144908 |
| Date | 10/25/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Amounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.

8/18/2020 11:07:44AM

FILED DATE: 9/4/2020 1:42 PM 2020L009534

CSD45_QrtprtnsfQnlpuxss/QW_DIS_Report/0_10_1SQW_W/O_Invoice_Voss_03032018_A_wpf.rpt



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

VOSS EQUIPMENT, INC.

FILED DATE: 9/4/2020 1:42 PM    2020L009534

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101144909 | 10/25/2018 | 100459 |
| 267521 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMISSARY CHICAGO UNION STATION**
500 W. JACKSON
CHICAGO, IL 60611

Branch Invoiced: **Harvey**

  Dept Invoiced : **Service**

    Registration :

      Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| Cust PO# : 2500146683 | | | | | Entered by : Sarah Godette | | | |
| Work Order : W11096681 | Seg: 1 flat tire | | | 2500146683 | | 10/15/18 Field - STD W/O | | |
| **Make** | **Model** | **Serial ID/Plate** | **Year** | **Date** | **Odometer** | **H-Meter** | **Dealer ID** | **Customer Eq ID** |
| Taylor-Dunn | B2-38 | 181150 | | | | 0.00 | 1613371 | 10254555 |
| | | B2-38 | | | | | | |
| | | TIRE | | | | | 59.00 | 59.00 |
| 1 | | INSTALLATION & DISPOSAL | | | | | 298.54 | 298.54 |
| 1 | | Misc. Hardware | | | | | 35.75 | 35.75 |
| 1 | | **Total Parts** | | | | | | 393.29 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 12/24/18 | On Account | 432.62 | | IL Sales Tax | 393.29 | 10.0000 % | 39.33 |
| | If paid after 11/24/2018 pay 441.27 | | | | | | |

---✂---

Detach at line and return with payment

VOSS EQUIPMENT, INC.

| | |
|---|---|
| Total Amount : | 393.29 |
| Sales Tax : | 39.33 |
| Total : | 432.62 |
| Payment : | |
| To pay : | 432.62 |
| If paid after 11/24/2018 Pay 441.27 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101144909 |
| Date | 10/25/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\VOSS_Optiproos\Optipware\CJW_DIS_Reports\9_10_1FQW_W/O_Invoice_Voss_00331018_A_wf.rpt

8/18/2020 11:07:52AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

**VOSS EQUIPMENT, INC.**

# REPRINT INVOICE

9/4/2020 1:42 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

**Invoice**
101145283
263157

**Date** **Customer**
10/29/2018 2020.009534 100459

10351474      Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM  2020.009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced:  **Harvey**
 Dept Invoiced :  **Service**
 Registration :
 Notes :

Salesperson :

| Quantity | Product ID | Description | | | | Unit Price | | Total Price |
|---|---|---|---|---|---|---|---|---|
| | Cust PO# : 2500146683 | | | Entered by : Sarah Godette | | | | |
| | Work Order : W11096025 | Seg :   1   forward driver wheel broke off ε2500146683 | | 10/01/18   Field - STD W/O | | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 0.00 | 1614111 | 14 |
| Topper | 15015-46113-SSC | TOP091536757 | | | | | | |
| | | 15015-46113-SSQSC | | | | | | 73.25 |

Total Labor

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 12/28/18 | On Account | 73.25 | | | | | |
| | If paid after 11/28/2018 pay 74.72 | | | | | | |

Detach at line and return with payment

| | |
|---|---|
| Total Amount : | 73.25 |
| Sales Tax : | |
| Total : | 73.25 |
| Payment : | |
| To pay : | 73.25 |
| If paid after 11/28/2018 Pay 74.72 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101145283 |
| Date | 10/29/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs
of collection including reasonable attorney's fees.

8/18/2020 11:08:01AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| **101145284** | **10/29/2018** | **100459** |
| 209158 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Registration :

Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | | Unit Price | Total Price |
|----------|-----------|-------------|---|---|---|---|---|-----------|-------------|
| | Cust PO#: 2500146683 | | | | Entered by : Sarah Godette | | | | |
| | Work Order : W11096058 | Seg:  1  BROKEN HYDRAULIC HOSE  2500146683 | | | 10/01/18  Field - STD W/O | | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|------|------|----------|---------|-----------|----------------|
| Charlatte | T-137 | 8448 T-137 | | | | 849.00 | 1613385 | 4 |

| | | | | |
|---|---|---|---|---|
| 1 | | Hyd Hose assy & Oil ISO 32 Hyd 2.5 gal | 91.19 | 91.19 |
| | | **Total Parts** | | 91.19 |
| | | **Total Labor** | | 146.50 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|------------|
| 12/28/18 | On Account | 246.81 | | IL Sales Tax | 91.19 | 10.0000 % | 9.12 |
| | **If paid after 11/28/2018 pay 251.75** | | | | | | |

Detach at line and return with payment



Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Total Amount : | 237.69 |
| Sales Tax : | 9.12 |
| Total : | 246.81 |
| Payment : | |
| To pay : | **246.81** |
| **If paid after 11/28/2018 Pay 251.75** | |

| Invoice | 101145284 |
|---|---|
| Date | 10/29/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.

C:\VIS_Quipment\Quipment\VW_DIS_Report\D_19_LFQW_WO_Invoice_Voss_01012018_A_rpl.rpt          5/18/2020 11:08:13AM

FILED DATE: 9/4/2020 1:42 PM  2020L009534



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101145285 | 10/29/2018 | 100459 |
| 268159 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM   2020L009534

Sold to :

AMTRAK
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| | Cust PO# : 2500146683 | | | Entered by : Sarah Godette | | | |
| | Work Order : W11096127 | Seg: 1 NO HUB BROKEN BREAKE C/2500146683 | | 10/02/18 Field - STD W/O | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 2,421.00 | 1613382 | 2 |
| Charlatte | T-137 | 7568 | | | | | | |
| | | T-137 | | | | | | |
| | | Cable | | | | | 22.51 | 22.51 |
| 1 | | Clevis Yoke & pin | | | | | 5.32 | 5.32 |
| 1 | | | | | | | | 27.83 |
| | | **Total Parts** | | | | | | 549.38 |
| | | **Total Labor** | | | | | | |
| | | | | | | | | 25.00 |
| FI | | Freight - In | | | | | | 25.00 |
| | | **Total Misc** | | | | | | |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 12/28/18 | On Account | 607.49 | | IL Sales Tax | 52.83 | 10.0000 % | 5.28 |
| | If paid after 11/28/2018 pay 619.64 | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 602.21 |
| Sales Tax : | 5.28 |
| Total : | 607.49 |
| Payment : | |
| To pay : | 607.49 |
| **If paid after 11/28/2018 Pay 619.64** | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101145285 |
| Date | 10/29/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs
of collection including reasonable attorney's fees.

C:\DIS_Quipment\Equipment\QW_DIS_Reports\3_10_18\QW_WO_Invoice_Voss_01032018_A_rel.rpt

8/18/2020  11:08:22AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101145286** | **10/29/2018** | **100459** |
| 268160 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM    2020L009534

Sold to :

AMTRAK
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**
Dept Invoiced: **Service**

Salesperson :

Registration :
Notes :

| Quantity | Product ID | Description | | | | | Unit Price | | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| Cust PO# : 2500146683 | | | | | | Entered by : Sarah Godette | | | |
| Work Order: W11096129 | | Seg: 1 BROKEN BRAKE CABLE | 2500146683 | | | 10/02/18 Field - STD W/O | | | |
| Make | Model | Serial ID/Plate | | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
| | | | | | | | 724.00 | 1613385 | 4 |
| Charlatte | T-137 | 8448 | | | | | | | |
| | | T-137 | | | | | | | |
| | | Cable | | | | | | 22.51 | 22.51 |
| 1 | | Clevis Yoke & pin | | | | | | 5.32 | 5.32 |
| 1 | | | | | | | | | 27.83 |
| | | Total Parts | | | | | | | 219.75 |
| | | Total Labor | | | | | | | |
| | | | | | | | | | 25.00 |
| FI | | Freight - In | | | | | | | 25.00 |
| | | Total Misc | | | | | | | |

| Due Date | Payment | Amount | Paid | Tax | | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 12/28/18 | On Account | 277.86 | | IL Sales Tax | | 52.83 | 10.0000 % | 5.28 |
| | If paid after 11/28/2018 pay 283.42 | | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 272.58 |
| Sales Tax : | 5.28 |
| Total : | 277.86 |
| Payment : | |
| To pay : | 277.86 |
| **If paid after 11/28/2018 Pay 283.42** | |

Remit To:

**Voss Equipment, Inc.**
P.O. BOX 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101145286 |
| Date | 10/29/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\VDIS_Qu[p]areed\Qu[p]wareEQW_DIS_Reports\0_10_1EQW_WO_Invoice_Voss_030970111_A_rpt.rpt

8/18/2020 11:08:31AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101145287 | 10/29/2018 | 100459 |
| 263161 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM   2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMISSARY CHICAGO UNION STATION**
500 W. JACKSON
CHICAGO, IL 60611

Branch Invoiced: **Harvey**
  Dept Invoiced : **Service**
  Registration :
  Notes :

Salesperson :

| Quantity | Product ID | Description | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| Cust PO# : 2500146683 | | | | Entered by: Sarah Godette | | | |
| Work Order : M11046977 | | Seg: 1 PM | 2500146683 | 10/01/18 PM | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Taylor-Dunn | BO-012-38 | 172806 BO-012-38 | | | | 0.00 | 1613373 | 10254534 |
| 1 | PMFLAT | Flat Rate PM | | | | | 95.81 | 95.81 |
| | | Flat Rate Labor | | | | | | 95.81 |

| Due Date | Payment | Amount | Paid | Tax | | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 12/28/18 | On Account | 95.81 | | | | | | |
| | If paid after 11/28/2018 pay 97.73 | | | | | | | |



Detach at line and return with payment

| | |
|---|---|
| Total Amount : | 95.81 |
| Sales Tax : | |
| Total : | 95.81 |
| Payment : | |
| To pay : | 95.81 |
| If paid after 11/28/2018 Pay 97.73 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101145287 |
| Date | 10/29/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Amounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\VSS_Crysters\Crystals\QW_DES_Report\3_10_1EQW_WO_Invoice_Voss_07032018_A_rpt.rpt     8/10/2020 11:08:41AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101145348** | **10/29/2018** | **100459** |
| 265311 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM    2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| Cust PO# : 2500146683 | | | | Entered by : Sarah Godette | | | | |
| Work Order : M11047455 | | Seg: 1 PM | | 10/26/18 PM | | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Charlatte | T-137 | 8465 | | | | 866.00 | 1613384 | 3 |
| | | T-137 | | | | | | |
| 1 | PMFLAT | Flat Rate PM | | | | | 95.81 | 95.81 |
| | | **Flat Rate Labor** | | | | | | 95.81 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 12/28/18 | On Account | 95.81 | | | | | |
| | If paid after 11/28/2018 pay 97.73 | | | | | | |

Detach at line and return with payment

| | |
|---|---|
| Total Amount : | 95.81 |
| Sales Tax : | |
| Total : | 95.81 |
| Payment : | |
| **To pay :** | 95.81 |
| **If paid after 11/28/2018 Pay 97.73** | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101145348 |
| Date | 10/29/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.

C:\DIS_Qstpower\Equipment\QW_DIS_Reports\3_10_18\QW_WO_Invoice_Voss_01037018_A_syl.rpt

8/18/2020 11:08:55AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101145349** | **10/29/2018** | **100459** |
| 265312 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM    2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| Cust PO#: 2500146683 | | | | | 2500146683 | Entered by : Sarah Godette | | |
| Work Order : M11047459 | Seg: 1 PM | | | | | 10/26/18 PM | | |
| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
| | | | | | | 155.00 | 1614112 | |
| Taylor-Dunn | BS-440-36 | 208749 | | | | | | |
| | | BS-440-36 | | | | | 95.81 | 95.81 |
| 1 | PMFLAT | Flat Rate PM | | | | | | 95.81 |
| | | Flat Rate Labor | | | | | | 95.81 |

| Due Date | Payment | Amount | Paid | Tax | | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 12/28/18 | On Account | 95.81 | | | | | | |
| | If paid after 11/28/2018 pay 97.73 | | | | | | | |

Detach at line and return with payment

| | |
|---|---|
| Total Amount : | 95.81 |
| Sales Tax : | |
| Total : | 95.81 |
| Payment : | |
| To pay : | 95.81 |
| If paid after 11/28/2018 Pay 97.73 | |



Remit To :

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101145349 |
| Date | 10/29/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.

8/18/2020 11:00:04AM

C:\EDI_Q\reports\Crystal\QW_EDI_Reports\I_10_IFQW_WO_Invoice_Voss_03072018_A_sql.rpt



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101145350 | 10/29/2018 | 100459 |
| 268313 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM 2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | Unit Price | | Total Price |
|---|---|---|---|---|---|---|---|---|
| | Cust PO# : 2500146683 | | | Entered by : | Sarah Godette | | | |
| | Work Order : M11047460 | Seg: 1 PM | | | 10/26/18 PM | | | |
| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
| | | | | | | 144.00 | 1614113 | |
| Taylor-Dunn | BS-440-36 | 208702 | | | | | | |
| | | BS-440-36 | | | | | 95.81 | 95.81 |
| 1 | PMFLAT | Flat Rate PM | | | | | | 95.81 |
| | | Flat Rate Labor | | | | | | 95.81 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 12/28/18 | On Account | 95.81 | | | | | |
| | If paid after 11/28/2018 pay 97.73 | | | | | | |

Detach at line and return with payment

| | |
|---|---|
| Total Amount : | 95.81 |
| Sales Tax : | |
| Total : | 95.81 |
| Payment : | |
| To pay : | 95.81 |
| If paid after 11/28/2018 Pay 97.73 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101145350 |
| Date | 10/29/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

8/18/2020 11:09:14AM

C:\DIS_QsJpzsarel\2\byterel\QV_DIS_Reports\3_10_1FQW_WO_Invoice_Voss_05101018_A_rpt.rpt



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| | Invoice | Date | Customer |
|---|---|---|---|
| | 101145363 | 10/29/2018 | 100459 |
| | 268342 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Salesperson :

Registration :

Notes :

| Quantity | Product ID | Description | | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | Cust PO# : unit 1 7766 | | | | | Entered by : Rita Dropski | | | |
| | Work Order : W11096825 | Seg: 1 Battery case | | | unit 1 7766 | 10/17/18 Shop - STD W/O | | | |
| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID | |
| Charlatte | T-137 | 7766 T-137 | | | | 824.00 | 1613383 | 1 | |

| | | | | | |
|---|---|---|---|---|---|
| Model: 40-125S-09 Serial: 31238C4 Recommend painting battery box to the wear on it from operating conditions where this battery is used. | | | | 88.47 | 88.47 |
| 1 | Paint | | | 88.47 | 88.47 |
| | Total Parts | | | | 219.75 |
| | Total Labor | | | | |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 12/28/18 | On Account | 317.07 | | IL Sales Tax | 88.47 | 10.0000 % | 8.85 |
| | If paid after 11/28/2018 pay 323.41 | | | | | | |

Detach at line and return with payment



Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| Total Amount : | 308.22 |
|---|---|
| Sales Tax : | 8.85 |
| Total : | 317.07 |
| Payment : | |
| To pay : | 317.07 |
| **If paid after 11/28/2018 Pay 323.41** | |

| Invoice | 101145363 |
|---|---|
| Date | 10/29/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

8/18/2020 11:09:23AM

C:\DIS_Quipware\Quipware\QW_INS_Reports\3_10_kBQW_INS_Invoice_Vcrs_09302018_A_rql.rpt



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101145364** | **10/29/2018** | **100459** |
| 208343 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM 2020L009534

Sold to :

AMTRAK
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**

Dept Invoiced : **Service**

Registration :

Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | Cust PO# : 2500146683 | | | Entered by : Sarah Godette | | | | |
| | Work Order : M11046934 | Seg: 1 PM | | 09/27/18 PM | | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Charlatte | T-137 | 7766 | | | | 824.00 | 1613383 | 1 |
| | | T-137 | | | | | | |
| 1 | PMFLAT | Flat Rate PM | | | | | 95.81 | 95.81 |
| | | **Flat Rate Labor** | | | | | | 95.81 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 12/28/18 | On Account | 95.81 | | | | | |
| | **If paid after 11/28/2018 pay 97.73** | | | | | | |

Detach at line and return with payment

| | |
|---|---|
| Total Amount : | 95.81 |
| Sales Tax : | |
| Total : | 95.81 |
| Payment : | |
| To pay : | 95.81 |
| **If paid after 11/28/2018 Pay 97.73** | |



Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| Invoice | 101145364 |
|---|---|
| Date | 10/29/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fees.

C:\VOSS_Crystures\Crystports\QW_EBS_Reports\1_10_1PEQW_WO_Invoice_Voss_03012018_A_rpt.rpt

8/18/2020 11:09:35AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| **101145368** | **10/29/2018** | **100459** |
| 266349 | | |

Page 1 of 1

Shipped to :

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Salesperson :

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

| Quantity | Product ID | Description | | | | Unit Price | | Total Price |
|----------|-----------|-------------|---|---|---|-----------|---|-------------|
| | Cust PO# : 2500048182 | | | Entered by : Rita Dropski | | | | |
| | Work Order : W11096303 | Seg: 1 Battery repair | | 2500048182 | 10/05/18 Shop - STD W/O | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|------|------|----------|---------|-----------|----------------|
| Charlatte | T-137 | 7766 T-137 | | | | 824.00 | 1613383 | 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Truck and battery would need to come to the shop for evaluation and battery regen service. | | | | | | |
| Crown: 40-125S-09 S/n: 31238C4 | | | | | | |
| Note: See attachment for Regen service information | | | | | | 520.00 |
| TRN | | Trucking - Non-Taxable | | | | **520.00** |
| | | **Total Misc** | | | 1,200.00 | 1,200.00 |
| 1 | PMFLAT/BC | PM Flat Rate Battery/Charger | | | | **1,200.00** |
| | | **Flat Rate Labor** | | | | |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|------------|
| 12/28/18 | On Account | 1,840.00 | | IL Sales Tax | 1,200.00 | 10.0000 % | 120.00 |
| | If paid after 11/28/2018 pay 1,876.80 | | | | | | |

---



**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

Detach here and return with payment

| | |
|---|---|
| Total Amount : | 1,720.00 |
| Sales Tax : | 120.00 |
| Total : | 1,840.00 |
| Payment : | |
| To pay : | 1,840.00 |
| If paid after 11/28/2018 Pay 1,876.80 | |

Remit To:

| | |
|---|---|
| Invoice | 101145368 |
| Date | 10/29/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

FILED DATE: 9/4/2020 1:42 PM   2020L009534



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---------|------|----------|
| 101145516 | 10/30/2018 | 100459 |
| 268841 | | |

Page 1 of 1

Shipped to :

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Salesperson :

Branch Invoiced:  **Harvey**
Dept Invoiced :  **Service**
Registration :
Notes :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|----------|-----------|-------------|---|---|---|---|-----------|-------------|
| | Cust PO#: 26210 | | | Entered by : Sarah Godette | | | | |
| | Work Order : W11097288 | Seg: 1 replace left rear tire and tube 26210 | | 10/29/18 Field - STD W/O | | | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|------|-------|-----------------|------|------|----------|---------|-----------|----------------|
| | | | | | | 3,489.00 | 1809398 | A42554 |
| Komatsu | FG25T-16 | 212036A | | | | | | |
| | | FG25T-16 | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | TIRE | | | | 147.50 | 147.50 |
| 1 | | 700X12 TUBE | | | | 23.01 | 23.01 |
| 1 | | TIRE SERVICE | | | | 127.44 | 127.44 |
| 1 | | Misc. Hardware | | | | 29.80 | 29.80 |
| 1 | | **Total Parts** | | | | | **327.75** |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|------------|
| 12/29/18 | On Account | 360.52 | | IL Sales Tax | 327.75 | 10.0000 % | 32.77 |
| | If paid after 11/29/2018 pay 367.73 | | | | | | |

Detach this line and return with payment



**Voss Equipment, Inc.**

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| Total Amount : | 327.75 |
|---|---|
| Sales Tax : | 32.77 |
| Total : | 360.52 |
| Payment : | |
| To pay : | 360.52 |
| If paid after 11/29/2018 Pay 367.73 | |

| Invoice | 101145516 |
|---|---|
| Date | 10/30/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\DIS_Crtsysvol\Equipment\Q\W_DIS_Reports\3_10_IRS\W_WO_Invoice_Voss_03032018_A_Sdl.rpt

8/18/2020 11:09:59AM



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101145545 | 10/30/2018 | 100459 |
| 266876 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM   2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

Branch Invoiced: **Harvey**
  Dept Invoiced : **Service**
    Registration :
      Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | Cust PO# : 2500146683 | | | | | Entered by : Sarah Godette | | | |
| | Work Order : W11096291 | Seg: 1 tire patched or replace | | | 2500146683 | Field - STD W/O | | | |
| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID | |
| | | | | | | 1,970.00 | 1613384 | 3 | |
| Charlatte | T-137 | 8465 | | | | | | | |
| | | T-137 | | | | | | 24.61 | 24.61 |
| 1 | | TUBE | | | | | | 134.12 | 134.12 |
| 1 | | 7.00R X 12 TIRE | | | | | | 120.96 | 120.96 |
| 1 | | INSTALLATION AND DISPOSAL | | | | | | | 279.69 |
| 1 | | **Total Parts** | | | | | | | |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 12/29/18 | On Account | 295.56 | | IL Sales Tax | 158.73 | 10.0000 % | 15.87 |
| | If paid after 11/29/2018 pay 301.47 | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 279.69 |
| Sales Tax : | 15.87 |
| Total : | 295.56 |
| Payment : | |
| **To pay :** | 295.56 |
| **If paid after 11/29/2018 Pay 301.47** | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101145545 |
| Date | 10/30/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

VOSS EQUIPMENT, INC.

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101145546** | 10/30/2018 | **100459** |
| 208677 | | |

Page 1 of 1

Shipped to :

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

**AMTRAK COMMISSARY**
1500 S. LUMBER STREET
CHICAGO, IL 60607

FILED DATE: 9/4/2020 1:42 PM   2020L009534

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | Cust PO# : 2500146683 | | | | | Entered by : Sarah Godette | | | |
| | Work Order : W11097259 | Seg:   1   leaking hydraulic oil | | 2500146683 | | 10/26/18   Field - STD W/O | | | |

| Make | Model | Serial ID/Plate | | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|---|
| Charlatte | T-137 | 8448 T-137 | | | | | 849.00 | 1613385 | 4 |

| | | | Total Labor | | | | | | 109.88 |

| Due Date | Payment | Amount | Paid | Tax | | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 12/29/18 | On Account | 109.88 | | | | | | |
| | If paid after 11/29/2018 pay 112.08 | | | | | | | |

Detach at line and return with payment

VOSS EQUIPMENT, INC.

| | |
|---|---|
| Total Amount : | 109.88 |
| Sales Tax : | |
| Total : | 109.88 |
| Payment : | |
| To pay : | 109.88 |
| If paid after 11/29/2018 Pay 112.08 | |

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101145546 |
| Date | 10/30/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

8/18/2020   11:10:22AM

C:\DIS_Crystverse\Crystverse\QIF_DIS_Reports\3_10_18\QIF_W/O_Invoice_Voss_01035068_A_rel.rpt



FILED DATE: 9/4/2020 1:42 PM   2020L009534

**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| **101145606** | **10/31/2018** | **100459** |
| 268813 | | |

Page 1 of 1

Shipped to :

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

**AMTRAK COMISSARY CHICAGO UNION
STATION**
500 W. JACKSON
CHICAGO, IL 60611

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | Unit Price | | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| Cust PO# : 2500146683 | | | | | 2500146683 | | Entered by : Sarah Godette | | |
| Work Order : M11046981 | | Seg:  1  PM | | | | | 10/01/18  PM | | |
| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | | Customer Eq ID |
| | | | | | | 0.00 | 1613379 | | 10254535 |
| Toyota | 7HBW23 | 39158 | | | | | | | |
| | | 7HBW23 | | | | | | | 95.81 |
| | | Total Labor | | | | | | | |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 12/30/18 | On Account | 95.81 | | | | | |
| | If paid after 11/30/2018 pay 97.73 | | | | | | |

Detach at line and return with payment

| | |
|---|---|
| Total Amount : | 95.81 |
| Sales Tax : | |
| Total : | 95.81 |
| Payment : | |
| To pay : | 95.81 |
| If paid after **11/30/2018** Pay **97.73** | |

**VOSS EQUIPMENT, INC.**

Remit To:

**Voss Equipment, Inc.**
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101145606 |
| Date | 10/31/2018 |
| Customer | 100459 |
| All amounts are in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

8/18/2020 11:10:36AM

C:\DIS_Quipware\Quipware\QW_DIS_Reports\U_10_1\QW_W/O_Invoice_Voss_01012018_A_rd.rpt



**Voss Equipment, Inc.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

**VOSS EQUIPMENT, INC.**

# REPRINT INVOICE

| | Invoice | Date | Customer |
|---|---|---|---|
| | **101145784** | **11/05/2018** | **100459** |
| | 269370 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM    2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK- WAREHOUSE**
1500 S. LUMBER ST
ATTN: MIKE GARRETT
CHICAGO, IL 60607

(312) 655-3570

Branch Invoiced: **Harvey**
Dept Invoiced : **Service**
Registration :
Notes :

Salesperson :

| Quantity | Product ID | Description | | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| Cust PO# : 25975 | | | | 25975 | | Entered by : Sarah Godette | | |
| Work Order : W11096920 | Seg: | 1  unit broke down | | | | 10/19/18   Field - STD W/O | | |

| Make | Model | Serial ID/Plate | Year | Date | Odometer | H-Meter | Dealer ID | Customer Eq ID |
|---|---|---|---|---|---|---|---|---|
| Tennant | T5 | T5-10354123 | | | | 80.00 | 1609329 | A45614 |
| | | T5 | | | | | | |
| | | Bumper head (skirt) | | | | | 178.18 | 178.18 |
| 1 | | Misc. Hardware | | | | | 17.82 | 17.82 |
| 1 | | Total Parts | | | | | | 196.00 |
| | | Total Labor | | | | | | 68.75 |
| FI | | Freight - In | | | | | | 20.00 |
| | | Total Misc | | | | | | 20.00 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 01/04/19 | On Account | 306.35 | | IL Sales Tax | 216.00 | 10.0000 % | 21.60 |
| | If paid after 12/05/2018 pay 312.48 | | | | | | |

Detach at line and return with payment.

| | |
|---|---|
| Total Amount : | 284.75 |
| Sales Tax : | 21.60 |
| Total : | 306.35 |
| Payment : | |
| To pay : | 306.35 |
| If paid after 12/05/2018 Pay 312.48 | |

Remit To:

**Voss Equipment, Inc.**
P.O. BOX 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101145784 |
| Date | 11/05/2018 |
| Customer | 100459 |
| All amounts in US Dollars ($) | |

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

C:\DIS_Quipstar\Quipstar\QV_DIS_Reports\3_10_18-QV_WO_Invoice_Voss_83012618_A_sql.rpt

8/18/2020 11:10:50AM

FILED DATE: 9/4/2020 1:42 PM    2020L009534

# 8 UNPAID Summary Invoices

# TOTAL: $26,994.98



**VOSS EQUIPMENT, INC.**

15241 COMMERCIAL AVENUE

HARVEY, IL 60426

2020L009534

FILED DATE: 9/4/2020 1:42 PM

**DEPARTMENT:** STATION MAINTENANCE

**SUMMARY INVOICE DATE:** 10/3/2018

**SUMMARY INVOICE:** SM093018

SOLD TO:

**CBRE, INC.**

**CHICAGO UNION STATION**

500 W JACKSON BLVD, STE 107

CHICAGO, IL 60661

SHIPPED TO:

**CHICAGO UNION STATION**

**ATTN: MATT ROBINSON**

500 W JACKSON BLVD, STE 107

CHICAGO, IL 60661

| REFERENCE NO. | DATE | DESCRIPTION | INVOICE AMOUNT | |
|---|---|---|---|---|
| 101141984 | 9/11/2018 | PM | $ | 146.50 |
| 101141985 | 9/11/2018 | PM | $ | 146.50 |
| 101141989 | 9/11/2018 | PM | $ | 146.50 |
| 101142015 | 9/12/2018 | LIGHTS AND BRAKE REPAIRS | $ | 293.00 |
| 101142257 | 9/17/2018 | BATTERY REPLACEMENT | $ | 331.05 |
| 101142462 | 9/20/2018 | BRAKE REPAIRS | $ | 366.25 |
| 101143350 | 9/28/2018 | SEPTEMBER BATTERY WATERING | $ | 337.24 |
| 101143352 | 9/28/2018 | SOLENOID REPLACEMENT | $ | 219.75 |
| | | | $ | - |
| | | | $ | - |
| | | **2018 SEPT TOTAL** | $ | 1,986.79 |

REMIT TO:

**VOSS EQUIPMENT, INC.**

P.O. BOX 757

BEDFORD PARK, IL 60499-0757

**VOSS EQUIPMENT, INC.**

2020DL009534

FILED DATE: 9/4/2020 1:42 PM

**VOSS EQUIPMENT, INC.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

**DEPARTMENT:** STATION MAINTENANCE
**SUMMARY INVOICE DATE:** 11/2/2018
**SUMMARY INVOICE:** SM103118

**SOLD TO:**
**CBRE, INC.**
**CHICAGO UNION STATION**
500 W JACKSON BLVD, STE 107
CHICAGO, IL 60661

**SHIPPED TO:**
**CHICAGO UNION STATION**
**ATTN: MATT ROBINSON**
500 W JACKSON BLVD, STE 107
CHICAGO, IL 60661

| REFERENCE NO. | DATE | DESCRIPTION | INVOICE AMOUNT | |
|---|---|---|---|---|
| 101143624 | 10/8/2018 | SEPT TRAILER REPAIRS | $ | 483.79 |
| 101145113 | 10/26/2018 | PM | $ | 146.50 |
| 101145562 | 10/30/2018 | OCT TRAILER REPAIRS | $ | 3,319.97 |
| 101145563 | 10/30/2018 | OCT BATTERY WATERING | $ | 293.00 |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | 2018 OCT TOTAL | $ | 4,243.26 |

**REMIT TO:**
**VOSS EQUIPMENT, INC.**
P.O. BOX 757
BEDFORD PARK, IL 60499-0757



**VOSS EQUIPMENT, INC.**

2020L009534
FILED DATE: 9/4/2020 1:42 PM

**VOSS EQUIPMENT, INC.**

15241 COMMERCIAL AVENUE

HARVEY, IL 60426

SOLD TO:

**CBRE, INC.**

**CHICAGO UNION STATION**

500 W JACKSON BLVD, STE 107

CHICAGO, IL 60661

**DEPARTMENT:** RED CAP

**SUMMARY INVOICE DATE:** 11/2/2018

**SUMMARY INVOICE:** RC103118

SHIPPED TO:

**CHICAGO UNION STATION**

**ATTN: MATT ROBINSON**

500 W JACKSON BLVD, STE 107

CHICAGO, IL 60661

| REFERENCE NO. | DATE | DESCRIPTION | INVOICE AMOUNT |
|---|---|---|---|
| 101143622 | 10/8/2018 | PM | $ 146.50 |
| 101143623 | 10/8/2018 | PM | $ 146.50 |
| 101143824 | 10/11/2018 | SOLENOID REPLACEMENT | $ 256.38 |
| 101144195 | 10/16/2018 | BATTERY REPLACEMENT | $ 278.41 |
| 101144198 | 10/16/2018 | ACCELERATOR PEDAL REPAIR | $ 219.75 |
| 101145112 | 10/26/2018 | PM | $ 146.50 |
| 101145306 | 10/29/2018 | CHARGER REPAIR | $ 176.07 |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  | **2018 OCT TOTAL** | $ 1,370.11 |

REMIT TO:

**VOSS EQUIPMENT, INC.**

P.O. BOX 757

BEDFORD PARK, IL 60499-0757



**VOSS EQUIPMENT, INC.**

15241 COMMERCIAL AVENUE

HARVEY, IL 60426

**DEPARTMENT:** RED CAP

**SUMMARY INVOICE DATE:** 10/3/2018

**SUMMARY INVOICE:** RC093018

**SOLD TO:**

CBRE, INC.

CHICAGO UNION STATION

500 W JACKSON BLVD, STE 107

CHICAGO, IL 60661

**SHIPPED TO:**

CHICAGO UNION STATION

ATTN: MATT ROBINSON

500 W JACKSON BLVD, STE 107

CHICAGO, IL 60661

| REFERENCE NO. | DATE | DESCRIPTION | INVOICE AMOUNT |
|---|---|---|---|
| 101141983 | 9/11/2018 | PM | $ 146.50 |
| 101142260 | 9/17/2018 | PM | $ 146.50 |
| 101142263 | 9/17/2018 | PM | $ 146.50 |
| 101142269 | 9/17/2018 | PM | $ 109.88 |
| 101142270 | 9/17/2018 | PM | $ 109.88 |
| 101142273 | 9/17/2018 | STEERING REPAIRS | $ 219.75 |
| 101142453 | 9/20/2018 | PM | $ 146.50 |
| 101142454 | 9/20/2018 | CHARGING REPAIR | $ 219.75 |
| 101142457 | 9/20/2018 | BRAKE REPAIRS | $ 146.51 |
| 101142461 | 9/20/2018 | SOLENOID REPLACEMENT | $ 146.50 |
| 101142604 | 9/21/2018 | BATTERY REPLACEMENTS | $ 893.90 |
| 101142687 | 9/21/2018 | STEERING REPAIRS | $ 219.75 |
| 101142990 | 9/27/2018 | PM | $ 146.50 |
| 101143250 | 9/28/2018 | BRAKE REPAIRS | $ 146.50 |
| 101143349 | 9/28/2018 | SEPTEMBER TRAILER REPAIRS | $ - |
| | | | $ |
| | | **2018 SEPT TOTAL** | $ 3,091.42 |

**REMIT TO:**

VOSS EQUIPMENT, INC.

P.O. BOX 757

BEDFORD PARK, IL 60499-0757



**VOSS EQUIPMENT, INC.**

VOSS EQUIPMENT, INC.
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

FILED DATE: 9/4/2020 1:42 PM 2020L009534

SOLD TO:
CBRE, INC.
CHICAGO UNION STATION
500 W JACKSON BLVD, STE 107
CHICAGO, IL 60661

DEPARTMENT: JANITORIAL
SUMMARY INVOICE DATE: 11/2/2018
SUMMARY INVOICE: J103118

SHIPPED TO:
CHICAGO UNION STATION
ATTN: MATT ROBINSON
500 W JACKSON BLVD, STE 107
CHICAGO, IL 60661

| REFERENCE NO. | DATE | DESCRIPTION | INVOICE AMOUNT |
|---|---|---|---|
| 101144727 | 10/23/2018 | PM | $ 146.50 |
| 101145607 | 10/31/2018 | TRAILER REPAIRS | $ 659.25 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |

| 2018 OCT TOTAL | $ 805.75 |
|---|---|

REMIT TO:
VOSS EQUIPMENT, INC.
P.O. BOX 757
BEDFORD PARK, IL 60499-0757



**VOSS EQUIPMENT, INC.**

FILED DATE: 9/4/2020 1:42 PM    2020L009534

**VOSS EQUIPMENT, INC.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

**SOLD TO:**
    **CBRE, INC.**
    **CHICAGO UNION STATION**
    500 W JACKSON BLVD, STE 107
    CHICAGO, IL 60661

DEPARTMENT: JANITORIAL
SUMMARY INVOICE DATE: 10/3/2018
SUMMARY INVOICE: J093018

**SHIPPED TO:**
    **CHICAGO UNION STATION**
    **ATTN: MATT ROBINSON**
    500 W JACKSON BLVD, STE 107
    CHICAGO, IL 60661

| REFERENCE NO. | DATE | DESCRIPTION | INVOICE AMOUNT |
|---|---|---|---|
| 101141987 | 9/11/2018 | PM | $ 146.50 |
| 101141988 | 9/11/2018 | PM | $ 146.50 |
| 101142255 | 9/17/2018 | PM | $ 146.50 |
| 101142256 | 9/17/2018 | PM | $ 146.51 |
| 101142258 | 9/17/2018 | E-BRAKE REPAIRS | $ 109.88 |
| 101142266 | 9/17/2018 | KEY SWITCH REPLACEMENT | $ 109.88 |
| 101142988 | 9/27/2018 | PM | $ 146.50 |
| 101143248 | 9/28/2018 | CONTROLLER WIRING REPAIR | $ 219.75 |
| 101143351 | 9/28/2018 | SEPTEMBER TRAILER REPAIRS | $ 366.25 |
| 101143353 | 9/28/2018 | BRAKE LINKAGE REPAIRS | $ 219.75 |
| 101143378 | 9/28/2018 | PM | $ 336.54 |

| | | 2018 SEPT TOTAL | $ 2,094.56 |
|---|---|---|---|

**REMIT TO:**
    **VOSS EQUIPMENT, INC.**
    P.O. BOX 757
    BEDFORD PARK, IL 60499-0757



**VOSS EQUIPMENT, INC.**

**VOSS EQUIPMENT, INC.**

15241 COMMERCIAL AVENUE

HARVEY, IL 60426

2020.009534

FILED DATE: 9/4/2020 1:42 PM

**SOLD TO:**

**CBRE, INC.**

**CHICAGO UNION STATION**

500 W JACKSON BLVD, STE 107

CHICAGO, IL 60661

DEPARTMENT: BAGGAGE

SUMMARY INVOICE DATE: 11/2/2018

SUMMARY INVOICE: B103118

**SHIPPED TO:**

**CHICAGO UNION STATION**

**ATTN: MATT ROBINSON**

500 W JACKSON BLVD, STE 107

CHICAGO, IL 60661

| REFERENCE NO. | DATE | DESCRIPTION | INVOICE AMOUNT |
|---|---|---|---|
| | | PM | $ 146.50 |
| 101143621 | 10/8/2018 | LIGHT REPAIRS | $ 146.50 |
| 101143625 | 10/8/2018 | CHARGER REPAIRS | $ 1,934.93 |
| 101143822 | 10/11/2018 | FUSE REPLACEMENT | $ 73.25 |
| 101143823 | 10/11/2018 | FUSE PLUG REPAIR | $ 73.25 |
| 101144197 | 10/16/2018 | ACCELERATOR PEDAL REPAIR | $ 219.75 |
| 101144635 | 10/22/2018 | PM | $ 146.50 |
| 101144644 | 10/22/2018 | BRAKE REPAIR | $ 219.75 |
| 101144728 | 10/23/2018 | OCT TRAILER REPAIRS | $ 3,846.76 |
| 101145619 | 10/31/2018 | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | 2018 OCT TOTAL | $ 6,807.19 |

**REMIT TO:**

**VOSS EQUIPMENT, INC.**

P.O. BOX 757

BEDFORD PARK, IL 60499-0757



**VOSS EQUIPMENT, INC.**

**VOSS EQUIPMENT, INC.**
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

DEPARTMENT: BAGGAGE
SUMMARY INVOICE DATE: 10/3/2018
SUMMARY INVOICE: B093018

SOLD TO:

CBRE, INC.
CHICAGO UNION STATION
500 W JACKSON BLVD, STE 107
CHICAGO, IL 60661

SHIPPED TO:

CHICAGO UNION STATION
ATTN: MATT ROBINSON
500 W JACKSON BLVD, STE 107
CHICAGO, IL 60661

| REFERENCE NO. | DATE | DESCRIPTION | INVOICE AMOUNT |
|---|---|---|---|
| 101141982 | 9/11/2018 | ACCELERATOR ASSEMBLY REPLACEMENT | $ 368.46 |
| 101141986 | 9/11/2018 | PM | $ 146.50 |
| 101141990 | 9/11/2018 | SWITCH REPLACEMENT | $ 219.75 |
| 101142259 | 9/17/2018 | PM | $ 146.50 |
| 101142261 | 9/17/2018 | PM | $ 146.51 |
| 101142262 | 9/17/2018 | PM | $ 146.50 |
| 101142264 | 9/17/2018 | PM | $ 146.50 |
| 101142265 | 9/17/2018 | PM | $ 146.50 |
| 101142267 | 9/17/2018 | LIGHT REPAIRS | $ 73.25 |
| 101142268 | 9/17/2018 | BRAKE REPAIRS | $ 219.75 |
| 101142271 | 9/17/2018 | STEERING REPAIRS | $ 219.75 |
| 101142272 | 9/17/2018 | BRAKE REPAIRS | $ 293.00 |
| 101142455 | 9/20/2018 | PM | $ 109.88 |
| 101142456 | 9/20/2018 | BRAKE REPAIRS | $ 293.00 |
| 101142458 | 9/20/2018 | LOAD LINK PIN REPAIR | $ 293.00 |
| 101142459 | 9/20/2018 | CONTACTOR REPLACEMENT | $ 293.00 |
| 101142460 | 9/20/2018 | CONTACTOR REPLACEMENT | $ 738.93 |
| 101142463 | 9/20/2018 | SWITCH REPLACEMENT | $ 293.00 |
| 101142605 | 9/21/2018 | BRAKE REPAIR | $ 466.48 |
| 101142989 | 9/27/2018 | PM | $ 146.50 |
| 101142991 | 9/27/2018 | SWITCH REPLACEMENT | $ 293.00 |
| 101143348 | 9/28/2018 | SEPTEMBER TRAILER REPAIRS | $ 586.00 |
| 101143249 | 9/28/2018 | HYDRAULIC LEAK | $ 219.75 |
| 101143381 | 9/28/2018 | BRAKE CALIPER REPLACEMENT | $ 590.40 |
| | | | $ - |
| | | | $ - |
| | | **2018 SEPT TOTAL** | $ 6,595.91 |

REMIT TO:

VOSS EQUIPMENT, INC.
P.O. BOX 757
BEDFORD PARK, IL 60499-0757

FILED DATE: 9/4/2020 1:42 PM 2020L009534

FILED DATE: 9/4/2020 1:42 PM    2020L009534

FILED
9/4/2020 1:42 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L009534

10351474

# EXHIBIT "4"



Voss Equipment, Inc.
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101142394 | 09/19/2018 | 100459 |
| 262610 | | |

Page 1 of 1

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK-BRIGHTON PARK**
**WAREHOUSE**
3727 S. SACRAMENTO
ATTN:  ROB AMANS
CHICAGO, IL 60607

Registration :
Notes :

JUDY FRER

Salesperson :   Robert Tomei

| Quantity | PMF Product - Description | Unit Price | Total Price |
|---|---|---|---|
| | Order :  C01074903        09/10/2018   Entered by : Rochelle  VanVlymen   Shipping Method :  Prepaid | | |
| | Delivery :  C01074903-1      09/19/2018 | | |
| | Cust PO# : **2500148920** | | |
| ALLIED | | | |
| 61 | Allied Pro/Rack - CATALOG93 - WIRE DECK 46 X 48 | 20.00 | 1,220.00 |
| | ND4846S3SA254046S00P | | |
| 61 | Allied Pro/Rack - CATALOG94 - WIRE DECK 48 X 52 | 22.00 | 1,342.00 |
| | ND4852S3SA254046S00P | | |
| | | | 284.80 |
| | MAF – Misc Allied Freight | | |

| ue Date | Payment | Amount | Paid | Tax | Basis | Tax rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 11/18/2018 | On Account | 3,103.00 | | IL Sales Tax | 284.80 | 0.0000 % | 0.00 |
| | If paid after 10/19/2018 pay 3,165.06 | | | IL Sales Tax | 2,562.00 | 10.0000 % | 256.20 |

| | |
|---|---|
| Total Amount : | 2,846.80 |
| Sales Tax : | 256.20 |
| Total : | 3,103.00 |
| Payment : | |
| To pay : | 3,103.00 |
| If paid after 10/19/2018 pay 3,165.06 | |



Voss Equipment, Inc.
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101142394 |
| Date | 09/19/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee

09/19/18   2:50 pm



Voss Equipment, Inc.
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# FINAL INVOICE

| | Invoice | Date | /Customer |
|---|---|---|---|
| | 101732280 | 09/27/2018 | 100459 |
| | 184091 | | |

Page 1 of 1

**Sold to :**

**AMTRAK**
PO BOX 8518
ACCOUNTS PAYABLE
PHILADELPHIA, PA 19104

**Shipped to :**

**AMTRAK**
1500 S. LUMBER STREET
ATTN:  JUDY FRER
CHICAGO, IL 60607

Registration :
Notes :

Salesperson :   ROBERT TOMEI

| Quantity | PMF Product -   Description | | | | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| | Order :   C01073228 | 07/05/2018 | Entered by : Rochelle   VanVlymen | Shipping Method : | | |
| | Delivery : | | | | | |
| | Cust PO# : 2500148920 | **JUDY FRER** | | | 89,464.00 | 89,464.00 |
| Group:  1 | MATERIAL | | | | 19,766.00 | 19,766.00 |
| Group:  2 | INSTALLATION & TEARDOWN IN TWO PHASES | | | | 4,929.00 | 4,929.00 |
| Group:  3 | FREIGHT | | | | | |
| Group:  4 | LESS DEPOSIT PAID | | | | (34,247.70) | (34,247.70) |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax rate | Tax Amount |
|---|---|---|---|---|---|---|---|
| 10/27/2018 | On Account | 88,858.30 | | IL Sales Tax | 89,464.00 | 10.0000 % | 8,947.00 |
| | If paid after 10/27/2018 pay 90,635.47 | | | IL Sales Tax | | 10.0000 % | 0.00 |

| | |
|---|---|
| Total Amount : | 88,858.30 |
| Sales Tax : | |
| Total : | 88,858.30 |
| Payment : | |
| To pay : | 88,858.30 |
| If paid after 10/27/2018 pay | 90,635.47 |

Voss Equipment, Inc.
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101732280 |
| Date | 09/27/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection
including reasonable attorney's fee.

FILED DATE: 9/4/2020 1:42 PM   2020L009534

10/18/17     2:54 pm

C:\...\Voss_xlsx4



Voss Equipment, Inc.
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

VOSS EQUIPMENT, INC.

# INVOICE

| Invoice | Date | /Customer |
|---------|------|-----------|
| 101732281 | 10/29/2018 | 100459 |
| 184091 | | |

Page 1 of 1

Sold to :

**AMTRAK**
PO BOX 8518
ACCOUNTS PAYABLE
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK**
1500 S. LUMBER STREET
ATTN: JUDY FRER
CHICAGO, IL 60607

Registration :
Notes :

Salesperson : ROBERT TOMEI

| Quantity | PMF Product - Description | | | | Unit Price | Total Price |
|----------|---------------------------|---|---|---|------------|-------------|
| | Order : C01073228 | 07/05/2018 | Entered by : Rochelle VanVlymen | | | |
| Delivery : | | | | Shipping Method : | | |
| | Cust PO#: **2500148920 ADD ON PER JUDY FRER** | | | | | |
| Group: 1 | INSTALLATION FOR PHASE 3 TO COME BACK & FINISH PER JUDY FRER | | | | 2,200.00 | 2,200.00 |

| Due Date | Payment | Amount | Paid | Tax | Basis | Tax rate | Tax Amount |
|----------|---------|--------|------|-----|-------|----------|------------|
| 10/29/2018 | On Account | 2,200.00 | | IL Sales Tax | 0.00 | 10.0000 % | 0.00 |
| | If paid after 11/29/2018 pay 2,244.00 | | | IL Sales Tax | | 10.0000 % | 0.00 |

| | |
|---|---|
| Total Amount : | 2,200.00 |
| Sales Tax : | |
| Total : | 2,200.00 |
| Payment : | |
| To pay : | 2,200.00 |
| If paid after 11/29/2018 pay 2,244.00 | |

| | |
|---|---|
| Invoice | 101732281 |
| Date | 10/29/2018 |
| Customer | 100459 |
| All amounts are in US Dollar0s ($) | |

Voss Equipment, Inc.
P.O. Box 757
Bedford Park, IL 60499-0757

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

10/18/17    2:54 pm



Voss Equipment, Inc.
15241 COMMERCIAL AVENUE
HARVEY, IL 60426

# REPRINT INVOICE

| Invoice | Date | Customer |
|---|---|---|
| 101145505 | 10/30/2018 | 100459 |
| 263628 | | |

Page 1 of 1

FILED DATE: 9/4/2020 1:42 PM   2020L009534

Sold to :

**AMTRAK**
P.O. BOX 8518
PHILADELPHIA, PA 19104

Shipped to :

**AMTRAK-BRIGHTON PARK WAREHOUSE**
3727 S. SACRAMENTO
ATTN: ROB AMANS
CHICAGO, IL 60607

Registration :
Notes :

JUDY FRER

Salesperson :   Robert Tomei

| Quantity | PMF Product - Description | | Unit Price | Total Price |
|---|---|---|---|---|
| | Order : C01075045 | 09/13/2018 Entered by : Rochelle VanVlymen | | |
| | Delivery : C01075045-1 | 10/30/2018 | Shipping Method : Prepaid | |
| | Cust PO# : **2500152821** | | | |
| NEW EQUIPMENT | | | | |
| 1 2018 | Cushman - 618566 - TITAN XD ELECTRIC FLATBED | | 12,297.00 | 12,297.00 |
| S/N: 3351201 | Dealer ID: 1613937 Plate No: | Meter : 0 | Ship Dt: 10/30/2018 | |

| Due Date | Payment | Amount | Paid | Tax | | Basis | Tax rate | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 12/29/2018 | On Account | 13,526.70 | | IL Sales Tax | | 12,297.00 | 10.0000 % | 1,229.70 |
| | **If paid after 11/29/2018 pay 13,797.23** | | | | | | | |

Detach at line and return with payment



| | |
|---|---|
| Total Amount : | 12,297.00 |
| Sales Tax : | 1,229.70 |
| Total : | 13,526.70 |
| Payment : | |
| To pay : | 13,526.70 |
| **If paid after 11/29/2018 pay 13,797.23** | |

Voss Equipment, Inc.
P.O. Box 757
Bedford Park, IL 60499-0757

| | |
|---|---|
| Invoice | 101145505 |
| Date | 10/30/2018 |
| Customer | 100459 |

All amounts are in US Dollars ($)

Accounts over 30 days are subject to a 1.5 % service charge (annual rate 18 %), and all costs of collection including reasonable attorney's fee.

:\CHS_Quipstar\Quipstar\QW_DIS_Reports\_9_13\Rpw_ en_invoice_Voss_rpt.rpt                          03/23/20   10:08 am

FILED DATE: 9/4/2020 1:42 PM   2020L009534

FILED
9/4/2020 1:42 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L009534

10351474

# EXHIBIT "5"



**VOSS EQUIPMENT, INC.**

15241 South Commercial Avenue, Harvey, Illinois 60426
Phone 708-596-7000    Fax 708-596-6791
www.vossequipment.com
sales@vossequipment.com
ISO 9002

*Material Handling Equipment*

FILED DATE: 9/4/2020 1:42 PM   2020L009534

April 24, 2020

William Vail — Senior Director
CBRE, Inc.
20 N. Michigan Ave., #400
Chicago, Illinois 60602

Robin Buonopane
Sr. Director Accounts Payable
AMTRAK
2955 Market Street
Philadelphia, PA 19104

Paul Guido
Financial Analyst/Accounts Payable
AMTRAK
2955 Market Street
Philadelphia, PA 19104

Re: CBRE Service Contract with VOSS Equipment, Inc.

All:

This will serve to follow-up regarding the prior contractual relationship between VOSS Equipment, Inc. ("VOSS") and CBRE, Inc. ("CBRE") for services to be provided at 500 W. Jackson Boulevard, commonly referred to as Chicago Union Station ("Union Station"), by VOSS for CBRE, the Property Manager for the National Railroad Passenger Corporation, a/k/a Amtrak ("Amtrak"), Owner of Union Station (the "Owner").

Specifically, pursuant to the October 9, 2015 Agreement with Service Contractor (the "Agreement", a true and correct copy of which is attached hereto), VOSS was engaged to provide certain maintenance and repair services on vehicles and equipment located at Union Station and belonging to Amtrak (see Agreement at Exhibit "A" – Scope of Services). In compliance with the Agreement, VOSS did provide such services and issued invoices to CBRE for such services, in compliance with the Agreement. At the direction of CBRE, as Property Manager, and/or Amtrak, as Owner, VOSS was instructed to submit all future Invoices directly to Amtrak – a request to which VOSS complied.



15241 South Commercial Avenue, Harvey, Illinois 60426
Phone 708-596-7000   Fax 708-596-6791
www.vossequipment.com
sales@vossequipment.com
ISO 9002

*Material Handling Equipment*

Despite providing such services and issuing such invoices, CBRE and Amtrak have failed to pay VOSS for all such services provided and invoices issued. As the Agreement has been terminated effective January 18, 2019, please advise when VOSS can expect payment for all such invoices issued.

Additionally, we understand CBRE and/or Amtrak have asserted, as a defense to the failure to pay all invoices, that Amtrak received an e-mail from a third-party claiming to be sent on behalf of VOSS and requesting a change to the ACH-account attached to the Agreement (the "Defense"), but which was actually sent by a third-party imposter (the "Imposter"). In response to the Imposter e-mail, and without contacting VOSS to confirm the validity of such request, Amtrak unilaterally changed the ACH information associated with the Agreement and tendered funds due and owing to VOSS to the third-party Imposter.

VOSS has been contacted by the Office of Inspector General for the National Railroad Passenger Corporation (the "Inspector General"), and has complied with all requests. VOSS was advised by the Inspector General's office that VOSS was cleared on any wrongdoing related to Amtrak's transfer of funds to the third-party Imposter.

The fact that VOSS has been cleared of any wrongdoing in this matter places the onus on CBRE and Amtrak. Given the fact that Amtrak unilaterally and improperly allowed itself to be taken-in by a third-party Imposter, without taking all reasonable steps necessary to confirm the validity of such instructions - including, at a minimum, contacting a VOSS representative via telephone to confirm such instructions were a valid request by VOSS – or to otherwise comply with the requirements of the Operating Rules & Guidelines of the National Automated Clearing House Association (the "NACHA Operating Rules & Guidelines"), demand is hereby made for payment in full of all amounts due and owing to VOSS for services provided pursuant to the Agreement. As of today, such amount totals $71,095.68, consisting of $60,129.99 for Invoices Wrongfully Paid to the Imposter, and $10,965.69 for Unpaid Invoices. Payment is requested to be made no later than fourteen (14) days from the date of this letter.

In the event CBRE or Amtrak fail to make the payments demanded, and continues to assert the above Defense, VOSS requests that CBRE and Amtrak make a claim against and upon any Commercial Crime Coverage or Cyber Liability Coverage each entity may have. In the event CBRE and/or Amtrak has made such a claim, demand is hereby made that you both provide VOSS all information related to and regarding the claim made, including, but not limited to: the name and contact information for all applicable insurance carriers for CBRE or Amtrak, any claim or reference number, and the result of such claim as of the date of this letter.



16241 South Commercial Avenue, Harvey, Illinois 60426

Phone 708-596-7000    Fax 708-596-6791

www.vossequipment.com

sales@vossequipment.com

ISO 9002

*Material Handling Equipment*

FILED DATE: 9/4/2020 1:42 PM   2020L009534

In the event CBRE or Amtrak have not made a claim, VOSS requests that CBRE and Amtrak advise if such lack-of-claim is due to the fact that either CBRE or Amtrak are self-insured.  In the event CBRE or Amtrak is not self-insured, demand is hereby made that both CBRE and Amtrak provide any and all information related to and regarding the insurance carrier and policies in place at the time of the loss at issue, including, but not limited to, the name and contact information for the insurance carrier for CBRE or Amtrak, any policy number(s), and, if the Office of the Inspector General has initiated and concluded an investigation related to the Defense and issues outlined above, a copy of such conclusion. Such information is requested to be provided within the same fourteen (14) day period.

It is and remains the hope of VOSS Equipment, Inc. that we are able to resolve these issues amicably and without the need to involve the legal system. Thank you both for your attention to and cooperation with this matter. I am available to discuss this matter with you at your convenience.

Sincerely,

VOSS EQUIPMENT, INC.


Peter W. Voss
President

cc:     Thomas J. Mateja, Controller

FILED
9/4/2020 1:42 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L009534

10351474

FILED DATE: 9/4/2020 1:42 PM   2020L009534

# EXHIBIT "6"



15241 South Commercial Avenue, Harvey, Illinois 60426

Phone 708-596-7000    Fax 708-596-6791

www.vossequipment.com

sales@vossequipment.com

ISO 9002

*Material Handling Equipment*

April 24, 2020

Robin Buonopane
Sr. Director Accounts Payable
AMTRAK
2955 Market Street
Philadelphia, PA 19104

Paul Guido
Financial Analyst/Accounts Payable
AMTRAK
2955 Market Street
Philadelphia, PA 19104

Re: CBRE Service Contract with VOSS Equipment, Inc.

To All:

This will serve to follow-up regarding the prior contractual relationship between VOSS Equipment, Inc. ("VOSS") and the National Railroad Passenger Corporation, a/k/a Amtrak ("Amtrak") for equipment and materials supplied by VOSS to Amtrak pursuant to Purchase Orders submitted by Amtrak to VOSS.

Specifically, pursuant to several Purchase Orders issued by Amtrak, VOSS provided Amtrak with equipment and materials, and issued the following Invoices:

101142394 dated 9/19/2018 for $3,103.00;
101145505 dated 10/30/2018 for $13,526.70;
101732280 dated 9/27/2018 for $88,858.30; and,
101732281 dated 10/29/2018 for $2,200.00.

Despite providing such equipment and materials, and issuing such invoices, Amtrak has failed to pay VOSS for all such equipment and materials provided and invoices issued. We understand Amtrak has asserted, as a defense to the failure to pay all invoices, that Amtrak received an e-mail from a third-party claiming to be sent on behalf of VOSS and requesting a change to the ACH-account attached to the Agreement (the "Defense"), but which was actually sent by a third-party imposter (the "Imposter"). In response to the Imposter e-mail, and without contacting VOSS to

FILED DATE: 9/4/2020 1:42 PM   2020L009534



15241 South Commercial Avenue, Harvey, Illinois 60426

Phone 708-596-7000    Fax 708-596-6791

www.vossequipment.com

sales@vossequipment.com

ISO 9002

*Material Handling Equipment*

FILED DATE: 9/4/2020 1:42 PM   2020L009534

confirm the validity of such request, Amtrak unilaterally changed the ACH information associated with the Agreement and tendered funds due and owing to VOSS to the third-party Imposter.

VOSS has been contacted by the Office of Inspector General for the National Railroad Passenger Corporation (the "Inspector General"), and has complied with all requests. VOSS was advised by the Inspector General's office that VOSS was cleared on any wrongdoing related to Amtrak's transfer of funds to the third-party Imposter.

The fact that VOSS has been cleared of any wrongdoing in this matter places the onus on Amtrak. Given the fact that Amtrak unilaterally and improperly allowed itself to be taken-in by a third-party Imposter, without taking all reasonable steps necessary to confirm the validity of such instructions - including, at a minimum, contacting a VOSS representative via telephone to confirm such instructions were a valid request by VOSS – or to otherwise comply with the requirements of the Operating Rules & Guidelines of the National Automated Clearing House Association (the "NACHA Operating Rules & Guidelines"), demand is hereby made for payment in full of all amounts due and owing to VOSS for equipment and materials provided pursuant to Amtrak's Purchase Orders. As of today, such amount totals $107,688.00; consisting of $105,488.00 for Invoices Amtrak wrongfully-paid to the Imposter, and $2,200.00 for unpaid Invoices issued to Amtrak. Payment is requested to be made no later than fourteen (14) days from the date of this letter.

In the event Amtrak fails to make the payments demanded, and continues to assert the above Defense, VOSS requests that Amtrak make a claim against and upon any Commercial Crime Coverage or Cyber Liability Coverage it may have. In the event Amtrak has made such a claim, demand is hereby made that you provide VOSS all information related to and regarding the claim made, including, but not limited to: the name and contact information for all applicable insurance carrier for Amtrak, any claim or reference number, and the result of such claim as of the date of this letter.

In the event Amtrak has not made a claim, VOSS requests that Amtrak advise if such lack-of-claim is due to the fact that Amtrak is self-insured.  In the event Amtrak is not self-insured, demand is hereby made that Amtrak provide any and all information related to and regarding the insurance carrier and policies in place at the time of the loss at issue, including, but not limited to, the name and contact information for the insurance carrier Amtrak, any policy number(s), and, if the Office of the Inspector General has initiated and concluded an investigation related to the Defense and issues outlined above, a copy of such conclusion. Such information is requested to be provided within the same fourteen (14) day period.



**VOSS EQUIPMENT, INC.**

15241 South Commercial Avenue, Harvey, Illinois 60426

Phone 708-596-7000    Fax 708-596-6791

www.vossequipment.com

ssales@vossequipment.com

ISO 9002

*Material Handling Equipment*

FILED DATE: 9/4/2020 1:42 PM   2020L009534

It is and remains the hope of VOSS Equipment, Inc. that we are able to resolve these issues amicably and without the need to involve the legal system. Thank you for your attention to and cooperation with this matter. I am available to discuss this matter with you at your convenience.

Sincerely,

VOSS EQUIPMENT, INC.


Peter W. Voss
President

cc:    Thomas J. Mateja, Controller